IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS

SPECTRUM LABORATORIES, LLC, AN
OHIO LIMITED LIABILITY COMPANY
PLAINTIFF

VS.                                                     CAUSE NUMBER: 4:22-CV-3705

ROYAL FRAGRANCES LLC D/B/A CITY
SUPPLY WHOLESALE, ET AL
DEFENDANT

RETURN OF SERVICE

My name is **SHARON MOTEN YOUNG**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.

ON **Friday October 28, 2022 AT 09:10 AM** - , **SUMMONS IN A CIVIL ACTION; PLAINTIFF'S ORIGINAL COMPLAINT FOR THE TRADEMARK INFRINGEMENT AND APPLICATION FOR PERMANENT INJUNCTION; EXHIBIT 1; EXHIBIT 2; EXHIBIT 3** came to hand for service upon **LEGACY ECOM LLC BY SERVING ITS REGISTERED AGENT, SAIF ALI**.

On **Friday October 28, 2022** at **02:55 PM** - The above named documents were hand delivered to: **LEGACY ECOM LLC BY DELIVERING TO ITS REGISTERED AGENT, SAIF ALI @ 5826 SYDNEY PARK LANE**, **SUGAR LAND**, **FORT BEND COUNTY, TX 77479**, **in Person.**

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                                          DECLARATION

"My name is **SHARON MOTEN YOUNG,** my date of birth is 10/27/1961 my business address is **1320 QUITMAN STREET, HOUSTON, TX 77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Harris County, State of Texas on Monday October 31, 2022**

_____

**PSC#12710 EXP. 06/30/24**
Declarant; Appointed in accordance with State Statutes.

2022.10.696681