IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SPECTRUM LABORATORIES, LLC.**, an Ohio Limited Liability Company. | § § § § | |
| | § | **CIVIL ACTION NO. 4:22-cv-03705** |
| *Plaintiff*, | § § | |
| v. | § § | |
| | § | **JUDGE CHARLES ESKRIDGE** |
| **ROYAL FRAGRANCES LLC d/b/a CITY SUPPLY WHOLESALE; SA & AP INVESTMENTS, LLC; TREK THE WORLD LLC; LEGACY ECOM LLC; NAGARIA USMAN GHANI LLC; PRECISION TECHNOLOGY CONSULTING, LLC; SAIF ALI; MOHD LODI; AFEE PARPIA,** | § § § § § § § § § § | |
| *Defendants*. | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN PARTIES**

In accordance with Fed. Civ. R. 41(a)(1)(A)(i), Plaintiff Spectrum Laboratories LLC hereby dismisses the following Defendants by notice without prejudice: (i) Royal Fragrances LLC, (ii) Saif Ali, (iii) SA & AP Investments LLC, and (iv) Legacy Ecom LLC.

*[Signatures on Following Page]*

{00332234.DOCX}

DATED: December 29, 2022.   Respectfully submitted,

By: */s/ David B. Cupar*
    David B. Cupar (*pro hac vice*)
    *Attorney in Charge*
    Ohio Bar No. 71622
    dcupar@mcdonaldhopkins.com
    Matthew J. Cavanagh (*pro hac vice*)
    Ohio Bar No. 79522
    mcavanagh@mcdonaldhopkins.com
    **MCDONALD HOPKINS LLC**
    600 Superior Avenue, East
    Suite 2100
    Cleveland, Ohio 44114
    Telephone: 216.348.5400
    Facsimile: 216.348.5474

By: */s/ Courtney Ervin*
    Courtney Ervin
    Texas Bar No. 24050571
    SDTX No. 611093
    cervin@hicks-thomas.com
    Kasi Chadwick
    Texas Bar No. 24087278
    SDTX No. 2421911
    kchadwick@hicks-thomas.com
    **HICKS THOMAS LLP**
    700 Louisiana St., Suite 2000
    Houston, Texas 77002
    Telephone: 713.547.9100
    Facsimile: 713.547.9150

**ATTORNEYS FOR PLAINTIFF SPECTRUM LABORATORIES, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that, on December 29, 2022, a copy of this instrument was served on counsel of record as listed below via the Court's ECF noticing system.

Theodore Lapus
tlapus@lglcus.com
LAI CORSINI & LAPUS, LLC
5800 Ranchester Drive, Suite 200
Houston, TX 77036
*Attorneys for Defendant Royal Fragrances LLC dba City Wholesale Supply*

                                                */s/ Courtney Ervin*
                                                Courtney Ervin