United States District Court
Southern District of Texas
**ENTERED**
February 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SPECTRUM LABORATORIES, LLC**., an Ohio Limited Liability Company, | § § § § § | CIVIL ACTION NO. **4:22-CV-03705** |
| Plaintiff, | § § § | |
| vs. | § § § | **JURY DEMAND** |
| **ROYAL FRAGRANCES LLC** d/b/a **CITY SUPPLY WHOLESALE**; et al., | § § § § § | JUDGE CHARLES ESKRIDGE |
| Defendants. | § § | |

### ORDER GRANTING LEAVE TO CONDUCT DISCOVERY

On this day came Plaintiff Spectrum Laboratories, LLC filing its Motion for Leave to Conduct Discovery (the "Motion") [Doc. 33]. The Court has considered the Motion and any responsive papers thereto, and the Court finds as follows:

The Motion is GRANTED.

So ORDERED.

Signed on February 2, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge

1