# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**SPECTRUM LABORATORIES, LLC,**
**an Ohio Limited Liability Company.**

§
§
§
§

*Plaintiff,*

§
§

**CIVIL ACTION NO. 4:22-cv-03705**

**v.**

§
§
§

**JUDGE CHARLES ESKRIDGE**

**DOES #1-10,**

§
§

**JURY DEMAND**

*Defendants.*

§
§
§

---

### Agreed Motion for Entry of Agreed Protective Order

---

Plaintiff Spectrum Laboratories LLC requests the Court enter the Court's Standard

Protective Order to facilitate discovery in this case, attached hereto.


*Signatures on Following Page*

DATED: April 10, 2023

Respectfully submitted,

By: */s/ David B. Cupar*
    David B. Cupar (*pro hac vice*)
    *Attorney in Charge*
    Ohio Bar No. 71622
    dcupar@mcdonaldhopkins.com
    Matthew J. Cavanagh (*pro hac vice*)
    Ohio Bar No. 79522
    mcavanagh@mcdonaldhopkins.com
    **MCDONALD HOPKINS LLC**
    600 Superior Avenue, East
    Suite 2100
    Cleveland, Ohio 44114
    Telephone: 216.348.5400
    Facsimile: 216.348.5474

By: */s/ Courtney Ervin*
    Courtney Ervin
    Texas Bar No. 24050571
    SDTX No. 611093
    cervin@hicks-thomas.com
    Kasi Chadwick
    Texas Bar No. 24087278
    SDTX No. 2421911
    kchadwick@hicks-thomas.com
    **HICKS THOMAS LLP**
    700 Louisiana St., Suite 2000
    Houston, Texas 77002
    Telephone: 713.547.9100
    Facsimile: 713.547.9150

**ATTORNEYS FOR PLAINTIFF
SPECTRUM LABORATORIES, LLC**

## Certificate of Conference

I hereby certify that on Friday, April 7, 2023, I conferenced via telephone the entry of the Court's Standard Protective Order with the only known counsel for the subpoenaed parties whose response to Plaintiff's subpoena remains outstanding, URZ Trendz, LLC, a/k/a Fly Fresh Smoke ("URZ"). Counsel for URZ is unopposed to the relief requested herein.

/s/ Courtney Ervin
Courtney Ervin