UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPECTRUM LABORATORIES, LLC, an Ohio Limited Liability Company. | § § § § § § § § § § § | CIVIL ACTION NO.. 4:22-cv-03705 |
| Plaintiff, | | |
| v. | | JUDGE CHARLES ESKRIDGE |
| DOES #1-10, | | |
| Defendants. | | |

**STATUS REPORT FOR INITIAL CONFERENCE**

This is a counterfeiting case under the Lanham Act. **SPECTRUM LABORATORIES, LLC** (hereinafter "Plaintiff" or "Spectrum") files this Notice Regarding Case Status in preparation for the Initial Conference.

On January 23, 2023, Spectrum was granted leave to amend its Original Complaint to drop the previously named defendants and add the Doe Defendants. [*See* Doc. 31]. Following this, the Court rescheduled the Initial Conference previously set for January 25, 2023 [*See* Doc. 16] and the same was reset for April 19, 2023. And on February 2, 2023, the Court granted Spectrum's Motion for Leave to Conduct Discovery [Doc. 33] allowing Spectrum to send subpoenas to the John Does (the "Does") identified in the Amended Complaint [Doc. 34].

Since that time, Spectrum has sent six subpoenas and has obtained responsive information from all but two. Presently, one of the subpoena recipients has declined to respond to the subpoena, serving only boilerplate

objections, unless and until a protective order is entered. To this end, Spectrum, after obtaining approval from this subpoena recipient, filed a Motion for Entry of the Court's Standard Protective Order [Doc. 40]. Spectrum remains hopeful that this subpoena recipient will comply with the subpoena upon entry of the Protective Order. If compliance is not obtained, Spectrum will file a Motion to Compel. The second outstanding subpoena response was due last week and Spectrum will pursue those responses and/or document production.

Assuming compliance with all of Spectrum's subpoenas continues to occur, Spectrum should be in a position to amend its Amended Complaint to identify the proper defendants.

Dated: April 18, 2023

Respectfully submitted,

By: */s/ David B. Cupar*
    David B. Cupar (*pro hac vice*)
    *Attorney in Charge*
    Ohio Bar No. 71622
    dcupar@mcdonaldhopkins.com
    Matthew J. Cavanagh (*pro hac vice*)
    Ohio Bar No. 79522
    mcavanagh@mcdonaldhopkins.com
    **MCDONALD HOPKINS LLC**
    600 Superior Avenue, East
    Suite 2100
    Cleveland, Ohio 44114
    Telephone: 216.348.5400
    Facsimile: 216.348.5474

By: */s/ Courtney Ervin*
    Courtney Ervin
    Texas Bar No. 24050571
    SDTX No. 611093
    cervin@hicks-thomas.com
    Kasi Chadwick
    Texas Bar No. 24087278
    SDTX No. 2421911
    kchadwick@hicks-thomas.com
    **HICKS THOMAS LLP**
    700 Louisiana St., Suite 2000
    Houston, Texas 77002
    Telephone: 713.547.9100
    Facsimile: 713.547.9150

**ATTORNEYS FOR PLAINTIFF SPECTRUM LABORATORIES, LLC**