UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SPECTRUM LABORATORIES, LLC**., an Ohio Limited Liability Company, | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <u>4:22-CV-03705</u> |
| Plaintiff, | | |
| vs. | | **JURY DEMAND** |
| **DOES #1-10**, | | |
| Defendants. | | JUDGE CHARLES ESKRIDGE |

**ORDER GRANTING MOTION TO COMPEL**

On this day came Plaintiff Spectrum Laboratories, LLC filing its Motion to Compel Discovery (the "Motion") [Doc. 45]. The Court has considered the Motion and any responsive papers thereto, and the Court finds as follows:

The Motion is GRANTED;

URZ Trendz, LLC's objections to Spectrum Laboratories, LLC's subpoena are OVERRULED; and

URZ Trendz, LLC is ORDERED to produce documents and information in response to Spectrum Laboratories, LLC's subpoena within seven (7) days of this Order.

So ORDERED.

1

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge