UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPECTRUM LABORATORIES LLC, Plaintiff, | § § § § § | CIVIL ACTION NO 4:22-cv-03705 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| DOES 1–10, Defendants. | § § § | |

### MINUTE ENTRY AND ORDER

Minute entry for INITIAL CONFERENCE before Judge Charles Eskridge by videoconference on May 3, 2023. Plaintiff Spectrum Laboratories, LLC present and represented by counsel.

The Court addressed the submitted discovery and case management plan. Dkt 29.

Upon inquiry, Spectrum represented that it is still in the process of identifying the Doe Defendants. It is seeking information via subpoena from two non-party entities, who haven't been cooperative to this point.

The motion by Spectrum to compel discovery from URZ Trendz, LLC was GRANTED for the reasons stated on the record. Dkt 45.

It was noted that URZ Trendz may seek protection from such discovery by proper motion, if desired. It was further noted that if URZ Trendz isn't cooperative, Spectrum may bring motion to amend their pleading to add it as a Defendant upon information and belief.

A further initial conference will be set once proper Defendants are identified and served.

SO ORDERED.

Signed on May 3, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge