## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SPECTRUM LABORATORIES LLC, | § § § | CIVIL ACTION NO 4:22-cv-03705 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| URZ TRENDZ LLC and DOES 1–10, | § § § | |
| Defendants. | § | |

### ORDER

Pending is a discovery letter by Plaintiff Spectrum Laboratories LLC dated June 2, 2023. It seeks leave to file another motion to compel Defendant URZ Trendz LLC to produce documents in response to its subpoena. URZ has submitted a letter in response.

The request by Spectrum is DENIED WITHOUT PREJUDICE.

URZ was only recently added as a Defendant in this case and hasn't yet been served. See Dkt 50. Spectrum should perfect service. Upon service, URZ will have seven days to comply with any obligation as to pending discovery under the Federal Rules of Civil Procedure.

URZ is further ADMONISHED that this Court will not hesitate to impose sanctions for willful disobedience of this order and/or discovery obligations.

Spectrum may bring a further discovery letter as necessary.

SO ORDERED.

Signed on June 16, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge