IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

**SPECTRUM LABORATORIES, LLC, AN OHIO LIMITED LIABILITY COMPANY**
**PLAINTIFF**

**VS.**                             **CIVIL ACTION NO: 4:22-CV-03705**

**URZ TRENDZ, LLC A/K/A FLY FRESH SMOKE; AND DOES #1-10**
**DEFENDANT**

### RETURN OF SERVICE

My name is **KENNETH FAIRBANKS**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.

ON **Thursday June 15, 2023 AT 03:11 PM** - , SUMMONS IN A CIVIL ACTION; PLAINTIFF'S SECOND AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT AND APPLICATION FOR PERMANENT INJUNCTION; JUDGE CHARLES R. ESKRIDGE III'S COURT PROCEDURES; ATTACHMENT 1; ATTACHMENT 2; PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES; ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES came to hand for service upon **URZ TRENDZ, LLC A/K/A FLY FRESH SMOKE, BY SERVING ITS REGISTERED AGENT, MUHAMMAD U. GHAFFOOR**.

On **Thursday June 22, 2023** at **12:25 PM** - The above named documents were hand delivered to: **URZ TRENDZ, LLC A/K/A FLY FRESH SMOKE, BY DELIVERING TO ITS REGISTERED AGENT, MUHAMMAD U. GHAFFOOR @ 7400 HARWIN DRIVE, SUITE 120, HOUSTON, TX 77036**, **in Person.**

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                             DECLARATION

"My name is **KENNETH FAIRBANKS,** my date of birth is 01/04/1974 my business address is **1320 QUITMAN STREET, HOUSTON, TX 77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Harris County, State of Texas on Thursday June 22, 2023**

*[signature]*

**PSC#22047 EXP. 03/31/25**
Declarant; Appointed in accordance with State Statutes.

2023.06.767451

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC, an Ohio Limited Liability Company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> URZ Trendz, LLC a/k/a Fly Fresh Smoke; and DOES #1-10, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 4:22-cv-03705 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* URZ Trendz, LLC a/k/a Fly Fresh Smoke, by and through its registered agent for service of process, Muhammad U. Ghaffoor, located at 7400 Harwin Drive, Suite 168, Houston, Texas 77036, or wherever the registered agent may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David B. Cupar and Matthew J. Cavanagh; McDonald Hopkins LLC, 600 Superior Avenue East, Suite 2100, Cleveland OH 44114; Tel: 216-348-5400
and
Courtney Ervin and Kasi Chadwick; Hicks Thomas LLP, 700 Louisiana Street, Suite 2300, Houston, TX 77002; Tel: 713-547-9100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 13, 2023

*Nathan Ochsner, Clerk of Court*

*s/ Mayra M. Marquez*
*Signature of Clerk or Deputy Clerk*