UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SPECTRUM LABORATORIES, LLC,
Plaintiff,

v.

URZ TRENDZ, LLC,
Defendant.

**Case No. 4:22-CV-03705**

**Hon. Judge Charles Eskridge**

**JURY TRIAL DEMANDED**

**DECLARATION OF LOUIS F. TERAN**

I, Louis F. Teran, declare as follows:

1. I submit this declaration in support of Defendant URZ Trendz, LLC.'s ("Defendant") Motion to Dismiss. I am counsel of record for Defendant. I have personal knowledge of the matters set forth below, and if called as a witness, I would and could competently testify thereto.

2. Attached hereto as **Exhibits A** and **B** are a true and correct copies of the U.S. Trademark Registrations issued to Plaintiff Spectrum Laboratories, LLC ("Plaintiff") and asserted in this action.

3. Attached hereto as **Exhibits C to F** are true and correct copies of sections from Plaintiff's website located at www.quickfixsynthetic.com. I downloaded and printed these sections of Plaintiff's website on June 28, 2023, from the specific URL address identified in each exhibit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29th day of June, 2023, at Pasadena, California.

______________________________

Louis F. Teran

# EXHIBIT A

# United States of America

**United States Patent and Trademark Office**

# Quick Fix

**Reg. No. 4,453,892**

**Registered Dec. 24, 2013**

**Int. Cl.: 1**

**TRADEMARK**

**PRINCIPAL REGISTER**

SPECTRUM LABORATORIES, LLC (OHIO LIMITED LIABILITY COMPANY)
PO BOX 8401
CINCINNATI, OH 45208

FOR: CHEMICAL COMPOSITIONS AND AGENTS, NAMELY, SYNTHETIC URINE FOR USE IN URINALYSES, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-888,171, FILED 3-27-2013.

BARBARA GAYNOR, EXAMINING ATTORNEY

Deborah S. Cohn

Commissioner for Trademarks of the
United States Patent and Trademark Office

# EXHIBIT B

# United States of America

## United States Patent and Trademark Office

**Reg. No. 5,791,421**

**Registered Jul. 02, 2019**

**Int. Cl.: 5, 10**

**Trademark**

**Principal Register**

Spectrum Laboratories, LLC (OHIO LIMITED LIABILITY COMPANY)
Po Box 8401
Cincinnati, OHIO 45208

CLASS 5: Dietary supplemental drinks; chemical compositions and agents for detoxifying medical and clinical urine samples, namely, chemical reagents for medical purposes

FIRST USE 4-30-2017; IN COMMERCE 4-30-2017

CLASS 10: Untreated multi-drug testing dip cards for drug use testing purposes

FIRST USE 4-30-2017; IN COMMERCE 4-30-2017

The mark consists of design image resembling a clock as the letter "Q" with a lightening bolt shape as the tail of the "Q".

SER. NO. 87-699,413, FILED 11-28-2017

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

[signature]

Director of the United States
Patent and Trademark Office

# EXHIBIT C



## Why Buy From Quick Fix Synthethic

**Official And Legitimate Distributor**

**Two-Year Shelf Life**

**Fast And Reliable Shipping (See All Shipping Options)**

## How Fake Urine Works Step by Step Instructions

## Step 1

On the day of the test, you have to take out Urine Kit and prepare the fake pee. A testing laboratory has to legally accept urine within a temperature range of 90˚F to 100˚F.

There are two heating methods you can follow – the first method is to take the cap off the bottle containing the synthetic urine and heat it in the microwave for 10 seconds.

The second one is to heat the synthetic urine with the heating pad, which takes 45 minutes.

## Step 2

After heating your bottle in the microwave, put the cap back on, and check the temperature. If the solution's temperature is lower than 90˚F, microwave it again for 3 to 5 seconds.

On the other hand, if there is no reading on the temperature strip, it means that the liquid is too hot. Let it cool down to room temperature.

