# EXHIBIT 3

**COUNTERFEIT**



**SPECTRUM LABS**



COUNTERFEIT



SPECTRUM LABS



COUNTERFEIT

SPECTRUM LABS



COUNTERFEIT



SPECTRUM LABS



COUNTERFEIT



**CONTAINS:**

3 oz Bottle
of novelty
synthetic urine

1 Heat Pad

WARNING:
DO NOT
DRINK.

NOT INTENDED
FOR
UNLAWFUL
USE.

SPECTRUM LABS

**CONTAINS:**

3 oz Bottle
of novelty
synthetic urine

1 Heat Pad

WARNING:
DO NOT
DRINK.

NOT INTENDED
FOR
UNLAWFUL
USE.

COUNTERFEIT



SPECTRUM LABS





COUNTERFEIT



U.S. Patent No. 7,192,776
U.S. Patent No. 9,128,105

6 74008 32002 8

Formula 6.3

QUICK FIX PLUS

SPECTRUM LABS



U.S. Patent No. 7,192,776
U.S. Patent No. 9,128,105

6 74008 32002 8

Formula 6.3

QUICK FIX® PLUS