UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPECTRUM LABORATORIES LLC, Plaintiff, | § § § § § | CIVIL ACTION NO 4:22-cv-03705 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| URZ TRENDZ LLC, Defendant. | § § § | |

**MINUTE ENTRY AND ORDER**

Minute entry for DISCOVERY HEARING before Judge Charles Eskridge by teleconference on August 29, 2023. All parties present and represented by counsel.

The Court addressed the pending discovery letter by Spectrum Laboratories, LLC, on July 24, 2023. Defendant URZ Trendz, LLC, submitted a response letter on August 16, 2023.

For reasons stated on the record, the Court FOUND that the discovery requests were proper and understandable, and that URZ hasn't been cooperative or proceeding in accordance with its discovery obligations under the Federal Rules of Civil Procedure. Objections by URZ to the discovery were OVERRULED.

URZ was ORDERED to produce all documents (i) relating to any product that it identifies for sale or marketing with reference to the words "Quick Fix"; (ii) any external communications related to any product sold or marketed by anyone as "Quick Fix," whether by Spectrum, URZ, or any other party; and (iii) any internal communications related to any product sold or marketed by anyone as

"Quick Fix," whether by Spectrum, URZ, or any other party. Production must be made by September 22, 2023.

The Court addressed the motion to dismiss by URZ. The motion was DENIED WITHOUT PREJUDICE for reasons stated on the record. Dkt 56.

The Court addressed the oral motion by Spectrum to file a further amended complaint. The motion was GRANTED for reasons stated on the record, limited to attachment of exhibits inadvertently omitted from prior versions, and to add allegations regarding likelihood of confusion. The amended complaint must be filed by September 1, 2023.

Spectrum may later request leave to further amend after review of forthcoming discovery, in conformance with requirements of conference before seeking such leave.

The parties should continue to confer in good faith regarding discovery and settlement.

SO ORDERED.

Signed on August 29, 2023, at Houston, Texas.

*Chas R Eskridge II*
Hon. Charles Eskridge
United States District Judge