UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SPECTRUM LABORATORIES, LLC,
              Plaintiff,

v.

URZ TRENDZ, LLC,
              Defendant.

**Case No. 4:22-cv-03705**

**Hon. Judge Charles Eskridge**


**JURY TRIAL DEMANDED**


## ANSWER AND COUNTERCLAIM

NOW COMES Defendant URZ Trendz, LLC., d/b/a Fly Fresh Smoke ("Defendant"), by and through its undersigned counsel, and for its Answer to the Complaint filed by Plaintiff Spectrum Laboratories, LLC ("Plaintiff"), states as follows:

## PARTIES

1. With respect to the allegations of paragraph 1 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

2. With respect to the allegations of paragraph 2 of the Complaint, Defendant admits all allegations.

3. With respect to the allegations of paragraph 3 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

4. With respect to the allegations of paragraph 4 of the Complaint, Defendant admits all allegations.

5. With respect to the allegations of paragraph 5 of the Complaint, Defendant admits all allegations.

6. With respect to the allegations of paragraph 6 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

7. With respect to the allegations of paragraph 7 of the Complaint, Defendant admits all allegations.

**III.**

**FACTUAL ALLEGATIONS**

**A.**     **Spectrum's Marks and Products**

8. With respect to the allegations of paragraph 8 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

9. With respect to the allegations of paragraph 9 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

10. With respect to the allegations of paragraph 10 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

11. With respect to the allegations of paragraph 11 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

12. With respect to the allegations of paragraph 12 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

13. With respect to the allegations of paragraph 13 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

14. With respect to the allegations of paragraph 14 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

### B. Factual and Procedural History

#### (1) Spectrum's Investigation and Lawsuit against RF and Others

15. With respect to the allegations of paragraph 15 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

16. With respect to the allegations of paragraph 16 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

17. With respect to the allegations of paragraph 17 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

18. With respect to the allegations of paragraph 18 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

19. With respect to the allegations of paragraph 19 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

#### (2) Spectrum's First Amended Complaint and Third-Party Discovery

20. With respect to the allegations of paragraph 20 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

21. With respect to the allegations of paragraph 21 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

22. With respect to the allegations of paragraph 22 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

23. With respect to the allegations of paragraph 23 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

24. With respect to the allegations of paragraph 24 of the Complaint, Defendant denies all allegations.

25. With respect to the allegations of paragraph 25 of the Complaint, Defendant denies all allegations.

26. With respect to the allegations of paragraph 26 of the Complaint, Defendant denies all allegations.

27. With respect to the allegations of paragraph 27 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

28. With respect to the allegations of paragraph 28 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

29. With respect to the allegations of paragraph 29 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

30. With respect to the allegations of paragraph 30 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

31. With respect to the allegations of paragraph 31 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

32. With respect to the allegations of paragraph 32 of the Complaint, Defendant denies all allegations.

33. With respect to the allegations of paragraph 33 of the Complaint, Defendant denies all allegations.

### C. Defendants' Unlawful Actions

34. With respect to the allegations of paragraph 34 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

35. With respect to the allegations of paragraph 35 of the Complaint, Defendant denies all allegations.

36. With respect to the allegations of paragraph 36 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

37. With respect to the allegations of paragraph 37 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

38. With respect to the allegations of paragraph 38 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

39. With respect to the allegations of paragraph 39 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

40. With respect to the allegations of paragraph 40 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

41. With respect to the allegations of paragraph 41 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

## IV.

## CAUSES OF ACTION

### Count I:  Federal Trademark Infringement

42. With respect to the allegations of paragraph 42 of the Complaint, Defendant reasserts the above answers.

43. With respect to the allegations of paragraph 43 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

44. With respect to the allegations of paragraph 44 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

45. With respect to the allegations of paragraph 45 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

46. With respect to the allegations of paragraph 46 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

47. With respect to the allegations of paragraph 47 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

48. With respect to the allegations of paragraph 48 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

## Count 2:  Federal Unfair Competition

49. With respect to the allegations of paragraph 49 of the Complaint, Defendant reasserts the above answers.

50. With respect to the allegations of paragraph 50 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

51. With respect to the allegations of paragraph 51 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

52. With respect to the allegations of paragraph 52 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

53. With respect to the allegations of paragraph 53 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

## Count 3: Federal Trademark Counterfeiting in Violation of Section 32 of Lanham Act 15 USC 1114(a)

54. With respect to the allegations of paragraph 54 of the Complaint, Defendant reasserts the above answers.

55. With respect to the allegations of paragraph 55 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

56. With respect to the allegations of paragraph 56 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

57. With respect to the allegations of paragraph 57 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

58. With respect to the allegations of paragraph 58 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

59. With respect to the allegations of paragraph 59 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

