UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Spectrum Laboratories, LLC<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:22–cv–03705 |
| vs. | §<br>§ | JUDGE CHARLES ESKRIDGE |
| Royal Fragrances LLC d/b/a City<br>Supply Wholesale , et al.<br>Defendant. | §<br>§<br>§<br>§<br>§ | |

NOTICE OF SETTING

Take notice that a Discovery Hearing is set as follows:

Monday, January 22, 2024, at 01:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002