UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPECTRUM LABORATORIES, LLC, Plaintiff, | § § § § § | CIVIL ACTION NO 4:22-cv-03705 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| ROYAL FRAGRANCES, LLC, *et al*, Defendants. | § § § | |

## ORDER

The parties had a previous discovery hearing before this Court on August 29, 2023. Dkt 63. Defendant URZ Trendz, LLC was there admonished regarding its lack of cooperation with discovery obligations. Id at 1. It was also given specific instructions on how to comply. Id at 1–2. Both parties were ordered to confer in good faith regarding discovery. Id at 2.

Pending is a letter dated October 20, 2023, by Plaintiff Spectrum Laboratories, LLC, describing considerable concern with compliance by URZ Trendz with the above order. No responsive letter has been received, and so the contentions in the letter are taken as true.

Spectrum may within 14 days bring any appropriate motion for relief regarding discovery abuses and failure by URZ Trendz to abide by Court order. This may include request for necessary, intrusive electronic discovery and/or physical inspection of premises, files, and electronic devices to satisfy completeness of a responsive search. The Court also has under advisement whether the time is yet

appropriate to strike defenses in this action or impose other sanctions.

URZ Trendz must respond within 10 days and show cause why any requested relief and sanctions are unwarranted.

Spectrum must reply within 10 days.

URZ Trendz is advised that the hearing will be cancelled upon adequate showing with its response that it has immediately and fully complied in good faith with this Court's prior order and the Federal Rules of Civil Procedure. See Dkt 63.

SO ORDERED.

Signed on November 29, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge