**652650**

SNK creation

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE 3-30-22 |
|---|---|---|
| NAME | UR2 Trendz | |
| ADDRESS | Harwin. | |
| CITY, STATE, ZIP | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| # | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 684 | Quick Fix | 4.50 | 3078.00 |
| 2 | 672 | | 4.25 | 2856.00 |
| 3 | 12 pc | Quick Fix Pro | 13.50 | 162.00 |
| 4 | | | 12.50 | 150.00 |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | Check # 0185 | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | 3/30/22 | | |
| 12 | | PAID | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | 3006.00 |
| 17 | | | | |
| 18 | | | | 3240.00 |

RECEIVED BY

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 3

**DEFENDANT - 0001**

**652649**

SNK Creation

| CUSTOMER'S ORDER NO. | DEPARTMENT | | DATE 3-31-22 |
|---|---|---|---|
| NAME | UR 2 Trenz | | |
| ADDRESS | | | |
| CITY, STATE, ZIP | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1  112 | Qutk Fx | 4.25 | 476-00 |
| 2  12 | Qurck Fx Pro | 12.50 | 150-00 |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | 3/31/22 | | |
| 9 | $ **PAID** | | |
| 10 | 626.00 | | |
| 11 | Check # 186 | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | 626-00 |

RECEIVED BY

KEEP THIS SLIP FOR REFERENCE

**DEFENDANT - 0002**

# HOOKAH G

**Hookah G**
2641 South Hill Street
Los Angeles, CA 90007
213-749-1430

## INVOICE  Sent

**Bill To**
URZ Trendz
URZ Trendz
7400 Harwin Dr. # 120
Houston, TX 77036
832-277-0192

**Ship To**
URZ Trendz
URZ Trendz
7400 Harwin Dr. # 120
Houston, TX 77036
832-277-0192

**Details**
Invoice No. : INV-003736
Invoice Date : Feb 22, 23
Order No. : SO-003781
Due Date : Feb 22, 23
Sales Rep :
Terms :

| Item | Quantity | Price | Amount |
|---|---|---|---|
| Yin Yang Kratom White Vein Maeng Da 40 Ct | 315 PC(s) | $2.75 | $866.25 |
| Yin Yang Kratom White Vein Maeng Da 75 CT | 240 PC(s) | $4.00 | $960.00 |
| Yin Yang Kratom White Vein Maeng Da 150 CT | 320 PC(s) | $7.00 | $2240.00 |
| Yin Yang Kratom Green Vein Borneo 150 CT | 320 PC(s) | $7.00 | $2240.00 |
| Yin Yang Kratom White Vein Maeng Da 300 CT | 150 PC(s) | $12.00 | $1800.00 |
| Yin Yang Kratom Green Vein Borneo 300 CT | 150 PC(s) | $12.00 | $1800.00 |
| Yin Yang Kratom Red Vein Bali 300 CT | 150 PC(s) | $12.00 | $1800.00 |
| Yin Yang Kratom White Vein Maeng Da 500 CT | 144 PC(s) | $18.00 | $2592.00 |
| Yin Yang Kratom Green Vein Borneo 500 CT | 144 PC(s) | $18.00 | $2592.00 |
| Yin Yang Kratom Red Vein Bali 500 CT | 96 PC(s) | $18.00 | $1728.00 |
| Yin Yang Kratom White Vein Maeng Da 200 g | 320 PC(s) | $9.00 | $2880.00 |
| Yin Yang Kratom Green Vein Borneo 200 g | 160 PC(s) | $9.00 | $1440.00 |
| Yin Yang Kratom Red Vein Bali 200 g | 160 PC(s) | $9.00 | $1440.00 |
| Yin Yang Kratom White Vein Maeng Da 500 g | 192 PC(s) | $16.00 | $3072.00 |
| Yin Yang Kratom Green Vein Borneo 500 g | 144 PC(s) | $16.00 | $2304.00 |
| Yin Yang Kratom Red Vein Bali 500 g | 96 PC(s) | $16.00 | $1536.00 |
| Quick Fix | 1344 PC(s) | $4.25 | $5712.00 |

Total Items: 17    Total Quantity: 4445    Sub Total  $37002.25

**TERMS & CONDITIONS**
Bank Of America's account # 325037005753
Account Name: Ballaj DBA Hookah G
Thank for your business

