

October 20, 2023

Ms. Jennelle Gonzalez          ***Email:*** *jennelle_gonzalez@txs.uscourts.gov*
Case Manager to The Honorable Judge Charles Eskridge
United States District Court for the Southern District of Texas
515 Rusk Avenue, Courtroom 9F, Houston, Texas 77002

      Re:     Civil Action No. 4:22-cv-03705; *Spectrum Laboratories, LLC v. Does # 1-10 -* *Subpoena from Plaintiff Spectrum Laboratories, LLC to URZ Trends, LLC –* **Additional Discovery Issues**

Dear Ms. Gonzales:

      As this Court is aware, Plaintiff Spectrum Laboratories, LLC ("Spectrum") has been seeking responsive documents from Defendant URZ Trendz, LLC ("URZ") since May 16, 2023 that (a) identify URZ's sales of Spectrum's Quick Fix product and any counterfeit, and (b) identify how URZ obtained the Quick Fix (legitimate or counterfeit) that it sold. [*See* <u>Doc. 55</u>, Return of Service].

      On September 5, 2023, following a Discovery Hearing held on August 29, 2023, the Court entered a Minute Entry and Order. [*See* <u>Doc. 63</u>, Minute Entry and Order]. In relevant part, the Minute Entry and Order provided that URZ was to produce "all documents (i) relating to any product that it identifies for sale or marketing with reference to the words "Quick Fix"; (ii) any external communications related to any product sold or marketed by anyone as "Quick Fix," whether by Spectrum, URZ, or any other party; and (iii) any internal communications related to any product sold or marketed by anyone as "Quick Fix," whether by Spectrum, URZ, or any other party. Production must be made by September 22, 2023." [*See id.*].

      On September 22, 2023, while URZ previously represented that it had no responsive documents, URZ produced six (6) pages of documents in response to this Court's Minute Entry and Order. [*See* <u>Exhibit A</u>, Defendant – 0001-0006] ("URZ's production"). URZ's production is woefully insufficient and fails to comply with the Court's Minute Entry and Order and thus, yet another follow-up discovery letter is necessary. Specifically, URZ has failed to comply with the following:

1.       **All documents relating to any product that it identifies for sale or marketing with reference to the words "Quick Fix";**

        •      URZ produced two purported receipts from SNK for its purchase of approximately 808 Quick Fix products. However, URZ failed to produce Checks #185 and 186 relating to its payment for such products. [*See* Exhibit A, Defendant – 0001-0002]. Furthermore, while receipts are typically numbered chronologically, SNK's receipts are not. SNK's receipt #652649 is dated March 31, 2022, while SNK's receipt #652650 is dated March 30, 2022. [*See id.*].

EXHIBIT
**4**



- URZ produced one invoice from Hookah G for its purchase of approximately 1,344 Quick Fix products.  However, URZ failed to produce any documents evidencing any payment to Hookah G.  [*See* <u>Exhibit A</u>, Defendant – 0003].

- URZ produced three pages of what appear to be sales/purchase reports of its sales/purchases to approximately 27 entities relating to approximately 2,431 Quick Fix products.  [*See* <u>Exhibit A</u>, Defendant – 0004-0006].  However, URZ has failed to produce any sales, invoices or payment receipts for such transactions.  [*See id.*].  And the reports are further deficient on their face because they do not provide sales/purchase date—content that would seemingly be standard for a sales/purchase report.  It is for this reason that Spectrum requested that the native files be produced (instead of the six .pdfs provided), a request that has gone unanswered by URZ.

- URZ failed to produce any additional sales receipts to account for all of its sales of Quick Fix.  For example, URZ sold approximately 112 Quick Fix products on March 3, 2023 under Receipt #100006864 yet failed to produce that sales receipt nor any other sales receipts.  [*See* <u>Doc. 59</u>, pp. 9-10].  As the Court will recall, this information was obtained through a private investigator.  [*Id.*].



2.   **Any external communications related to any product sold or marketed by anyone as "Quick Fix," whether by Spectrum, URZ, or any other party;**

- No responsive documents have been produced by URZ.



3.    **Any internal communications related to any product sold or marketed by anyone as "Quick Fix," whether by Spectrum, URZ, or any other party.**

- No responsive documents have been produced by URZ.

On October 11, 2023, counsel for Spectrum conferred with counsel for URZ regarding the issues raised by this letter, which resulted in URZ responding on October 16, 2023 that "[t]he documents produced were full (not partial) production of documents ordered by the Court to be produced" and that "[t]here is nothing being withheld." Then, on October 17, 2023, Spectrum requested that URZ produce the native versions of these files, some of which appear to be spreadsheets converted to .pdf. As of the time of this filing, Spectrum has not received a response. To that end, as Judge Eskridge predicted at the Discovery Hearing held on August 29, 2023, URZ's production of documents will mirror that of an onion, where layer after layer will need to be peeled back in order to get to the heart of this dispute.

