1

1                IN THE UNITED STATES DISTRICT COURT

2                FOR THE SOUTHERN DISTRICT OF TEXAS

3                         HOUSTON DIVISION

4  SPECTRUM LABORATORIES, LLC    §   CASE NO. 4:22-CV-03705
                                 §   HOUSTON, TEXAS
5  VERSUS                        §   TUESDAY,
                                 §   AUGUST 29, 2023
6  ROYAL FRAGRANCES, LLC, ET AL  §   3:29 P.M. TO 4:03 P.M.

7
              **DISCOVERY HEARING (VIA TELECONFERENCE)**
8
               BEFORE THE HONORABLE CHARLES ESKRIDGE
9                   UNITED STATES DISTRICT JUDGE

10

11

12       APPEARANCES:                    SEE NEXT PAGE

13       ELECTRONIC RECORDING OFFICER: ANTONIO B. BANDA

14       CASE MANAGER:                   JENNELLE GONZALEZ

15

16

17

18

19

20                   TRANSCRIPTION SERVICE BY:

21           JUDICIAL TRANSCRIBERS OF TEXAS, LLC
                     935 Eldridge Road, #144
22                    Sugar Land, TX 77478
                         281-277-5325
23               www.judicialtranscribers.com

24
         Proceedings recorded by electronic sound recording;
25         transcript produced by transcription service.

**EXHIBIT 5**

                JUDICIAL TRANSCRIBERS OF TEXAS, LLC

```
 1            APPEARANCES (VIA TELECONFERENCE):
 2
 3  FOR PLAINTIFF:              HICKS THOMAS, LLP
                                Courtney E. Ervin, Esq.
 4                              700 Louisiana St., Ste. 2300
                                Houston, TX  77002
 5                              713-547-9100
 6
 7  FOR DEFENDANT:              SLC LAW GROUP
                                Louis F. Teran, Esq.
 8                              1055 East Colorado Ave.
                                Suite 500
 9                              Pasadena, CA  91106
                                818-484-3217
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1     **HOUSTON, TEXAS; TUESDAY, AUGUST 29, 2023; 3:29 P.M.**

2          (Audio begins abruptly.)

3          MS. GONZALEZ:  -- announce yourself before you

4    speak because we'll know that it's you as opposed to

5    Plaintiff's counsel since we have two females.

6          (Electronic sound.)

7          MS. GONZALEZ:  So Judge Eskridge should be joining

8    us shortly and that may have been him that just joined.

9          Did somebody just join our teleconference?

10         THE COURT:  Yes.  This is Judge Eskridge.

11         Are we all here, Jennelle?

12         MS. GONZALEZ:  Hi, Judge.  Yes.  We have for

13   Plaintiff, it's Courtney Ervin and Casey Chadwick.  And for

14   Defendant, Louis Teran is on the line.

15         THE COURT:  All right, great.  Thank you all.

16         All right.  So thank you all for joining this

17   teleconference.  My Case Manager may have advised you, I'm

18   driving back from the Tyler Federal Courthouse back to

19   Houston, so I hope my connection is good.

20         I have a discovery letter pending.  I believe it's

21   in the -- is it Spectrum Technologies, is that the matter?

22         MS. ERVIN:  Spectrum Laboratories, Your Honor,

23   yes.  This is Courtney Ervin.

24         THE COURT:  Okay.  All right.  Thank you.

25         So for purposes of the Record, to begin can I get

1           MR. TERAN:  Well, Your Honor --
2           THE COURT:  I think what we're going to find here
3  -- I think what we're going to find here is that when these
4  documents begin being produced, we're going to be peeling
5  layers of an onion that are going to be getting deeper and
6  deeper and deeper into other materials that you're going to
7  need to produce, and I suspect that the conversation that
8  we're having right now is going to be proven to be quite
9  disingenuous.
10          But documents are going to be produced, and so I
11 want to know in terms of simplifying the material that's
12 been requested per the subpoena, that documents (glitch in
13 the audio) --
14          MR. TERAN:  I'm sorry, Your Honor.  You're
15 breaking up.  I couldn't understand what you said.
16          THE COURT:  Okay.  Am I back?  Do I have a good
17 connection?
18          MR. TERAN:  Yeah.  Yeah, it looks like you're
19 back.
20          THE COURT:  As I understand it, there's a
21 trademark for a product called Quick Fix at issue and there
22 is a product -- maybe more than one type of product, but
23 there's at least a product that URZ is selling that is
24 called Quick Fix.
25          And I'm simply saying, it seems obvious to me that

1          We're adjourned.
2              MS. ERVIN:  Safe travels.
3      (Proceedings adjourned at 4:03 p.m.)
4                  *  *  *  *  *
5          *I certify that the foregoing is a correct*
6  *transcript to the best of my ability produced from the*
7  *electronic sound recording of the ZOOM/telephonic*
8  *proceedings in the above-entitled matter.*
9  */S/ MARY D. HENRY*
10 *CERTIFIED BY THE AMERICAN ASSOCIATION OF*
11 *ELECTRONIC REPORTERS AND TRANSCRIBERS, CET\*\*337*
12 *JUDICIAL TRANSCRIBERS OF TEXAS, LLC*
13 *JTT TRANSCRIPT #67797*
14 *DATE FILED:  OCTOBER 27, 2023*
15
16
17
18
19
20
21
22
23
24
25