UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SPECTRUM LABORATORIES, LLC.**, an Ohio Limited Liability Company, Plaintiff, | § § § § § § § | CIVIL ACTION NO. **4:22-CV-03705** |
| vs. | § § § § | JUDGE CHARLES ESKRIDGE |
| **DOES #1-10**, Defendants. | § § § | |

## SPECTRUM'S PROPOSED ORDER GRANTING SPECTRUM'S MOTION FOR SANCTIONS

In accordance with the Court's February 13, 2024 Order (Dkt. 97), Plaintiff Spectrum Laboratories, LLC provides the attached proposed order, **Exhibit 1**, substantially in the form previously submitted by Spectrum Laboratories as Dkt 83-6 at 13, points 1-4, 7. As ordered by the Court, Spectrum has noted disagreements by URZ. Spectrum asked URZ to provide written redlines or comments to Spectrum's proposed order before they conferred by phone. URZ refused, would only dictate its disagreements orally over the phone on February 27, and demanded that Spectrum type out URZ's disagreements itself in this filing, which Spectrum has done.

{00357774.DOCX}

| | |
|---|---|
| DATED: February 28, 2024 | Respectfully submitted, |

By: */s/ Matthew J. Cavanagh*
    David B. Cupar (*pro hac vice*)
    *Attorney in Charge*
    Ohio Bar No. 71622
    dcupar@mcdonaldhopkins.com
    Matthew J. Cavanagh (*pro hac vice*)
    Ohio Bar No. 79522
    mcavanagh@mcdonaldhopkins.com
    **MCDONALD HOPKINS LLC**
    600 Superior Avenue, East
    Suite 2100
    Cleveland, Ohio 44114
    Telephone: 216.348.5400
    Facsimile: 216.348.5474

By: */s/ Courtney Ervin*
    Courtney Ervin
    Texas Bar No. 24050571
    SDTX No. 611093
    cervin@hicks-thomas.com
    D. Ryan Cordell, Jr.
    State Bar No. 24109754
    Fed. I.D. No. 3455818
    rcordell@hicks-thomas.com
    **HICKS THOMAS LLP**
    700 Louisiana St., Suite 2000
    Houston, Texas 77002
    Telephone: 713.547.9100
    Facsimile: 713.547.9150

**ATTORNEYS FOR PLAINTIFF SPECTRUM LABORATORIES, LLC**

# CERTIFICATE OF SERVICE

Service of this document on counsel of record was accomplished automatically through the Court's Notice of Electronic Filing on February 28, 2024.

*/s/ Courtney Ervin*
Courtney Ervin