UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPECTRUM LABORATORIES, LLC, Plaintiff, | § § § § § | CIVIL ACTION NO 4:22-cv-03705 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| ROYAL FRAGRANCES, LLC, *et al*, Defendants. | § § § § | |

**ORDER REGARDING PRESERVATION OF EVIDENCE**

The motion by Plaintiff Spectrum Laboratories, LLC, to preserve electronically stored information will be granted. Dkt 112.

The motion by Defendant URZ Trendz, LLC, to stay pending a ruling on mandamus proceedings before the Fifth Circuit will be denied. Dkt 115.

    1.  Motion to preserve evidence

*First,* nothing suggests, as contended by Defendant, that resolution by the Fifth Circuit on the mandamus petition is near. See Dkt 114 at 2.

*Second,* Defendant wrongly suggests that Plaintiff somehow "tacitly agreed" to a voluntary stay of all discovery in this regard or that it failed to meet and confer as to its motion. Id at 2, 5–6. To the contrary, Plaintiff submits an email flatly stating opposition to any stay. See Dkt 116-1.

*Third,* any suggestion of prejudice to Defendant is speculative, as the ordered collection is for preservation only, without access by Plaintiff absent further procedure. See Dkt 114 at 4; see also Dkt 111 (order).

*Fourth,* concerns have been repeatedly expressed about Defendant's attitude towards and compliance with its discovery obligations, and this Court has no confidence that data not already lost or destroyed will be otherwise preserved. See Dkts 46 (minute entry and order granting motion to compel), 63 (minute entry and order overruling objections to discovery), 80 (show cause order), 97 (order partially granting motion for sanctions) & 111 (order partially granting motion for sanctions).

For these reasons, the motion will be granted. Dkt 112.

2. Motion to stay

Plaintiff sets out the four factors necessary to warrant a stay, and that the burden in this regard rests on the movant. Dkt 117 at 1–2, citing *O'Bryan v McKaskle*, 729 F2d 991, 993 (5th Cir 1984); *NRT Texas LLC v Wilbur*, 2022 WL 18404987, *1 (SD Tex). Defendant fails entirely to address a showing of likelihood of success on the merits, nor does it make any showing that granting the stay would substantially harm other parties or would serve the public interest. See Dkt 115.

For those reasons, the motion will be denied. Dkt 115.

3. Conclusion

The motion by Plaintiff Spectrum Laboratories, LLC, to preserve electronically stored information is GRANTED. Dkt 112.

The motion to stay by Defendant URZ Trendz, LLC, is DENIED. Dkt 115.

SO ORDERED.

Signed on June 21, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge