UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPECTRUM LABORATORIES LLC, Plaintiff, | § § § § § | CIVIL ACTION NO 4:22cv-03705 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| ROYAL FRAGRANCES LLC, *et al*, Defendants. | § § § | |

## ORDER

Pending is an emergency motion by Plaintiff Spectrum Laboratories, LLC, seeking to compel and for sanctions. Dkt 119.

The prior orders of this Court are both clear and mandatory. This includes, but is not limited, the most recent orders of May 3rd and June 21st. Dkts 111 & 118; see also Dkts 97 & 110.

*As to further order to compel,* to the extent that Defendant URZ Trendz, LLC, has still failed to comply with prior orders of this Court regarding discovery, it is already in violation of those orders. No further order of this Court is necessary. Nor would any further order to compel compliance be appropriate, given that the Court's prior orders are both clear and mandatory. The problem is solely the recalcitrant and obstinate conduct of Defendant.

*As to sanctions,* Spectrum suggests that URZ Trendz has further refused, and continues to refuse, to comply on specific dates offered by Spectrum of July 3rd, July 5th, and July 8th. See Dkt 119 at 3 (referencing attachments).

Id at 6. It seeks sanctions in that regard. Such consideration will be deferred.

* * * * *

For the avoidance of doubt, it is ORDERED that Defendant URZ Trendz, LLC, must fully comply with this Court's prior orders by July 12, 2024. See Dkts 111 & 118.

No further extension will be allowed. Failure to fully comply will be met with harsh sanctions. Even so, immediate compliance now by URZ Trendz will forestall (or perhaps entirely eliminate) the harshness of sanctions that may be considered.

It is further ORDERED that Plaintiff Spectrum Laboratories, LLC, is given leave to bring a fulsome motion for sanctions if compliance by URZ Trendz isn't forthcoming by July 12th. In that respect, it may request any well-supported relief. This may include, if appropriate, the striking of defenses and entry of default judgment, along with an award of attorney fees.

In light of the above rulings, the emergency motion by Plaintiff Spectrum Laboratories, LLC, seeking to compel and for sanctions is DENIED AS MOOT. Dkt 119.

SO ORDERED.

Signed on July 5, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge