UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC,<br>　　　　　Plaintiff,<br><br>v.<br><br>URZ TRENDZ, LLC,<br>　　　　　Defendant. | **Case No. 4:22-CV-03705**<br><br>**Hon. Judge Charles Eskridge**<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

　　Defendant URZ Trendz, LLC ("URZ") hereby submits this Motion for Leave To File Motion for Summary Judgment ("Motion").

　　On March 20, 2024, URZ filed a Motion for Summary Judgment. See Dkt No.103. On May 3, 2024, this Court denied URZ's Motion for Summary Judgment without prejudice pending URZ's compliance with the Court's order for intrusive discovery. See Dkt No. 110.

　　Now, URZ has complied with all aspects of the Court's intrusive discovery order. In fact, on August 8, 2024, Plaintiff Spectrum Laboratories, LLC ("Spectrum") conducted a thorough physical inspection of URZ's facilities and imaged all of URZ ESI assets.

　　Therefore, URZ now respectfully requests leave to file its Motion for Summary Judgment. There is no justification to hold URZ hostage to this case any further. It is time for this Court to review and consider the merits of Spectrum's claims.

2

DATED: August 9, 2024

By:_____

Louis F. Teran (Admitted *Pro Hac Vice*)
Email: lteran@slclg.com
California Bar No. 249494
SLC Law Group
1055 E. Colorado Blvd., Suite 500
Pasadena, CA 91106
Phone: 818-484-3217 x200

ATTORNEY FOR URZ TRENDZ, LLC.