# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **SPECTRUM LABORATORIES, LLC.**, an Ohio Limited Liability Company. | § § § § § § § § § § § § § § | |
| *Plaintiff,* | | CIVIL ACTION NO. 4:22-cv-03705 |
| v. | | JUDGE CHARLES ESKRIDGE |
| **URZ Trendz, LLC a/k/a Fly Fresh Smoke; and DOES #1-10,** | | |
| *Defendants.* | | |

## AFFIDAVIT OF AARON HUGHES

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned notary public, on this day personally appeared Aaron Hughes, known to me to be the person whose name is subscribed to this Affidavit, and who after being duly sworn, stated as follows:

1. My name is Aaron Hughes. I am over the age of eighteen (18) years and of sound mind. The facts described herein are within my personal knowledge and are true and correct.

2. I have personally performed computer security and forensic services for clients throughout Texas and the United States for more than 20 years and have been engaged in hundreds of cases litigated before various courts as a consulting expert, as well as a testifying expert. I am an American Bar Association published author on the topic of electronic evidence. I have trained the FBI, as well as other law enforcement agencies, on the topic of electronic evidence collection. These trainings were qualified for TCLEOSE credits. In my over 20 years of information forensics work I have never been disqualified as an expert in any court. My CV is attached to this declaration as Exhibit 1A.

3. I have been retained by Spectrum Laboratories, LLC, to collect, analyze, and report upon Electronically Stored Information ("ESI") possessed by URZ Trends, LLC ("URZ").

4. On August 8, 2024, at the time designated by URZ, I appeared at the location for imaging certain electronic devices pursuant to the Court's July 5, 2024 Order. [Dkt. 120]. Ryan Cordell, counsel for Spectrum, accompanied me. I was able to complete the imaging of the phones provided by URZ on-site. I was then provided with the passwords and email account information for two Gmail accounts. I left the URZ location and drove directly to my facility with two computer systems provided by URZ. I stayed up all night working on the computer systems in an effort to complete the ESI collection within the one-day timeframe imposed by URZ.

5. The "Dell Optiplex 3010" computer (the "Optiplex System") system provided was an older system. Dell systems are identified by a "service tag" number, which allows that number to be searched in their database to see the specifics of the system, as it left their factory. According to Dell, the Optiplex System had been sold in 2013, eleven years ago.

6. I found that the hard drive in the Optiplex System would not power up. I tried different methods, and adapters to power it, but was not successful in the timeframe given. This was not a total surprise, as counsel for URZ had already stated that both systems were inoperable. Given the abbreviated timeframe imposed by URZ, I did not have enough time to attempt to establish "why" the drive of the Optiplex System would not power, nor if there was any chance to get the drive to power up.

7. Because time was short, I turned my attention to the "Dell Inspiron 3459" computer (the "Inspiron System"). In a similar fashion to the Optiplex System, I looked up the dates and specifications for the Inspiron System. Dell identified that specific system as having been shipped June 16, 2017.

8. Upon a review of the drive in the Inspiron System, I developed an opinion that it had been infected by the "Wannacry" ransomware and, it appeared the drive contents had been encrypted on July 28, 2024. The WannaCry virus was a virus launched in May 2017 using a vulnerability patched by Microsoft earlier in March 2017.

9. I found it curious that a virus patched over seven years ago in 2017, even before the actual purchase of the system, was able to infect this machine and encrypt it in July 2024.

10. I was able to develop an image of the Inspiron System, but have not yet been able to retrieve much data. However, with time, I am optimistic that I will be able to retrieve some of the data.

2

{00363382.DOCX}

11. I examined the drive using appropriate forensic methodology. Proper antistatic measures were maintained, and forensic write-blocking measures were employed. Write-blocking is used to prevent any changes to the drive contents.

12. In most cases, where possible, proper forensic methodology employs the use of 'dead' examination. This refers to the fact that neither the system, nor the drive, are booted into the drive's operating system. This generally requires removal of the drives where possible. This was performed in accordance with standard forensic methodology.

13. The computer systems were returned with the drives and their data, in the same condition that the systems were received in. They were returned by close of business on August 9, 2024, to satisfy the limitations imposed by URZ.

14. On August 10, 2024, I began my attempt to collect URZ's Gmail accounts. Both accounts were locked behind "one time use" passwords, also sometimes referred to as "two-factor," or "multi-factor" authentication measures. This requires me to be in communication with the party that receives the notifications and administers the accounts, so we can "swap" the codes. I understand that URZ has refused to coordinate in order to swap the codes. As a result, I have been unable to access the contents of the Gmail accounts.

