UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SPECTRUM LABORATORIES, LLC**, an Ohio Limited Liability Company, | § § § § § § § § § § § § § § § | CIVIL ACTION NO. **4:22-CV-03705** |
| Plaintiff, | | |
| vs. | | **JURY DEMAND** |
| **DOES #1-10**, | | |
| Defendants. | | JUDGE CHARLES ESKRIDGE |

**ORDER GRANTING MOTION FOR SANCTIONS**

On this day came for consideration Plaintiff Spectrum Laboratories, LLC's "Motion for Sanctions" (the "Motion"). The Court has considered the Motion, any responsive papers thereto, and applicable law and the Court finds as follows:

The Motion is GRANTED;

The Court ORDERS the following:

First, that, within 24 hours, URZ must provide to Spectrum all the information required to collect each of all eleven (11) email accounts and cooperate in allowing Spectrum access, including (without limitation) timely providing the two-step authentication information;

Second, that Spectrum's ESI vendor be allowed to collect URZ's two inoperable computers and keep the

1

computers until he can complete his collection efforts, including efforts to determine the reason the computers are inoperable and obtain any data that can be retrieved;

Third, that URZ pay all costs of Spectrum's ESI vendor incurred to date, which the amount shall be submitted to the Court within five (5) business days;

Fourth, that URZ pay all subsequent costs of Spectrum's ESI vendor incurred to obtain URZ's compliance with the ESI discovery ordered by the Court;

Fifth, that URZ pay the attorneys' fees incurred by Spectrum to date relating to URZ's failure to comply with its discovery obligations, which the amount shall be submitted to the Court within five (5) business days;

Sixth, that URZ fully and timely cooperate in obtaining all of the ESI discovery subject to the Court's prior orders;

Seventh, that URZ's defenses and counterclaims be stricken with prejudice; and

Eighth, that Spectrum be granted default judgment against URZ.

So ORDERED.

    Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge