UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPECTRUM LABORATORIES LLC, | § § | CIVIL ACTION NO 4:22-cv-03705 |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| URZ TRENDZ LLC | § | |
| Defendants. | § | |

### ORDER

Pending are three motions. One is by Defendant URZ Trendz, LLC, requesting leave to file a motion for summary judgment. Dkt 121. Another is by Plaintiff Spectrum Laboratories, LLC, for sanctions due to Defendant's conduct during discovery and in this litigation. Dkt 122. A third is by Plaintiff for continuance until resolution of the sanctions issue. Dkt 125.

The motion by URZ with respect to summary judgment practice is DENIED. Dkt 121. It's apparent that a significant question exists as to URZ's compliance with discovery obligations, including this Court's prior ruling regarding ESI inspection and preservation. See Dkt 118. Those issues require resolution first.

The motion by Spectrum Laboratories for continuance and abatement of deadlines is GRANTED. Dkt 125. All deadlines are cancelled and will be reset as needed in the future.

The motion by Spectrum Laboratories for sanctions against URZ is hereby set for hearing in person on December 13, 2024, at 1:30 pm. Dkt 122.

SO ORDERED.

Signed on October 10, 2024, at Houston, Texas.

_____

Hon. Charles Eskridge
United States District Judge