## Step 3

You have to keep it warm until submitting it for the urine test. The heat pad will keep your Quick Fix urine at the right temperature for up to 8 hours. Or you can also keep the container warm by wearing it underneath your underwear against your skin. If the temperature drops, you can heat it again.

Hide your fake urine (you can use our synthetic urine belt) before entering the testing facility. Take out the bottle and check the temperature strip. Give the bottle a shake to give it a realistic foamy appearance. Pour the liquid into the specimen cup – job done!

## Top Quick Fix Products and Kits

SHOP NOW

Sale!

### QUICK FIX 6.2 TEN PACK SALE – 2OZ BOTTLES

☆☆☆☆☆

$179.99 ~~$189.99~~

This value pack includes ten 2oz bottles of Quick Fix 6.3 urine as well as a heating pad, temperature strip, and easy-to-follow instructions.

Add the Quick Fix 6.3 Ten Pack – 2oz Bottles to your cart today!

ADD TO CART

Sale!

### QUICK FIX 6.2 SYNTHETIC URINE 2OZ

☆☆☆☆☆

$34.95 ~~$39.95~~

Our Quick Fix 6.3 kit comes with 2oz of synthetic urine, a heating pad, a temp strip & other accessories to help you pass your urine test!

ADD TO CART



Sale!

### QUICK FIX 6.3 PLUS SYNTHETIC URINE

$39.95 ~~$45.95~~

Quick Fix 6.3 plus 3oz Synthetic Urine is your #1 source for needing to pass any urine test screening!

ADD TO CART

Sale!

### QUICK FIX 6.3 PLUS TEN PACK SALE-3OZ BOTTLES

$199.99 ~~$209.99~~

The new Quick Fix 6.3 Plus value pack includes ten 3oz bottles of artificial urine, a thermometer strip, warming pad, and directions for use.

Add the Quick Fix 6.3 Plus Ten Pack – 3oz Bottles to your cart today!

ADD TO CART

BUY 3 QUICK FIX PLUS 6.2
GET ONE FREE
BEST ONLINE PRICE
GUARANTEE!

## What is Synthetic Urine?

Synthetic urine, also known as fake urine or fake pee, resembles the chemical structure and physical properties of real human urine, including uric acid, specific gravity, and pH level. These products are usually available in liquid form, but they can also come in a powder form that is dissolved in water. Modern fake urine, like Quick Fix, is a liquid that comes in a small, manageable container in a kit.

Fake pee is mostly used to **pass urine tests** that a person, prank, or sports event organizer can order. In most of these cases, getting caught with traces of toxins in the body can have far-reaching consequences. Instead of facing problems, many people opt to use Quick Fix 6.3 synthetic urine or the larger 3oz Quick Fix Synthetic Urine 6.3 plus bottle.

Submitting fake pee instead of human urine is widely considered to be one of the **most effective ways** to pass urine tests that you would otherwise fail.

If you recently consumed toxic substances, such as nicotine, Quick Fix is the best synthetic urine kit to help you pass. It is **indistinguishable from human urine**, even at a molecular level.

Successfully using fake pee requires extensive planning and preparation, however. If you fail to carefully follow all product instructions, you will not be able to submit your urine sample for the purposes of a test. Keep reading to learn more about Quick Fix Urine, how to use it, and how it works.

## What is Fake or Synthetic Urine Made Of?

Our best synthetic urine kit contains the following composition markers:

- CREATINE
- REALISTIC SPECIFIC GRAVITY
- REALISTIC PH RANGE
- UREA
- URIC ACID

# EXHIBIT D

Shop Testimonials FAQs Blog Reviews How to Guides Shipping Info Contact Us

Uncategorized

Sale

## Quick Fix Urine Pro Belt Kit

$59.95 ~~$69.95~~

Spectrum Labs' Quick Fix is the most popular brand of synthetic urine in the United States, and it is finally available in a belt kit, a convenient way to make sure that your Urine tests remain negative and your pee play remains safe. No more improvised devices or bulky prosthetics. Quick Fix Pro Belt Kit is comfortable to wear, and 99% guaranteed to deliver a negative Uirne test result.