60. With respect to the allegations of paragraph 60 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

61. With respect to the allegations of paragraph 61 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

62. With respect to the allegations of paragraph 62 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

63. With respect to the allegations of paragraph 63 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

64. With respect to the allegations of paragraph 64 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

65. With respect to the allegations of paragraph 65 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

## Count 4:  Federal Trademark Dilution of the Quick Fix Mark and Q-Clock Mark

66. With respect to the allegations of paragraph 66 of the Complaint, Defendant reasserts the above answers.

67. With respect to the allegations of paragraph 67 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

68. With respect to the allegations of paragraph 68 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

69. With respect to the allegations of paragraph 69 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

70. With respect to the allegations of paragraph 70 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

## Count 5:  Unfair and Deceptive Trade Practices

71. With respect to the allegations of paragraph 71 of the Complaint, Defendant reasserts the above answers.

72. With respect to the allegations of paragraph 72 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

73. With respect to the allegations of paragraph 73 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

74. With respect to the allegations of paragraph 74 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

75. With respect to the allegations of paragraph 75 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

## Count 6:  Common Law Trademark Infringement and Unfair Competition

76. With respect to the allegations of paragraph 76 of the Complaint, Defendant reasserts the above answers.

77. With respect to the allegations of paragraph 77 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

78. With respect to the allegations of paragraph 78 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

79. With respect to the allegations of paragraph 79 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

80. With respect to the allegations of paragraph 80 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

81. With respect to the allegations of paragraph 81 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.


## Count 7:  State Trademark Dilution and Injury to Business Reputation

82. With respect to the allegations of paragraph 82 of the Complaint, Defendant reasserts the above answers.

83. With respect to the allegations of paragraph 83 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

84. With respect to the allegations of paragraph 84 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

85. With respect to the allegations of paragraph 85 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

86. With respect to the allegations of paragraph 86 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

## Count 8:  Common Law Passing Off or Palming Off/Unfair Competition

87. With respect to the allegations of paragraph 87 of the Complaint, Defendant reasserts the above answers.

88. With respect to the allegations of paragraph 88 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

89. With respect to the allegations of paragraph 89 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

90. With respect to the allegations of paragraph 90 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

91. With respect to the allegations of paragraph 91 of the Complaint, Defendant is without information sufficient to form a belief as to the truth or falsity of the allegations thereof and therefore denies the same.

## RELIEF REQUESTED

Defendant denies that Plaintiff is entitled to any of the listed or other relief.

## AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses, without assuming the burden of proof on any such defenses that would otherwise rest with Plaintiff. Defendant expressly reserves the right to supplement, amend or withdraw any and or all of the following defenses, as warranted by discovery or other investigation, or for any other reason.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Laches)

2. Plaintiff's Complaint is barred by the doctrine of laches. Plaintiff has known for years that Defendant and other distributors had sold and continue to sell products under the asserted marks and failed to take any action because popularity and recognition for the asserted marks was increasing and Plaintiff did not wish to interfere.

### THIRD AFFIRMATIVE DEFENSE
### (Trademark Noninfringement)

3. Defendant's actions have not created, and will not create, any likelihood of confusion in the marketplace.

### FOURTH AFFIRMATIVE DEFENSE
### (Trademark Invalidity)

4. Plaintiff's alleged mark is invalid and not entitled to registration or protection under the Lanham Act. More specifically, the asserted marks are not entitled to protection under the Lanham Act because they are used by Plaintiff in conjunction with products which are illegal under state and/or federal law or products not identified in the asserted trademark registrations; and because they were abandoned by Plaintiff since Plaintiff failed or ceased the use of the asserted marks in connection with the goods/services identified in the asserted trademark registrations.

## FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

5.  Plaintiff's claims are barred by estoppel.  Plaintiff has known for years that Defendant and other distributors had sold and continue to sell products under the asserted marks and failed to take any action because popularity and recognition for the asserted marks was increasing and Plaintiff did not wish to interfere.

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

6.  Plaintiff's claims are barred by waiver.  Plaintiff has known for years that Defendant and other distributors had sold and continue to sell products under the asserted marks and failed to take any action because popularity and recognition for the asserted marks was increasing and Plaintiff did not wish to interfere.

## SEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

7.  Plaintiff's claims are barred by the doctrine of unclean hands.  Plaintiff has represented to the United States Patent and Trademark Office that the asserted marks were to be used in conjunction with synthetic urine for use in urinalysis, dietary drinks, and other chemicals but disingenuously left out that the asserted marks were to be used with fake urine to falsely pass drug tests.  Such products are illegal under state and/or federal law.  Even more, Plaintiff's use of the asserted marks in conjunction with fake urine violates state and federal law.

## EIGHT AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

8.  If Plaintiff suffered damages, which Defendant expressly denies, Plaintiff is not entitled to recover any as it could have, but failed to, properly and adequately mitigate incurring such damages.