Shipping Charges  $77.75
Total  $37080.00
Balance Due  $37080.00

**DEFENDANT - 0003**

**068536724913**

| | | | | | | |
|---|---|---|---|---|---|---|
| **JOE SMOKE** | QUICK FIX PRO | 4 | 50.00 | 60.00 | 10.00 | 17 % |
| **CLOUD CHASERZ MONTROSE** | QUICK FIX PRO | 6 | 75.00 | 90.00 | 15.00 | 17 % |
| **CLOUD CHASERZ SHERIDAN** | QUICK FIX PRO | 2 | 25.00 | 30.00 | 5.00 | 17 % |
| **CLOUD CHASERZ 71ST** | QUICK FIX PRO | 2 | 25.00 | 30.00 | 5.00 | 17 % |
| **CLOUD CHASERZ SAPULPA** | QUICK FIX PRO | 2 | 25.00 | 30.00 | 5.00 | 17 % |
| **NUMBER 1 SMOKE SHOP** | QUICK FIX PRO | 2 | 25.00 | 30.00 | 5.00 | 17 % |

Total Of Product  =    068536724913              18         $225.00       $270.00       45.00

**DEFENDANT - 0004**

**674008320028**

| | | | | | | |
|---|---|---|---|---|---|---|
| **RISING WHOLESALE INC** | QUICK FIX | 224 | 952.00 | 1,008.00 | 56.00 | 6 % |
| Galaxy Wholesale | QUICK FIX | 672 | 2,856.00 | 3,024.00 | 168.00 | 6 % |
| **QUICK MART** | QUICK FIX | 9 | 38.25 | 45.00 | 6.75 | 15 % |
| **CLOUD CHASERZ 71ST** | QUICK FIX | 70 | 297.50 | 385.00 | 87.50 | 23 % |
| **NUMBER 1 SMOKE SHOP** | QUICK FIX | 2 | 8.50 | 11.00 | 2.50 | 23 % |
| **CLOUD CHASERZ SAPULPA** | QUICK FIX | 14 | 59.50 | 77.00 | 17.50 | 23 % |
| **CLOUD CHASERZ MONTROSE** | QUICK FIX | 28 | 119.00 | 154.00 | 35.00 | 23 % |
| **CLOUD CHASERZ SHERIDAN** | QUICK FIX | 14 | 59.50 | 77.00 | 17.50 | 23 % |
| **CLOUD CHASERZ OWASSO** | QUICK FIX | 14 | 59.50 | 77.00 | 17.50 | 23 % |
| **MOMENTUM VAPE NOVELTY** | QUICK FIX | 112 | 476.00 | 560.00 | 84.00 | 15 % |
| **SMOKE DREAMZZZZ OKMULGE** | QUICK FIX | 14 | 59.50 | 84.00 | 24.50 | 29 % |
| **CLOUD CHASERZ MINGO 81ST** | QUICK FIX | 14 | 59.50 | 77.00 | 17.50 | 23 % |
| **ELLA FOOD MART** | QUICK FIX | 3 | 12.75 | 16.50 | 3.75 | 23 % |

Total Of Product  =   674008320028                                                   **1190**        **$5,057.50**       **$5,595.50**       **538.00**

**DEFENDANT - 0005**

**782804427480**

| | | | | | | |
|---|---|---|---|---|---|---|
| **JOE SMOKE** | QUICK FIX | 42 | 178.50 | 231.00 | 52.50 | 23 % |
| **NORTHEASTERN WHOLESALE** | QUICK FIX | 448 | 1,904.00 | 2,016.00 | 112.00 | 6 % |
| **NUMBER 1 SMOKE SHOP** | QUICK FIX | 2 | 8.50 | 11.00 | 2.50 | 23 % |
| **CLOUD CHASERZ 71ST** | QUICK FIX | 28 | 119.00 | 154.00 | 35.00 | 23 % |
| **PRINCE WHOLESALE** | QUICK FIX | 672 | 2,856.00 | 3,024.00 | 168.00 | 6 % |
| **CLOUD CHASERZ SHERIDAN** | QUICK FIX | 14 | 59.50 | 77.00 | 17.50 | 23 % |
| **SMOKEY MOUNTAIN 1** | QUICK FIX | 3 | 12.75 | 15.00 | 2.25 | 15 % |
| **BIGG BABA** | QUICK FIX | 14 | 59.50 | 70.00 | 10.50 | 15 % |

Total Of Product  =    782804427480                                            **1223**            **$5,197.75**            **$5,598.00**            **400.25**

**DEFENDANT - 0006**