Spectrum respectfully requests another status conference to compel URZ's compliance and to address its willful disobedience of the Court's order and its discovery obligations, including imposition of appropriate sanctions[1] for URZ's ongoing lack of compliance.

Very truly yours,
*/s/ David Cupar*
David Cupar, Lead Counsel for Plaintiff

---

[1] On June 16, 2023, this Court entered an Order on Spectrum's discovery letter, admonishing URZ that the Court "will not hesitate to impose sanctions for willful disobedience of this order and/or discovery obligations." [*See* Doc. 53, Order].

652650

SNK creation

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE 3-30-22 |
|---|---|---|

| NAME | URL Trendz |
|---|---|
| ADDRESS | Harwin. |
| CITY, STATE, ZIP | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 684 | Quick Fix | 4.50 | 3078.00 |
| 2 | 672 | | 4.25 | 2856.00 |
| 3 | 12pc | Quick Fix Pro | 13.50 | 162.00 |
| 4 | | | 12.50 | 150.00 |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | Check # 0185 | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | 3/30/22 | | |
| 12 | | PAID | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | 3006.00 |
| 18 | | | | 3240.00 |

RECEIVED BY

A-5805
T-48320/46350

KEEP THIS SLIP FOR REFERENCE

EXHIBIT
01-11
A
DEFENDANT - 0001

652649

SNK Creation

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE 3-31-22 |
|---|---|---|
| NAME | UR2 Trenz | |
| ADDRESS | | |
| CITY, STATE, ZIP | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 112 | Owck Fix | 4.25 | 476.00 |
| 2 | 12 | Owck Fix Pro | 12.50 | 150.00 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | 3/31/22 | | |
| 9 | | PAID | | |
| 10 | | $626.00 | | |
| 11 | | Check # 186 | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | 626.00 |

RECEIVED BY

A-5805
T-625/20/46350

KEEP THIS SLIP FOR REFERENCE

01-11

**DEFENDANT - 0002**

# HOOKAH G

**Hookah G**
2641 South Hill Street
Los Angeles, CA 90007
213-749-1430

## INVOICE `Sent`

**Bill To**
**URZ Trendz**
URZ Trendz
7400 Harwin Dr. # 120
Houston, TX 77036
832-277-0192

**Ship To**
**URZ Trendz**
URZ Trendz
7400 Harwin Dr. # 120
Houston, TX 77036
832-277-0192

**Details**
Invoice No.   :   INV-003736
Invoice Date  :   Feb 22, 23
Order No.     :   SO-003781
Due Date      :   Feb 22, 23
Sales Rep     :
Terms         :

| Item | Quantity | Price | Amount |
|---|---|---|---|
| Yin Yang Kratom White Vein Maeng Da 40 Ct | 315 PC(s) | $2.75 | $866.25 |
| Yin Yang Kratom White Vein Maeng Da 75 Ct | 240 PC(s) | $4.00 | $960.00 |
| Yin Yang Kratom White Vein Maeng Da 150 CT | 320 PC(s) | $7.00 | $2240.00 |
| Yin Yang Kratom Green Vein Borneo 150 CT | 320 PC(s) | $7.00 | $2240.00 |
| Yin Yang Kratom White Vein Maeng Da 300 CT | 150 PC(s) | $12.00 | $1800.00 |
| Yin Yang Kratom Green Vein Borneo 300 CT | 150 PC(s) | $12.00 | $1800.00 |
| Yin Yang Kratom Red Vein Bali 300 CT | 150 PC(s) | $12.00 | $1800.00 |
| Yin Yang Kratom White Vein Maeng Da 500 CT | 144 PC(s) | $18.00 | $2592.00 |
| Yin Yang Kratom Green Vein Borneo 500 CT | 144 PC(s) | $18.00 | $2592.00 |
| Yin Yang Kratom Red Vein Bali 500 CT | 96 PC(s) | $18.00 | $1728.00 |
| Yin Yang Kratom White Vein Maeng Da 200 g | 320 PC(s) | $9.00 | $2880.00 |
| Yin Yang Kratom Green Vein Borneo 200 g | 160 PC(s) | $9.00 | $1440.00 |
| Yin Yang Kratom Red Vein Bali 200 g | 160 PC(s) | $9.00 | $1440.00 |
| Yin Yang Kratom White Vein Maeng Da 500 g | 192 PC(s) | $16.00 | $3072.00 |
| Yin Yang Kratom Green Vein Borneo 500 g | 144 PC(s) | $16.00 | $2304.00 |
| Yin Yang Kratom Red Vein Bali 500 g | 96 PC(s) | $16.00 | $1536.00 |
| Quick Fix | 1344 PC(s) | $4.25 | $5712.00 |