15. Based on all the reasons provided above, so that I can complete the process of retrieving the data that is salvageable, I will require access to the two computer systems for at least seven days, which may need to be extended. I will further require URZ to cooperate to provide the one-time access codes necessary to access URZ's Gmail accounts.

16. I have extracted data from the phones provided by URZ. I have searched the data with the search terms "quick fix," "spectrum," and "counterfeit," and have analyzed the results. The URZ phones contained numerous hits for the search terms. The documents responsive to the terms included invoices, phone contacts, "WhatsApp" messages, and photographs. In the process of authenticating the phones and their ownership, I also discovered that the URZ phones are linked to numerous other email accounts. These email accounts were not provided to Spectrum or me for ESI collection. The documents I collected from the phones also include copies that have been identified by Spectrum's counsel as the Court's ESI Order (Dkt. 111), Spectrum's Subpoena to URZ, and URZ's Responses to Spectrum's Discovery Requests. I have provided the results of my analysis and true and correct copies of the responsive documents to counsel for Spectrum.

3

I declare under penalty of perjury that the foregoing is true and correct, and this Affidavit was executed on this 30th day of August, 2024, in Harris County, Texas.

*Aaron Hughes*

SUBSCRIBED AND SWORN TO before me by Aaron Hughes, known to me personally, on this 30 day of August, 2024, to certify which witness my hand and seal of office.

Texas
Harris

Notary Public in and for
The State of Texas

KELLY SPEAR
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 08/31/24
NOTARY ID 13267528-3

# Curriculum Vitae
# Aaron Hughes

**CONTACT INFORMATION**

Vidoc Razor, LLC
4582 Kingwood Dr., Ste. E#390
Kingwood, TX  77345
Voice:  (832) 413-4282
Email: aaron.hughes@vidocrazor.com

**EMPLOYMENT**

| | |
|---|---|
| 2008 to Present | Vidoc Razor, LLC (Houston, Texas) |

President.  Responsible for day to day management and running of data forensics and electronic investigations business.  Areas of responsibility include data forensics consulting, operations, evidence acquisition, evidence storage, analysis, case reporting, case management.

2003. to 2010    IAC SecureTech (Houston, Texas)

President and CEO.  Responsible for day to day management and running of a Houston based information security business with client presence across the United States.  Areas of responsibility include IT network assessment and audit, information security consulting, response to incidents of intrusion and misuse, ongoing management and monitoring of client networks, and data forensics services.

2000 to 2003    HealthHelp (Houston, Texas)
Network Security Director.  Responsible for the creation and implementation of information security for a medical services billing company.  Areas of responsibility included development of policy and procedure, monitoring of compliance to policy and procedure, spam and email management, secure architecture, intrusion and incident response, forensic response, employee training and awareness.

| | |
|---|---|
| 1999 to 2000 | Telescan (Houston, Texas) |
| | Intranet Development. Responsible for development of code used for company intranet. Responsible for secure coding practices and testing. |
| 1997 to 2000 | Houston WPD (Houston, Texas) |
| | Sole Proprietor. Developed and sold secure internet applications including e-commerce and online inventory tracking systems. Emphasis was on functionality and secure programming. |

## PROFESSIONAL CERTIFICATIONS

| | |
|---|---|
| 2002 - 2013 | Certified Information Systems Security Professional (C.I.S.S.P.) |
| 2007 - Current | Texas State Licensed Private Investigator |

## EDUCATION AND TRAINING

| | |
|---|---|
| 1987 | Diploma, Ithaca High School, Ithaca, NY |
| 1987 – 1989 | American University, Washington, DC |
| 2001 | SMU Forensics Certificate |

### RELEVANT SKILL SETS

**Programming:**

ASP, PHP, PERL, Visual Basic, VBScript, JavaScript, Bash Script, MYSQL, Disassembly and code analysis techniques

**Information Security and Forensics Technology:**

Intrusion Detection Systems, IDA Dissassembler, FTK Forensics Analysis, Paraben Corporation Forensic Analysis Tools, Autopsy and TCT Forensic Analysis, Oxygen Forensics Tools, Firewall rule development (IPTables, PF, IPFW, Checkpoint, Cisco, Juniper), Router and Switch Configuration (Cisco, Juniper, Sonicwall, OpenBSD, FreeBSD), Bandwidth and Network Analysis Tools (TCPDump, IPTrace, TCPTrace, Pingpath, Ethereal, IPTraf), Tripwire, Syslog, Syslog Analysis, dd, dd_rescue, Nagios, Various command-line tools and libraries