The main features of Quick Fix Pro Belt Kit include:

– Universal sized belt – can accommodate both men and women

– Utilizes an empty medical-grade vinyl bag that includes biocide, which inhibits bacterial growth

– Attaches with an elastic cotton strap that fits around your waist and can be easily adjusted

– Preloaded with 4 ounces of Quick Fix synthetic urine

– pH balanced and includes ingredients found in regular urine, like urea, making the detection of synthetic urine virtually impossible

– Large adhesive heat pad and a temperature strip included

-Single use non refillable urine belt kit

Select Overnight Shipping and get it: **Jun 29** , Order in the next **01 : 15 : 37**

- 1 + Category: Uncategorized

ADD TO CART

**100% Customer Satisfaction Guarantee**

**Discreet Packaging And Billing**

**Fast And Reliable Shipping (See All Shipping Options)**

DESCRIPTION FAQ

**Are you worried about passing a mandatory urine test or wanna expirence wet sex play? What if we told you that there is an amazing product that can do just that in the form of a synthetic urine belt?**

**Spectrum Labs is an industry leader that has dedicated years to research in the field of synthetic urine. Quick Fix synthetic urine enjoys the reputation of the best product of its kind on the market. Strict quality control and extensive testing enable Spectrum Labs to claim a 99% success rate when it comes to passing a urine test.**

### Quality Materials and Easy to Use

**The Quick Fix Pro Belt Kit is constructed from industrial-grade materials that will withstand the rigors of even the most careless handling. Its medical-grade vinyl bag is inert to synthetic urine and will not contaminate the urine sample. It's also notoriously tough and impossible to tear. At the same time, vinyl is a non-allergenic material that will not cause a reaction if you have sensitive skin or allergies.**

**Industry-grade cotton is the material of choice when it comes to the elastic band that the urine bag is attached too. Not only is the material elastic and can accommodate both men and women of all sizes, but it is also incredibly sturdy, making the Quick Fix Pro Belt Kit a product that you can use for a long time.**

**Synthetic urine requires cold storage to maintain its properties and prolong the duration of the product. This is inconvenient when it comes to actual testing since a chilled urine sample can raise suspicion. The Quick Fix Pro Belt Kit heats easily by putting the vinyl urine bag in a microwave, and a large, adhesive heat pad can be attached to keep the urine warm until the test time.**

## What Makes Quick Fix Pro Belt Kit a Perfect Product for Passing a Urine Test?

**There are plenty of products on the market, making ridiculous claims that are difficult to prove or back up with relevant information. You might ask, "What makes Quick Fix Pro Belt Kit the best product for passing a urine test?" The answer is simple:**

**– Quick Fix Pro Belt Kit is a product of Spectrum Labs, an industry leader in the synthetic urine segment.**

**– The kit is a one-size-fits-all solution that can be used both by men and women.**

**– Quick Fix Pro Belt Kit comes preloaded with 4 ounces of Quick Fix 6.3 synthetic urine, the best synthetic urine formula in the world with a 99% success rate.**

**– Spectrum Labs uses quality materials that will stand the test of time while protecting your future. All materials are non-allergenic and are rip-safe, keeping the contents of the urine bag safe.**

**– Quick Fix Pro Belt Kit is easy to use and can be attached to your waist and removed in seconds. At the same time, the product is discrete under clothing.**

**– It comes at an affordable price.**

**If you are concerned with random urine testing and would like the comfort of a pre mixed urine belt, you should consider giving Spectrum Labs' Quick Fix Pro Belt Kit a try. In a market full of "miracle" solutions, Quick Fix synthetic urine stands a step above the competition and protects your future. It is now available in a convenient belt kit. Order yours now!**

## Related products

Sale!