## NINTH AFFIRMATIVE DEFENSE

### (No Constructive Notice of Trademark)

9.  Plaintiff failed to indicate that its marks possessed a registration or any protection.

## TENTH AFFIRMATIVE DEFENSE

### (Innocent Infringment)

10. Any alleged infringement by Defendant was not willful, but innocent.

## ELEVENTH AFFIRMATIVE DEFENSE

### (fraud on the USPTO)

11. Plaintiff's claims are barred, in whole or in part, by virtue of Plaintiff's fraud on the Patent and Trademark Office. On information and belief, in connection with the federal registrations alleged by Plaintiff, Plaintiff made false material representations to the PTO intended to induce the PTO to take action in reliance on such false material representations. In particular, Plaintiff disingenuously left out that the asserted marks were to be used with fake urine intended to falsely pass drug tests. Such products are illegal under state and/or federal law. Even more, Plaintiff's use of the asserted marks in conjunction with drug paraphernalia violates state and federal law.

## COUNTERCLAIMS

1. Counter-Claimant URZ Trendz, LLC ("URZ") complains and alleges the following counterclaims against Counter-Defendant Spectrum Laboratories, LLC ("Spectrum").

## THE PARTIES

2. Spectrum is a limited liability company organized and existing under the laws of the State of Ohio.

3. URZ is a limited liability company organized and existing under the laws of the State of Texas.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over the counterclaims pursuant to 28 U.S.C. §§1331, 1367, 2201, and 2202.

5. Venue is proper in the Court pursuant to 28 U.S.C. §1391 and by virtue of Counterdefendant bringing this action in this Court.

## FACTUAL ALLEGATIONS

6.     Make no mistake, Spectrum filed this lawsuit to protect its criminal enterprise of selling synthetic urine to drug addicts who need it to falsely pass urine tests that are routinely conducted by employers, law enforcement, and government agencies to test for illegal drug use.

7.     Spectrum acquired Trademark Registration No. 4453892 for the mark "Quick Fix" for use in connection with "chemical compositions and agents, namely, synthetic urine for use in urinalysis" under International Class 001 which is reserved for chemicals used in industry, science, and photography, as well as agriculture, horticulture, and forestry.  A true and correct copy of Spectrum's Trademark Registration is attached hereto as **Exhibit A**.

8.     Plaintiff acquired Trademark Registration No. 5791421 for the "Q-Clock" design mark for use in connection with "dietary supplemental drinks; chemical compositions and agents for detoxifying medical and clinical urine samples, namely, chemical reagents for medical purposes" under International Class 005 which is reserved for pharmaceutical, veterinary, and sanitary preparations, also for dietic substances adapted for medical use. This registration also covers the use of the "Q-Clock" design mark for use in connection with "Untreated multi-drug testing dip cards for drug use testing purposes" under International Class 010 which is reserved for surgical, medical, dental, and veterinary apparatus and instruments, including artificial limbs, eyes, and teeth.  A true and correct copy of Spectrum's Trademark Registration is attached hereto as **Exhibit B**.

9.     Essentially, Spectrum represented to the United States Patent and Trademark Office ("USPTO") that it sells dietary supplemental drinks and synthetic urine for use in a medical or clinical setting.

10.    Such representation to the USPTO is false.

11.    In fact, Spectrum sells and advertises synthetic urine for non-medical use to the general public under the name "fake pee".

12.    Spectrum has published an advertisement through which it sells and promotes its "fake pee" product for non-medical use to the general public.  A true and correct copy of Spectrum's advertisement is attached hereto as **Exhibit C**.

13.     In fact, in said advertisement, Spectrum describes its product as follows:

   "What is synthetic urine?  -  Synthetic urine, also known as fake urine or fake pee, resembles the chemical structure and physical properties of real human urine…

   Fake pee is mostly used to pass urine tests that a person, prank, or sports event organizer can order.  In most of these cases, getting caught with traces of toxins in the body can have far-reaching consequences.  Instead of facing problems, many people opt to use Quick Fix Synthetic Urine or the larger 3oz Quick Fix Synthetic Urine 6.3 plus bottle.

   Submitting fake pee instead of human urine is widely considered to be one of the most effective ways to pass urine tests that you would otherwise fail.

   If you recently consumed toxic substances, such as nicotine, Quick Fix is the best synthetic urine kit to help you pass.  It is indistinguishable from human urine, even at a molecular level."  See Ex. C.

14.     Even more, Spectrum also sells a "Belt Kit" that allows the fake urine to be hidden around the waist underneath clothing so that it appears that Spectrum's consumer is actually urinating into a cup during a drug test.  A true and correct copy of an advertisement published by Spectrum to advertise its "Belt Kit" is attached hereto as **Exhibit D**.

15.     But when the "Belt Kit" does not work, Spectrum sells a specially designed underwear with a hidden pocket into which the fake urine can be hidden.  A true and correct copy of an advertisement by Spectrum to advertise its underwear is attached hereto as **Exhibit E**.