**Total Items: 17**

**Total Quantity:**   **4445**

**Sub Total**   $37002.25

**TERMS & CONDITIONS**
Bank Of America's account # 325037005753
Account Name: Ballaj DBA Hookah G
Thank for your business

Shipping Charges   $77.75

**Total**   $37080.00

**Balance Due**   $37080.00

**DEFENDANT - 0003**

**068536724913**

| | | | | | | |
|---|---|---|---|---|---|---|
| **JOE SMOKE** | QUICK FIX PRO | 4 | 50.00 | 60.00 | 10.00 | 17 % |
| **CLOUD CHASERZ MONTROSE** | QUICK FIX PRO | 6 | 75.00 | 90.00 | 15.00 | 17 % |
| **CLOUD CHASERZ SHERIDAN** | QUICK FIX PRO | 2 | 25.00 | 30.00 | 5.00 | 17 % |
| **CLOUD CHASERZ 71ST** | QUICK FIX PRO | 2 | 25.00 | 30.00 | 5.00 | 17 % |
| **CLOUD CHASERZ SAPULPA** | QUICK FIX PRO | 2 | 25.00 | 30.00 | 5.00 | 17 % |
| **NUMBER 1 SMOKE SHOP** | QUICK FIX PRO | 2 | 25.00 | 30.00 | 5.00 | 17 % |

Total Of Product  =     068536724913               **18**        **$225.00**      **$270.00**      **45.00**

**DEFENDANT - 0004**

**674008320028**

| | | | | | | |
|---|---|---|---|---|---|---|
| RISING WHOLESALE INC | QUICK FIX | 224 | 952.00 | 1,008.00 | 56.00 | 6 % |
| Galaxy Wholesale | QUICK FIX | 672 | 2,856.00 | 3,024.00 | 168.00 | 6 % |
| QUICK MART | QUICK FIX | 9 | 38.25 | 45.00 | 6.75 | 15 % |
| CLOUD CHASERZ 71ST | QUICK FIX | 70 | 297.50 | 385.00 | 87.50 | 23 % |
| NUMBER 1 SMOKE SHOP | QUICK FIX | 2 | 8.50 | 11.00 | 2.50 | 23 % |
| CLOUD CHASERZ SAPULPA | QUICK FIX | 14 | 59.50 | 77.00 | 17.50 | 23 % |
| CLOUD CHASERZ MONTROSE | QUICK FIX | 28 | 119.00 | 154.00 | 35.00 | 23 % |
| CLOUD CHASERZ SHERIDAN | QUICK FIX | 14 | 59.50 | 77.00 | 17.50 | 23 % |
| CLOUD CHASERZ OWASSO | QUICK FIX | 14 | 59.50 | 77.00 | 17.50 | 23 % |
| MOMENTUM VAPE NOVELTY | QUICK FIX | 112 | 476.00 | 560.00 | 84.00 | 15 % |
| SMOKE DREAMZZZZ OKMULGE | QUICK FIX | 14 | 59.50 | 84.00 | 24.50 | 29 % |
| CLOUD CHASERZ MINGO 81ST | QUICK FIX | 14 | 59.50 | 77.00 | 17.50 | 23 % |
| ELLA FOOD MART | QUICK FIX | 3 | 12.75 | 16.50 | 3.75 | 23 % |

| Total Of Product  =   674008320028 | | **1190** | **$5,057.50** | **$5,595.50** | **538.00** | |

**DEFENDANT - 0005**

**782804427480**

| | | | | | | |
|---|---|---|---|---|---|---|
| **JOE SMOKE** | QUICK FIX | 42 | 178.50 | 231.00 | 52.50 | 23 % |
| **NORTHEASTERN WHOLESALE** | QUICK FIX | 448 | 1,904.00 | 2,016.00 | 112.00 | 6 % |
| **NUMBER 1 SMOKE SHOP** | QUICK FIX | 2 | 8.50 | 11.00 | 2.50 | 23 % |
| **CLOUD CHASERZ 71ST** | QUICK FIX | 28 | 119.00 | 154.00 | 35.00 | 23 % |
| **PRINCE WHOLESALE** | QUICK FIX | 672 | 2,856.00 | 3,024.00 | 168.00 | 6 % |
| **CLOUD CHASERZ SHERIDAN** | QUICK FIX | 14 | 59.50 | 77.00 | 17.50 | 23 % |
| **SMOKEY MOUNTAIN 1** | QUICK FIX | 3 | 12.75 | 15.00 | 2.25 | 15 % |
| **BIGG BABA** | QUICK FIX | 14 | 59.50 | 70.00 | 10.50 | 15 % |

| | | | | | |
|---|---|---|---|---|---|
| Total Of Product  =    782804427480 | **1223** | **$5,197.75** | **$5,598.00** | **400.25** | |

**DEFENDANT - 0006**