**Operating Systems and Forensic Artifacts:**

Microsoft Windows (98 through current), Linux OS, BSD OS, Apple iOS, Android Operating Systems, RIM Blackberry, FAT filesystems, NTFS, exFAT, EXT fs

**Core Network Technologies**

Microsoft Exchange Configuration, Unix, Linux, OpenBSD, FreeBSD, Manual Server Hardening and Configuration, Network Architecture and Design

# INNOVATION AND INVENTION

US Patent:  EVALUATION NODE FOR REPORTING STATUS VIA A SECURE LINK, Patent No. US9813439B2

# PROFESSIONAL ASSOCIATIONS

- ISC2
    2002-2013
- International Information Systems Forensics Association
    2003-2005
- Association of Certified Fraud Examiners
    2006-2010
- Infragard
    2009-2017
- SHSU Center of Excellence in Digital Forensics Advisory Board Member
    2011-2012

# TESTIMONY

John Murphy et al v. Michael Charles Butler and Harris County, Texas
United States District Court Southern District of Texas, Houston Division
C.A. # H-05-02883 (Deposition)

Mike Miller and Associates Special Events, Inc. v. Lisa Fortenberry
County Court at Law, Rusk County
08-004A (Court - Hearing)

In The Matter of The Marriage of Juanita King Sartori and Michele Pietro Sartori
Harris County 311th District Court
Cause #2007-04372 (Court - Hearing, Trial)

EMS USA v. Centerpoint Energy Services Inc. et al.
270th District Court, Harris County
Cause No. 2007-76069 (Deposition, Trial)

McKinney v. Olson
164th District Court, Harris County
Cause #2009-26543 (Court - Hearing)

Mechdyne Corporation v. Donald Garwood
US District Court for the Southern District of Iowa, Central Division
Cause # 4:08-cv-00451 (Deposition, Trial)

Hallmark Restoration Group, LLC v. Canchola Properties, LLC
US District Court, Southern District of Texas
Cause #4:09-cv-00059 (Hearing, Trial)

M-I v Chad Lee Stelly, et al.
US District Court for the Southern District of Texas, Houston Division
Civil Action No. 4:09-CV-01552 (Deposition, Hearing)

In the Matter of the Marriage of Christopher Jones and Patricia Haule Jones
Harris County 311th District Court
Cause #2011-45155 (Hearing)

In the Matter of the Marriage of Janis B. Huckabee and Charles U. Huckabee and in the Interest of Alexandra J. Huckabee
Harris County 308th Judicial District
Cause #2012-36328 (Trial)

In the Matter of the Marriage of  Nadia Gul Mohyuddin and Javed Rehman
Harris County 247th District Court
Cause #2013-26862 (Hearing)

Raymond G. Houde vs. Pinnacle Engineering, lnc., et al.
55th Civil Court, Harris County
Cause # 2011-07373 (Hearing, Pre-Trial)

LasikPLUS of Texas, P.C. and LCA-Vision, Inc vs. Frederico Mattioli, MD
Harris County 80th Judicial District
Cause #2012-68429 (Hearing)

Tommy Beauchamp, Et Al vs. Stevens Transport, Inc., Et. al
Orange County 163rd Judicial District
Cause # B140314-C (Deposition)

The State of Texas vs. Charles Michael Von Schmidt
Polk County 411th District Court
Cause #24,432 (Trial)

In the Matter of the Marriage of  Hugo and Bessy Jimenez
Harris County 507th District Court
Cause #2011-75729 (Hearing)

Mechdyne Corporation v. Stewart Dainty
Iowa District Court for Marshall County
No. LALA008824 (Hearing)

In the Matter of the Marriage of Mark Anthony Freeman and Amanda Guthman Freeman
505th Judicial Court
No. 17-DCV-243259 (Hearing)

CSE Icon, Inc. v. The Integration Group of Americas, Inc. d/b/a TIGA, et al
270th Judicial District Court of Harris County, TX
No. 2017-22767

FSI Construction, Inc. v. Kelly Martin
American Arbitration Association
No. 01-19-0004-5543