**Drug Test Cup Pre Screen 12 Panel**

$24.95 ~~$29.95~~

ADD TO CART

Sale!

**Quick Fix 6.3 Plus Synthetic Urine**

$39.95 ~~$45.95~~

ADD TO CART

Sale!

**Quick Shot Liquid Detox Power Cleanse**

$29.95 ~~$39.95~~

ADD TO CART

Sale!

**Quick Hide Pocket Underwear**

$22.95 ~~$25.95~~

SELECT OPTIONS

Quick Links

Shop
About Us
Shipping Rates
Testimonials
FAQs
Blog
Privacy Policy
Affiliate Terms
Counterfeit Warning
Wholesale Application
Quick Fix Urine
Affiliate Program

CONTACT US

7181 N Hualapai Way Suite 130 Las Vegas NV 89166
Email: quickfix411@gmail.com
Phone: 1-866-420-4574
Open: Monday - Friday 9AM - 5PM







# EXHIBIT E



Uncategorized

Sale

## Quick Hide Pocket Underwear

$22.95 ~~$25.95~~

Quick Hide Pocket Underwear can help protect your belongings and privacy in the comfort of your own clothes. **(Quick Fix Urine sold separately)**

**Add it to your cart today!**

**Sizes**

Choose an option

**Select Overnight Shipping and get it: Jun 29 , Order in the next** 05 : 37 : 22

- 1 + SKU: N/A Category: Uncategorized

ADD TO CART

**100% Customer Satisfaction Guarantee**

**Discreet Packaging And Billing**

**Fast And Reliable Shipping (See All Shipping Options)**

DESCRIPTION | ADDITIONAL INFORMATION | REVIEWS (0) | FAQ

**Do you have a urine test coming up? One of the most effective ways to pass a screening is to submit a synthetic sample that resembles the appearance, temperature and chemical properties of real urine.**

**Products like Quick Fix are so realistic that labs use these samples to calibrate their equipment. The problem with using synthetic urine is that you must deliver a sample without raising suspicion.**

**Quick Hide pocket underwear solves this issue. (Urine sold separately, all sales final)**

## HOW QUICK HIDE POCKET UNDERWEAR WORKS

**Quick Hide pocket underwear looks like real underwear, but the difference is that Quick Hide underwear has a hidden pocket at the front. Before the screening, place the synthetic urine inside the pocket and push it as far down as possible.**

**You can wear the secret item with any piece of clothing. The pocket's position ensures that the bottle will not be visible through your clothes, and your valuables are stored safely. The bottle is entirely undetectable, even if you are only wearing the Quick Hide underwear.**

## KEEPS URINE AT A REALISTIC TEMPERATURE

**One of the issues with submitting a fake sample is that it has to be at a realistic temperature of 98.6˚F (about the same as a person's body temperature). If your bottle is above or below the expected temperature, the facility may not accept it for testing.**

**The Quick Hide underwear keeps the bottle close to your body and covered by the fabric. It warms the container to a realistic temperature, giving you a fighting chance of passing the urine test.**

## COMFORTABLE, ACCESSIBLE, REUSABLE

Stuffing a bottle down your conventional underwear can be extremely uncomfortable, and you would have to walk awkwardly to prevent the container from falling out.

The Quick Hide pocket underwear solves this uncomfortable situation, allowing you to carry a bottle of synthetic urine without even realizing it is in there. The underwear also provides complete access to the bottle. When you have to fill your specimen cup, reach down and take it out—no fidgeting with buttons or noisy zippers or wasting valuable time.

The Quick Hide underwear molds comfortably to the body and is made of a lightweight, breathable 95% cotton and 5% spandex material. You can machine wash the underwear with regular underwear and wear it repeatedly.