16.     Essentially, Spectrum is in the business of manufacturing and selling substances and devices designed to falsify drug test results.

17.     Selling such products is a violation of Texas Health & Safety Code §481.133 and punishable by imprisonment as a Class A misdemeanor.

18.     Despite the illegality of Spectrum's products, Spectrum doubles down on the sale of said illegal product by advertising as follows:

"Best Synthetic Urine Brand – In this day and age, synthetic products are in demand. Despite efforts by law enforcement and governments to shut down the use of synthetic urine, there is pushback by the consumer, and the consumers are sending a clear message: 'we want it, and we need it'." See **Exhibit F**.

19.     Essentially, despite any measures that law enforcement and governments put in place to protect people from alcoholics and drug addicts, Plaintiff is right there to tear them down with its illegal synthetic urine.

## FIRST COUNTERCLAIM

### (Declaration of Invalidity for Trademark Registration No. 4453892)

20.     URZ repeats and realleges the allegations of the foregoing paragraphs of the Counter-Complaint as if fully set forth herein.

21.     Upon information and belief, Spectrum is a manufacturer and seller of products that are illegal under state and federal law. More specifically, Spectrum manufactures and sells products designed and intended to falsify drug test results.

22.     Upon information and belief, Spectrum has used the "Quick Fix" mark in connection with illegal products and in commerce that is not regulated by Congress.

23.     The "Quick Fix" mark is registered under Trademark Registration No 4453892.

24.     As such, upon information and belief, the Trademark Registration No. 4453892 is invalid under the Lanham Act for lack of use in commerce.

25.     Even more, the "Quick Fix" mark is registered under Trademark Registration No 4453892 for use in connection with specific registered goods under International Class 001.

26.     As such, upon information and belief, the Trademark Registration No. 4453892 is invalid under the Lanham Act because Spectrum abandoned the use or never used the registered mark "Quick Fix" in connection with each or all the registered goods.

27.     Even more, upon information and belief, the Trademark Registration No. 4453892 is invalid under the Lanham Act because Spectrum abandoned the use or never used the registered mark "Quick Fix" in connection with any product that would fall under International Class 001.

## SECOND COUNTERCLAIM

## (Declaration of Invalidity for Trademark Registration No. 5791421)

28.     URZ repeats and realleges the allegations of the foregoing paragraphs of the Counter-Complaint as if fully set forth herein.

29.     Upon information and belief, Spectrum is a manufacturer and seller of products that are illegal under state and federal law.  More specifically, Spectrum manufactures and sells products designed and intended to falsify drug test results.

30.     Upon information and belief, Spectrum has used the "Q-Clock" design mark in connection with illegal products and in commerce that is not regulated by Congress.

31.     The "Q-Clock" design mark is registered under Trademark Registration No 5791421.

32.     As such, upon information and belief, the Trademark Registration No. 5791421 is invalid under the Lanham Act for lack of use in commerce.

33.     Even more, the "Q-Clock" design mark is registered under Trademark Registration No 5791421 for use in connection with specific registered goods under International Classes 005 and 010.

34.     As such, upon information and belief, the Trademark Registration No. 5791421 is invalid under the Lanham Act because Spectrum abandoned the use or never used the registered "Q-Clock" design mark in connection with each or all the registered goods.

35.     Even more, upon information and belief, the Trademark Registration No. 5791421 is invalid under the Lanham Act because Spectrum abandoned the use or never used the registered "Q-Clock" design mark in connection with any product that would fall under International Class 005 or 010.

## THIRD COUNTERCLAIM

## (Fraud on the USPTO During the Procurement of the Trademark Registrations )

36.     URZ repeats and realleges the allegations of the foregoing paragraphs of the Counter-Complaint as if fully set forth herein.

37.     Spectrum purports to be the owner of both Trademark Registrations referenced above.

38.     Upon information and belief, in attaining the Trademark Registrations, Spectrum falsely represented to the USPTO that Spectrum was using and would continue to use in commerce the Registered Marks in connection with the Registered Goods as expressly identified in the Trademark Registrations.

39.     Such representation is false.

40.     In reality, upon information and belief, Spectrum's products are designed and intended to be used to illegally falsify results of drug tests.

41.     As such, the products manufactured and sold by Spectrum under the Registered Marks are illegal under state and federal law.

42.     Spectrum never represented or disclosed to the USPTO a true and accurate description of its products.  More specifically, Spectrum never represented or disclosed to the USPTO that its products used in connection with the Registered Marks are illegal under state and/or federal law.

43.     On information and belief, in reliance on Spectrum's false representations regarding the Registered Marks, the USPTO issued the Trademark Registrations.

44.     As a result of Spectrum's false representations, the Trademark Registrations are subject to cancellation in whole or in part.