Corrina B. Kenwisher v. Sears Holdings Management Corporation, Sears Roebuck and Co., and Abraham Gonzales
57th Judicial District
Cause No. 2017CI11345

In the Matter of the Marriage of Damon DiBassie and Michele Dibassie
418th Judicial District
Cause No. 19-01-00879

Waco Herrera v. Armando Robles, and Lesley Services LLC v. Andrew Salazar
73rd Judicial District
Cause No. 2018-CI-21723

**ARTICLES, SPEECHES AND PUBLICATIONS**

- **Speaker:** "Privacy and Security in the Workplace," SOCIETY OF HUMAN RESOURCE MANAGERS (2003 and 2004)
- **Speaker:** "Platform Singularity and the Risks of 'Monoculture'," INFOSEC RADIO (2003)
- **Speaker:** "Ensuring Compliance within Policies, Procedures, Systems and Controls," THE ENERGY FORUM – SOX IN THE PATCH ROUNDTABLE (2004)
- **Speaker:** "Digital Discovery and Data Forensics: An Attorney's Primer," BOYAR & MILLER LAW FIRM (2005)
- **Speaker:** "The Workplace Fingerprint," BOYAR & MILLER LAW FIRM (2005)
- **Author:** "Information Security – The Smart Way," RT Image Magazine (Dec. 2006)
- **Speaker:** "Identity Theft: Fact vs. FUD," The Association of Certified Fraud Examiners (ACFE) (2007)
- **Author:** "Seven Uses of Open-Source Software for the Digital Forensic Lab," Evidence Technology Magazine (January – February 2007 Edition)
- **Author:** "Effective Security Management," American Bar Association Digital Times (Technology for the Litigator Committee) (Spring 2007)
- **Speaker:** "CLE Course: Computer Forensics," Harris County Criminal Lawyers Association (April 2007)
- **Speaker:** "Sarbanes Oxley: Information Security, Forensics and Detecting Fraud," The Association of Certified Fraud Examiners (ACFE) (2007)
- **Speaker:** "Forensically Sound Incident Response," The Association of Information Technology Professionals (AITP) (2007)
- **Speaker:** "Credit Course: Computer Related Evidence – Acquisition and Preservation," Institute for Paralegal Education (Sept. 2007)
- **Speaker:** "Common Sense Security Strategies: Building and Maintaining an Effective Security Program," Texas Health Information Managers Association (TXHIMA) (Sept 2007)
- **Speaker:** "Privacy and Security in the Workplace," Alamo Area Health Information Managers Association (AAHIMA) (Nov 2007)
- **Speaker:** "Incident Response: Electronic Data Handling Procedures," The Association of Certified Fraud Examiners (ACFE) (December 2007)
- **Speaker:** "Building and Managing a Corporate Incident Response Team," Information Systems Audit and Control Association (ISACA) (February 2008)
- **Speaker:** "Preventing and Detecting Fraud in an Information Systems Environment," Texas State Auditor's Office 2008 Audit Leadership and Management Conference (2 CPE Credits)(May 2008)
- **Speaker:** "Infosec: What the Physical Security Practitioner Should Know," the American Society for Industrial Security (ASIS) Houston Chapter (May 2008)