## WHO CAN WEAR THE QUICK HIDE POCKET UNDERWEAR?

Quick Hide pocket underwear is unisex and suitable for men and women. The underwear is available in the following sizes:

· Large: 32" – 34" waist

· XL- 36" – 38" waist

· XXL- 40" – 42" waist

You can wear Quick Hide underwear with any clothing, including shorts, pencil skirts, workwear, and jeans.

## OTHER USES

The Quick Hide underwear pocket can carry multiple items without forming lumps under your clothing. You can even conceal a phone, wallet, or passport in this compartment. It is ideal for keeping your valuables safe when you are traveling or visiting crowded places, for example.

## GET YOUR QUICK HIDE POCKET UNDERWEAR TODAY

When buying your Quick Hide underwear, note that all sales on underwear are final. No returns on undergarment materials are accepted.

A urine screening might be standing between you and the job of your dreams or participation in a sports event. The Quick Hide pocket underwear delivers a synthetic sample quickly and easily.

The underwear allows you to take a sample into a testing facility and deliver it at the correct temperature. Quick Hide underwear is also comfortable, and you can use it to carry around other valuables. Order your Quick Hide underwear today and safely pass your next urine test.

## Related products

**Quick Rinse Saliva Detox**

$29.95 ~~$39.95~~

ADD TO CART

**Quick Fix 6.3 Plus Ten Pack Sale–3oz Bottles**

$199.99 ~~$209.99~~

ADD TO CART

**10 Panel Drug Test Kit**

$14.95 ~~$19.95~~

OUT OF STOCK

**Quick Fix Urine Heating Pad**

$3.99

ADD TO CART

Quick Links

Shop
About Us
Shipping Rates
Testimonials

CONTACT US

7181 N Hualapai Way Suite 130 Las Vegas NV 89166
Email: quickfix411@gmail.com
Phone: 1-866-420-4574

   

# EXHIBIT F

Page 1
https://www.quickfixsynthetic.com/best-synthetic-urine-brand/
06 28 2023

QUICK FIX
Synthetic

Shop Testimonials FAQs Blog Reviews How to Guides Shipping Info Contact Us

# Best Synthetic Urine Brand

In this day and age, synthetic products are in demand. Despite efforts by law enforcement and governments to shut down the use of synthetic urine, there is pushback by the consumers; and the consumers are sending a clear message: "we want it, and we need it."

If you are one of the many individuals that have to face the uncertainty of a nicotine test or any other type of screening and are worried that your results will be less than favorable, then synthetic urine is something that can help you.

This alternative to human urine can help someone in many situations, but there are so many of these types of products available that many people have a hard time finding one that works.

You might find yourself asking online: "Who has the best product? Why does this have the best reviews? And "How can I make sure it is as effective as they say it is?" Many times, you will keep hearing the name Quick Fix Synthetic thrown out there as having the best product and reviews.

There is a reason for this; Quick Fix Synthetic is continuously improving their formulas to stay ahead of the game and ahead of the laboratories trying to shut synthetic urine users down.

The synthetic urine needs to be as realistic as possible while still being affordable enough for someone to purchase. It also needs to be undetectable and many of the products available can be easily figured out and should be avoided.

Quick fix urine is trusted and has been the leader in fake urine products for a long time.

## Why is Quick Fix the Best?

Quick Fix urine is available at www.quickfixsynthetic.com and has the all the qualities to make it the best available synthetic product available anywhere.

There are many reasons why Quick Fix urine is the best choice when searching for synthetic urine that can give you the confidence to know that you will pass that screening every time.

This product is one of the only synthetic urine products that is undetectable, and this is because the compound used to make this product mimics the chemicals found in real urine and has all the attributes you would expect to find, such as creatinine, ph level, and specific gravity.

## New and Improved Formula

Search Product
Search ...
Top Sellers
Quick Shot Liquid Detox Power Cleanse
$39.95 $29.95
Quick Rinse Saliva Detox
$39.95 $29.95
Quick Fix 6.3 Plus Ten Pack