45.     URZ is entitled to a declaratory judgment cancelling the Trademark Registrations in whole or in part.


## **PRAYER**

WHEREFORE, having fully answered Plaintiff's/Counter-Defendant Spectrum's Complaint, and alleged the Counterclaims, Counter-Claimant/Defendant URZ prays for relief as follows:

1. That the Court deny any judgment for Spectrum;

2. That Spectrum recover nothing, and its Complaint be dismissed with prejudice;

3. That Spectrum's trademarks are invalid;

19

4. That the Court deem this case to be exceptional and award URZ's attorney's fees and costs of this action; and

5. For such other relief as the Court deems proper.

DATED: September 13, 2023

By:_____

Louis F. Teran (Admitted *Pro Hac Vice)*
Email: lteran@slclg.com
California Bar No. 249494
SLC Law Group
1055 E. Colorado Blvd., Suite 500
Pasadena, CA 91106
Phone: 818-484-3217 x200

ATTORNEY FOR URZ Trendz, LLC.

## **DEMAND FOR JURY TRIAL**

URZ hereby demands a jury trial of all issues which are triable to a jury.

DATED:  September 13, 2023

By:_____

Louis F. Teran (Admitted *Pro Hac Vice)*
Email: lteran@slclg.com
California Bar No. 249494
SLC Law Group
1055 E. Colorado Blvd., Suite 500
Pasadena, CA 91106
Phone:  818-484-3217 x200

ATTORNEY FOR URZ Trendz, LLC.

# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# Quick Fix

**Reg. No. 4,453,892**

SPECTRUM LABORATORIES, LLC (OHIO LIMITED LIABILITY COMPANY)
PO BOX 8401

**Registered Dec. 24, 2013** CINCINNATI, OH 45208

**Int. Cl.: 1**

FOR: CHEMICAL COMPOSITIONS AND AGENTS, NAMELY, SYNTHETIC URINE FOR USE IN URINALYSES, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

**TRADEMARK**

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-888,171, FILED 3-27-2013.

BARBARA GAYNOR, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office

# EXHIBIT B

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,791,421**

**Registered Jul. 02, 2019**

**Int. Cl.: 5, 10**

**Trademark**

**Principal Register**

Spectrum Laboratories, LLC  (OHIO LIMITED LIABILITY COMPANY)
Po Box 8401
Cincinnati, OHIO 45208

CLASS 5: Dietary supplemental drinks; chemical compositions and agents for detoxifying medical and clinical urine samples, namely, chemical reagents for medical purposes

FIRST USE 4-30-2017; IN COMMERCE 4-30-2017

CLASS 10: Untreated multi-drug testing dip cards for drug use testing purposes

FIRST USE 4-30-2017; IN COMMERCE 4-30-2017

The mark consists of design image resembling a clock as the letter "Q" with a lightening bolt shape as the tail of the "Q".

SER. NO. 87-699,413, FILED 11-28-2017

Director of the United States
Patent and Trademark Office

# EXHIBIT C

Page 1
https://www.quickfixsynthetic.com/
06 28 2023



## Why Buy From Quick Fix Synthethic



**Official And Legitimate Distributor**



**Two-Year Shelf Life**



**Fast And Reliable Shipping (See All Shipping Options)**



How Fake Urine Works Step by Step Instructions

### Step 1

On the day of the test, you have to take out Urine Kit and prepare the fake pee. A testing laboratory has to legally accept urine within a temperature range of 90°F to 100°F.

There are two heating methods you can follow – the first method is to take the cap off the bottle containing the synthetic urine and heat it in the microwave for 10 seconds.

The second one is to heat the synthetic urine with the heating pad, which takes 45 minutes.

### Step 2

After heating your bottle in the microwave, put the cap back on, and check the temperature. If the solution's temperature is lower than 90°F, microwave it again for 3 to 5 seconds.

On the other hand, if there is no reading on the temperature strip, it means that the liquid is too hot. Let it cool down to room temperature.

### Step 3

You have to keep it warm until submitting it for the urine test. The heat pad will keep your Quick Fix urine at the right temperature for up to 8 hours. Or you can also keep the container warm by wearing it underneath your underwear against your skin. If the temperature drops, you can heat it again.

Hide your fake urine (you can use our synthetic urine belt) before entering the testing facility. Take out the bottle and check the temperature strip. Give the bottle a shake to give it a realistic foamy appearance. Pour the liquid into the specimen cup – job done!

## Top Quick Fix Products and Kits

**SHOP NOW**



**Sale!**

### QUICK FIX 6.2 TEN PACK SALE – 2OZ BOTTLES

☆☆☆☆☆

**$179.99** ~~$189.99~~

This value pack includes ten 2oz bottles of Quick Fix 6.3 urine as well as a heating pad, temperature strip, and easy-to-follow instructions.

Add the Quick Fix 6.3 Ten Pack – 2oz Bottles to your cart today!