• **Speaker:** "Data Forensics: Identification of Anonymous Entities and Motives," The International Association for Identification (Texas Division – TDIAI) (June 2008)
• **Speaker:** "Common Sense Security Strategies: Building a Sustainable Information Security Program," The Institute of Internal Auditors (Houston IIA) (July 2008)
• **Speaker:** "CLE Course: Information Forensics: Qualifying and Using an Expert," Dallas Women Lawyers Association (September 2008)
• **Speaker:** " Common Sense Security Strategies: Building a Sustainable Information Security Program," The Institute of Internal Auditors (Austin IIA) (October 2008)
• **Speaker:** "CLE Course: Information Forensics: Qualifying and Using an Expert," Northeast Harris County Bar Association (October 2008)
• **Speaker:** "Privacy and Fraud Monitoring in the Workplace," The Association of Certified Fraud Examiners (Houston ACFE) (January 2009)
• **Speaker:** "Data Forensics: Identification of Anonymous Entities and Motives," Information Systems Audit and Control Association (ISACA) and The Institute of Internal Auditors (IIA) (San Antonio - Joint Meeting) (January 2009)
• **Speaker:** "CLE Course: Information Forensics: Qualifying and Using an Expert," Bexar County Women's Bar Association (February 2009)
• **Speaker:** "Deep Web Search Techniques and Investigations," Secureworld Expo - Fraud and Forgery Roundtable (February 2009)
• **Speaker:** "Incident Response: Electronic Data Handling Procedures," Secureworld Expo (February 2009)
• **Speaker:** "Data Forensics: Identification of Anonymous Entities and Motives," Internal Association of Financial Crimes Investigators (IAFCI) (March 2009)
• **Speaker:** "Qualifying and Using a Data Forensics Expert," The Computer Forensics Show - Washington, DC (April 2009)
• **Speaker:** "Information Forensics Investigative Techniques: Evidence Beyond the Hard Drive," Houston HPD Cyber Squad, FBI Cyber Squad (July 2009)
• **Panel Participant:** "Electronic Evidence Workshop," State Bar of Texas CLE Program, Advanced Family Law - Dallas, TX (August 2009)
• **Panel Participant:** "Discovering Hidden Assets: the Use of Formal Discovery Requests, Forensic Investigators, Internet Research and Other Means to Find Assets," State Bar of Texas CLE Program, Advanced Family Law - Dallas, TX (August 2009)
• **Speaker:** "Cell Phone Forensics," Texas Criminal Defense Lawyers Association Forensic Seminar (October 2009)
• **Speaker:** "Information Forensics: Qualifying and Using an Expert," Lawline.com Online CLE Courses (October 2009)
• **Speaker:** "Information Forensics Investigative Techniques: Evidence Beyond the Hard Drive," Houston HPD Cyber Squad, FBI Cyber Squad (Eight Hour TCLEOSE Qualified) (December 2009)
• **Speaker:** "Techniques for Network Forensics," Amarillo ISSA (International Systems Security Association) (January 2010)

- **Speaker:** "Incorporating Electronic Information Forensics With Investigations,"  ACFE (Association of Certified Fraud Examiners) (CE Qualified) (February 2010)
- **Speaker:** "Strategies for Controlling Information Forensic Costs,"  District 1 State Bar of Texas Paralegal Division (CLE Qualified) (February 2010)
- **Speaker:** "Information Forensics and Electronic Investigation: Identifying Sources and Roles of Digital Evidence in Investigations,"  ASIS International (March 2010)
- **Speaker:** "Effective Use of Information Forensics,"  NACDL 3rd Annual Making Sense of Science Seminar (CLE Qualified) (March 2010)
- **Speaker:** "Information Forensics: The Collection and Evaluation of Electronic Evidence,"  FEWA (Forensic Expert Witness Association) (April 2010)
- **Speaker:** "Ethical and Criminal Considerations in the Age of Electronic Evidence,"  State Bar of Texas CLE Program, Advanced Family Law - Houston, TX (August 2012)
- **Speaker:** "Cryptocurrencies: Overview and Vulnerabilities,"  FBI Financial Institution Crime Day - Federal Reserve Bank, Houston, TX (March 2014)
- **Speaker:** "The Information of Things™ : Gathering Case-Related Intelligence From Unexpected Places",  State Bar of Texas College 18th Annual Summer School (CLE Qualified) (July 2016)
- **Speaker:** "The Information of Things™: Wielding Information and Defending Against Information Attacks",  Fort Bend County Bar Association (CLE Qualified) (March 2017)
- **Author:** "Electronic Evidence for Family Law Attorneys," American Bar Association Publishing, ISBN: 978-1-63425-567-7, (Peer reviewed) (2017)
- **Co-Presenter:** "Spy Torts and Privacy Issues in Family Law,"  State Bar of Texas CLE Program, Advanced Family Law - San Antonio, TX (August 2021)

**REFERENCES AND ENDORSEMENTS**




**Houston Police Department**
1200 Travis  Houston, Texas 77002-6000  713/308-1600

Annise D. Parker, Mayor

CITY COUNCIL MEMBERS:  Brenda Stardig  Jarvis Johnson  Anne Clutterbuck  Wanda Adams  Michael Sullivan  Al Hoang  Oliver Pennington  Edward Gonzalez
James G. Rodriguez  Stephen C. Costello  Sue Lovell  Melissa Noriega  C. O. "Brad" Bradford  Jolanda "Jo" Jones       CITY CONTROLLER: Ronald C. Green

September 29, 2010

Charles A. McClelland, Jr.
Chief of Police

To Whom It May Concern:

My first contact with Aaron Hughes and Vidoc Razor was approximately two years ago when I was asked to review a civl litigation case for potential criminal action. I was impressed with the work, investigative approach and organization of the information that was presented to me.