**ADD TO CART**



**Sale!**

### QUICK FIX 6.2 SYNTHETIC URINE 2OZ

☆☆☆☆☆

**$34.95** ~~$39.95~~

Our Quick Fix 6.3 kit comes with 2oz of synthetic urine, a heating pad, a temp strip & other accessories to help you pass your urine test!

**ADD TO CART**

Page 3
https://www.quickfixsynthetic.com/
06 28 2023



**Sale!**

**QUICK FIX 6.3 PLUS SYNTHETIC URINE**

★★★★★

**$39.95** ~~$45.95~~

Quick Fix 6.3 plus 3oz Synthetic Urine is your #1 source for needing to pass any urine test screening!

ADD TO CART



**Sale!**

**QUICK FIX 6.3 PLUS TEN PACK SALE-3OZ BOTTLES**

☆☆☆☆☆

**$199.99** ~~$209.99~~

The new Quick Fix 6.3 Plus value pack includes ten 3oz bottles of artificial urine, a thermometer strip, warming pad, and directions for use.

Add the Quick Fix 6.3 Plus Ten Pack – 3oz Bottles to your cart today!

ADD TO CART

BUY 3 QUICK FIX PLUS 6.2 — GET ONE FREE — BEST ONLINE PRICE GUARANTEE!

## What is Synthetic Urine?

Synthetic urine, also known as fake urine or fake pee, resembles the chemical structure and physical properties of real human urine, including uric acid, specific gravity, and pH level. These products are usually available in liquid form, but they can also come in a powder form that is dissolved in water. Modern fake urine, like Quick Fix, is a liquid that comes in a small, manageable container in a kit.

Fake pee is mostly used to **pass urine tests** that a person, prank, or sports event organizer can order. In most of these cases, getting caught with traces of toxins in the body can have far-reaching consequences. Instead of facing problems, many people opt to use Quick Fix 6.3 synthetic urine or the larger 3oz Quick Fix Synthetic Urine 6.3 plus bottle.

Submitting fake pee instead of human urine is widely considered to be one of the **most effective ways** to pass urine tests that you would otherwise fail.

If you recently consumed toxic substances, such as nicotine, Quick Fix is the best synthetic urine kit to help you pass. It is **indistinguishable from human urine**, even at a molecular level.

Successfully using fake pee requires extensive planning and preparation, however. If you fail to carefully follow all product instructions, you will not be able to submit your urine sample for the purposes of a test. Keep reading to learn more about Quick Fix Urine, how to use it, and how it works.

## What is Fake or Synthetic Urine Made Of?

Our best synthetic urine kit contains the following composition markers:

✓ CREATINE

✓ REALISTIC PH RANGE

✓ URIC ACID

✓ REALISTIC SPECIFIC GRAVITY

✓ UREA

# EXHIBIT D



Shop   Testimonials   FAQs   Blog   Reviews   How to Guides   Shipping Info   Contact Us








Uncategorized

**Sale**

## Quick Fix Urine Pro Belt Kit

$59.95   ~~$69.95~~

Spectrum Labs' Quick Fix is the most popular brand of synthetic urine in the United States, and it is finally available in a belt kit, a convenient way to make sure that your Urine tests remain negative and your pee play remains safe. No more improvised devices or bulky prosthetics. Quick Fix Pro Belt Kit is comfortable to wear, and 99% guaranteed to deliver a negative Uirne test result.

The main features of Quick Fix Pro Belt Kit include:

– Universal sized belt – can accommodate both men and women

– Utilizes an empty medical-grade vinyl bag that includes biocide, which inhibits bacterial growth

– Attaches with an elastic cotton strap that fits around your waist and can be easily adjusted

– Preloaded with 4 ounces of Quick Fix synthetic urine

– pH balanced and includes ingredients found in regular urine, like urea, making the detection of synthetic urine virtually impossible

– Large adhesive heat pad and a temperature strip included

-Single use non refillable urine belt kit

① Select Overnight Shipping and get it: **Jun 29** , Order in the next

**01 : 15 : 37**

-   1   +   Category: Uncategorized

**ADD TO CART**

**100% Customer Satisfaction Guarantee**   **Discreet Packaging And Billing**   **Fast And Reliable Shipping** (See All Shipping Options)



| DESCRIPTION | FAQ |
| --- | --- |

Are you worried about passing a mandatory urine test or wanna expirence wet sex play? What if we told you that there is an amazing product that can do just that in the form of a synthetic urine belt?

Spectrum Labs is an industry leader that has dedicated years to research in the field of synthetic urine. Quick Fix synthetic urine enjoys the reputation of the best product of its kind on the market. Strict quality control and extensive testing enable Spectrum Labs to claim a 99% success rate when it comes to passing a urine test.

### Quality Materials and Easy to Use

The Quick Fix Pro Belt Kit is constructed from industrial-grade materials that will withstand the rigors of even the most careless handling. Its medical-grade vinyl bag is inert to synthetic urine and will not contaminate the urine sample. It's also notoriously tough and impossible to tear. At the same time, vinyl is a non-allergenic material that will not cause a reaction if you have sensitive skin or allergies.