Since then I have worked with Aaron and Vidoc on different matters in my capacity with the Houston Police Department's Major Offenders Division and the FBI-Houston Cyber Crimes Task Force. This includes organizing an eight hour TCLEOSE (law enforcement education credits) certified training conducted at the Department of Justice's Regional Computer Forensics Lab that included representatives from the FBI, Customs (ICE), HPD Homicide, HPD Sex Crimes unit, as well as others.

The various law enforcement divisions are aware of Aaron and the work being done at Vidoc Razor.

In fact, as needed I, and others I know in law enforcement at various levels, have called upon Aaron to write specialty forensic software to fill in the large gaps left by current commercial software being used. Aaron's specialty software is being used actively in current cases.

I am aware of the capability that Aaron is writing into the FED(ng) appliance, and while I cannot make promises on behalf of the city or other units, I can say the following:

- The current software we use is lacking in specific features and capability that Aaron's offering will provide.
- Features of the offering Aaron proposes have been broken out into standalone software that is being used very effectively in current cases.
- The training and capability that Aaron has provided along these lines has been invaluable in the successful pursuit of various types of criminal investigations. Because of this, there is a distinct level of interest and excitement in further capabilities that extends into the upper levels of different law enforcement agencies.
- If the FED(ng) appliance meets the features and capability as I understand them, then it would be considered as a product to replace or at least augment the commercial software currently in use.



We are following Aaron's work and look forward with a great deal of interest to the completion of the project, and I have no problem throwing my support behind the knowledge and work that he has done.

Sincerely,

G. M. Garrett, Senior Police Officer
Major Offenders Division

I may be contacted for further reference at listings below:

G.M. (Mike) Garrett
Senior Police Officer
Houston Police Dept. Major Offenders Division
FBI-Houston Area Cyber Crimes Task Force
713-936-8378
Fax 713-936-8925
mike.garrett@cityofhouston.net

gmg:gmg

TeleCheck Services, Inc.
5251 Westheimer (77056-5404)
P.O. Box 4514
Houston, Texas 77210-4514
(713) 331-7600



09-13-2010

To whom it may concern:

I have known Mr. Aaron Hughes for almost three-years and have utilized his knowledge in various capacities in areas of electronic evidence, forensics and open source intelligence.

I know him to be a national expert, knowledgeable and most professional with his forensic skill set and competencies. He has been referred on many occasions to others without hesitation, as his ethics and integrity in the forensic profession is well known.

In addition, in my capacity as Director of Security, Mr. Hughes has spoken at our Forgery Roundtable event (Law Enforcement/Corporate Fraud Investigators) at the SecureWorld Expo/Conference in the past and was well received. Mr. Hughes was the keynote speaker at the event in Houston, TX and provided invaluable training to law enforcement and fraud investigators from major corporations. Today, these same skill sets are being utilized daily by these investigators in their day/day investigations.

Without hesitation, I would recommend Mr. Hughes in any Forensic Investigation!

Kind Regards,

Charles E. Andrews, CFE,CFS,CFCI,ICPS
**DIRECTOR OF SECURITY**
TeleCheck, a First Data Corporation
5251 Westheimer
Houston, TX   77056
(713) 331-6552 - Office
(281) 450-5890 - Cell
(402) 916-7934 - Fax
Charles.Andrews@TeleCheck.com






## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

September 13, 2010

To Whom It May Concern:

We have used Aaron Hughes, CISSP, in consultation regarding information on forensics and electronic evidence for various matters that involving significant litigation and of high import to the State of Texas. In connection with such, we have become familiar with his capabilities.

He exhibits the highest levels of not only professionalism and capability, but also honesty and objectivity. This objectivity is valued as it allows us to maximize our resources in accumulating evidence in support of our litigation. Perhaps of the best benefit has been the ability to avoid the rabbit trails, while gathering key digital evidence. Mr. Hughes quickly grasps the strategies and keys that we are searching for during discovery. His support has been without parallel in the industry.

We have no reservations in providing a reference and recommendation for Mr. Hughes and Vidoc Razor.

Kind Regards,

Paul H. Masters
Assistant Attorney General
Taxation Division
Phone: (512) 475-1743
Fax: (512) 478-4013

PHM/ms