Industry-grade cotton is the material of choice when it comes to the elastic band that the urine bag is attached too. Not only is the material elastic and can accommodate both men and women of all sizes, but it is also incredibly sturdy, making the Quick Fix Pro Belt Kit a product that you can use for a long time.

Synthetic urine requires cold storage to maintain its properties and prolong the duration of the product. This is inconvenient when it comes to actual testing since a chilled urine sample can raise suspicion. The Quick Fix Pro Belt Kit heats easily by putting the vinyl urine bag in a microwave, and a large, adhesive heat pad can be attached to keep the urine warm until the test time.

## What Makes Quick Fix Pro Belt Kit a Perfect Product for Passing a Urine Test?

There are plenty of products on the market, making ridiculous claims that are difficult to prove or back up with relevant information. You might ask, "What makes Quick Fix Pro Belt Kit the best product for passing a urine test?" The answer is simple:

– Quick Fix Pro Belt Kit is a product of Spectrum Labs, an industry leader in the synthetic urine segment.

– The kit is a one-size-fits-all solution that can be used both by men and women.

– Quick Fix Pro Belt Kit comes preloaded with 4 ounces of Quick Fix 6.3 synthetic urine, the best synthetic urine formula in the world with a 99% success rate.

– Spectrum Labs uses quality materials that will stand the test of time while protecting your future. All materials are non-allergenic and are rip-safe, keeping the contents of the urine bag safe.

– Quick Fix Pro Belt Kit is easy to use and can be attached to your waist and removed in seconds. At the same time, the product is discrete under clothing.

– It comes at an affordable price.

If you are concerned with random urine testing and would like the comfort of a pre mixed urine belt, you should consider giving Spectrum Labs' Quick Fix Pro Belt Kit a try. In a market full of "miracle" solutions, Quick Fix synthetic urine stands a step above the competition and protects your future. It is now available in a convenient belt kit. Order yours now!

## Related products



**Drug Test Cup Pre Screen 12 Panel**

$24.95  $29.95

ADD TO CART



**Quick Fix 6.3 Plus Synthetic Urine**

★★★★★

$39.95  $45.95

ADD TO CART



**Quick Shot Liquid Detox Power Cleanse**

$29.95  $39.95

ADD TO CART



**Quick Hide Pocket Underwear**

$22.95  $25.95

SELECT OPTIONS



**Quick Links**

Shop
About Us
Shipping Rates
Testimonials
FAQs
Blog
Privacy Policy
Affiliate Terms
Counterfeit Warning
Wholesale Application
Quick Fix Urine
Affiliate Program

**CONTACT US**

7181 N Hualapai Way Suite 130 Las Vegas NV 89166
Email: quickfix411@gmail.com
Phone: 1-866-420-4574
Open: Monday - Friday 9AM - 5PM






# EXHIBIT E



Shop    Testimonials    FAQs    Blog    Reviews    How to Guides    Shipping Info    Contact Us



Uncategorized

**Sale**

## Quick Hide Pocket Underwear

**$22.95** $~~25.95~~

Quick Hide Pocket Underwear can help protect your belongings and privacy in the comfort of your own clothes. **(Quick Fix Urine sold separately)**

**Add it to your cart today!**

Sizes

Choose an option

⏱ Select Overnight Shipping and get it: **Jun 29** , Order in the next
**05** : **37** : **22**

-    1    +     SKU: N/A    Category: Uncategorized

**ADD TO CART**



**100% Customer Satisfaction Guarantee**

**Discreet Packaging And Billing**

**Fast And Reliable Shipping (See All Shipping Options)**

---

**DESCRIPTION**    ADDITIONAL INFORMATION    REVIEWS (0)    FAQ

---

Do you have a urine test coming up? One of the most effective ways to pass a screening is to submit a synthetic sample that resembles the appearance, temperature and chemical properties of real urine.

Products like Quick Fix are so realistic that labs use these samples to calibrate their equipment. The problem with using synthetic urine is that you must deliver a sample without raising suspicion.

Quick Hide pocket underwear solves this issue. **(Urine sold separately, all sales final)**

## HOW QUICK HIDE POCKET UNDERWEAR WORKS

Quick Hide pocket underwear looks like real underwear, but the difference is that Quick Hide underwear has a hidden pocket at the front. Before the screening, place the synthetic urine inside the pocket and push it as far down as possible.

You can wear the secret item with any piece of clothing. The pocket's position ensures that the bottle will not be visible through your clothes, and your valuables are stored safely. The bottle is entirely undetectable, even if you are only wearing the Quick Hide underwear.

## KEEPS URINE AT A REALISTIC TEMPERATURE

One of the issues with submitting a fake sample is that it has to be at a realistic temperature of 98.6°F (about the same as a person's body temperature). If your bottle is above or below the expected temperature, the facility may not accept it for testing.

The Quick Hide underwear keeps the bottle close to your body and covered by the fabric. It warms the container to a realistic temperature, giving you a fighting chance of passing the urine test.

## COMFORTABLE, ACCESSIBLE, REUSABLE

Stuffing a bottle down your conventional underwear can be extremely uncomfortable, and you would have to walk awkwardly to prevent the container from falling out.

The Quick Hide pocket underwear solves this uncomfortable situation, allowing you to carry a bottle of synthetic urine without even realizing it is in there. The underwear also provides complete access to the bottle. When you have to fill your specimen cup, reach down and take it out—no fidgeting with buttons or noisy zippers or wasting valuable time.

The Quick Hide underwear molds comfortably to the body and is made of a lightweight, breathable 95% cotton and 5% spandex material. You can machine wash the underwear with regular underwear and wear it repeatedly.

## WHO CAN WEAR THE QUICK HIDE POCKET UNDERWEAR?

Quick Hide pocket underwear is unisex and suitable for men and women. The underwear is available in the following sizes:

• Large: 32" – 34" waist

• XL- 36" – 38" waist

• XXL- 40" – 42" waist

You can wear Quick Hide underwear with any clothing, including shorts, pencil skirts, workwear, and jeans.

## OTHER USES

The Quick Hide underwear pocket can carry multiple items without forming lumps under your clothing. You can even conceal a phone, wallet, or passport in this compartment. It is ideal for keeping your valuables safe when you are traveling or visiting crowded places, for example.

## GET YOUR QUICK HIDE POCKET UNDERWEAR TODAY

When buying your Quick Hide underwear, note that all sales on underwear are final. No returns on undergarment materials are accepted.

A urine screening might be standing between you and the job of your dreams or participation in a sports event. The Quick Fix pocket underwear delivers a synthetic sample quickly and easily.

The underwear allows you to take a sample into a testing facility and deliver it at the correct temperature. Quick Hide underwear is also comfortable, and you can use it to carry around other valuables. Order your Quick Hide underwear today and safely pass your next urine test.

## Related products



**Quick Rinse Saliva Detox**

$29.95   ~~$39.95~~

ADD TO CART



**Quick Fix 6.3 Plus Ten Pack Sale-3oz Bottles**

$199.99   ~~$209.99~~

ADD TO CART



**10 Panel Drug Test Kit**

$14.95   ~~$19.95~~

OUT OF STOCK



**Quick Fix Urine Heating Pad**

$3.99

ADD TO CART



**Quick Links**
Shop
About Us
Shipping Rates
Testimonials

**CONTACT US**
7181 N Hualapai Way Suite 130 Las
Vegas NV 89166
Email: quickfix411@gmail.com
Phone: 1-866-420-4574

   

**EXHIBIT F**



Shop   Testimonials   FAQs   Blog   Reviews   How to Guides   Shipping Info   Contact Us

# Best Synthetic Urine Brand

In this day and age, synthetic products are in demand. Despite efforts by law enforcement and governments to shut down the use of synthetic urine, there is pushback by the consumers; and the consumers are sending a clear message: "we want it, and we need it."

If you are one of the many individuals that have to face the uncertainty of a nicotine test or any other type of screening and are worried that your results will be less than favorable, then synthetic urine is something that can help you.

This alternative to human urine can help someone in many situations, but there are so many of these types of products available that many people have a hard time finding one that works.

You might find yourself asking online: "Who has the best product? Why does this have the best reviews? And "How can I make sure it is as effective as they say it is?" Many times, you will keep hearing the name Quick Fix Synthetic thrown out there as having the best product and reviews.

There is a reason for this; Quick Fix Synthetic is continuously improving their formulas to stay ahead of the game and ahead of the laboratories trying to shut synthetic urine users down.

The synthetic urine needs to be as realistic as possible while still being affordable enough for someone to purchase. It also needs to be undetectable and many of the products available can be easily figured out and should be avoided.

Quick fix urine is trusted and has been the leader in fake urine products for a long time.

## Why is Quick Fix the Best?



Quick Fix urine is available at www.quickfixsynthetic.com and has the all the qualities to make it the best available synthetic product available anywhere.

There are many reasons why Quick Fix urine is the best choice when searching for synthetic urine that can give you the confidence to know that you will pass that screening every time.

This product is one of the only synthetic urine products that is undetectable, and this is because the compound used to make this product mimics the chemicals found in real urine and has all the attributes you would expect to find, such as creatinine, ph level, and specific gravity.

## New and Improved Formula



### Search Product

Search ...

### Top Sellers



Quick Shot Liquid Detox Power Cleanse
$39.95 $29.95

Quick Rinse Saliva Detox
$39.95 $29.95

Quick Fix 6 3 Plus Tan Pack