UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SPECTRUM LABORATORIES, LLC**, an Ohio Limited Liability Company, | § § § § § | CIVIL ACTION NO. **4:22-CV-03705** |
| Plaintiff, | § § § § | |
| v. | § § | **JURY DEMAND** |
| **URZ TRENDZ, LLC; and DOES #1-10**, | § § § § | |
| Defendants. | § | JUDGE CHARLES ESKRIDGE |

**ORDER GRANTING MOTION FOR SANCTIONS IN PART**

On this day came for consideration Plaintiff Spectrum Laboratories, LLC's "Motion for Sanctions" against URZ Trendz, LLC (the "Motion") [Dkt. 122]. The Court has considered the Motion, and responsive papers, and heard from the parties at a December 13, 2024, Motion Hearing [Dkt. 129]:

The Court finds as follows.

The Motion is held in abeyance with regard the following relief requested by Plaintiff until URZ complies in full with this Order:

1. costs of Spectrum's ESI vendor incurred to date [Dkt. 122, at 18 ¶ 3];
2. costs of Spectrum's ESI vendor incurred to obtain URZ's compliance with additional ESI discovery ordered by the Court herein [*Id.* at ¶ 4];

1

3. Spectrum's reasonable and necessary attorney's fees [*Id.* at ¶ 5];
4. striking of URZ's claims and defenses; and
5. default judgment.

The Court **ORDERS** the following, which shall be completed **by December 20, 2024 at the time(s) set forth below**.

1. Emails.
   a. URZ shall make the following email accounts available to Spectrum's ESI vendor for collection as provided in part (b):
      - URZTRENDZ@GMAIL.COM;
      - FLYFRESHSTORE@GMAIL.COM;
      - AFFAN96@ICLOUD.COM;
      - AFFAN96@HOTMAIL.COM;
      - URBANELITESTORE@GMAIL.COM;
      - AFFANGHAFOOR88@GMAIL.COM;
      - AAGTRADINGTX@GMAIL.COM;
      - GHAFOOR.USMAN23@ICLOUD.COM;
      - HTOWNJUNOONI@HOTMAIL.COM;
      - URZWHOLESALEINC@GMAIL.COM;
      - CLOUDCHASERZOK@GMAIL.COM;
      - CLOUDCHASERZ420TEXAS@GMAIL.COM;
      - CANYOUIMAGINEWHOLESALELLC@GMAIL.COM; and
      - URZTRENDZ@ICLOUD.COM.
   b. The email collection shall take place in accordance with the following protocol:
      i. URZ shall provide the passwords, keys, codes, and all other information necessary for access to each account to the ESI vendor.
      ii. URZ shall provide the contact information for the person with care, custody, and control of each email account, and with access to all contemporaneously generated

access information (e.g. two-factor authentication codes) necessary to access the accounts. The person(s) shall be available for contact by, and shall coordinate with, the ESI vendor until the completion of this order. The person(s) identified pursuant to this paragraph shall cooperate fully with the ESI vendor in providing all access information to the email accounts in a timely manner.

iii. if, following the completion of subparts (i-ii), above, the ESI vendor requires any other access information, URZ shall provide same immediately.

iv. The accounts shall be collected sequentially, in the order identified by the ESI vendor.

v. URZ shall cooperate with Spectrum and the ESI vendor as to timing, such that the last of the 12 email addresses has been accessed **by 3pm CT on December 20, 2024**.

c. The ESI vendor should make a forensic copy of the email accounts through web access and run keyword searches, including but not limited to "Spectrum," "Quick Fix," "QF," and "counterfeit."

d. Any failure whatsoever by URZ to comply with this section of this Order shall result in sanctions, including Spectrum's reasonable and necessary attorney's fees and ESI vendor costs.

2. Inoperable Systems

a. URZ shall make the Dell Inspiron 3459 and Dell Optiplex 3010 ("Inoperable

Systems") available to the ESI vendor for a period of seven business (7) days, which shall commence when the ESI vendor picks up the systems. Particularly, the ESI vendor shall pick up the Inoperable Systems **by 3pm CT on December 20, 2024**. The ESI vendor shall return the Inoperable Systems within seven (7) business days from the time the Inoperable Systems were picked up. The ESI vendor is responsible for transport of these systems to and from URZ.

b. URZ's failure to permit the scheduled pickup to occur **by 3pm CT on December 20, 2024** shall be a violation of this order and shall result in sanctions, including Spectrum's reasonable and necessary attorney's fees and ESI vendor costs.

3. Operable Systems

a. URZ shall make available all other computer systems used in URZ's business operations, including but not limited to computers replacing the Inspiron and Optiplex systems defined in part (2) above ("Operable Systems"), to the ESI vendor for imaging **during the week ending December 20, 2024**. The collection and imaging of the Operable Systems shall take place according to the following:

i. The ESI vendor and his team will pick up one of the Operable Systems at a time from URZ.

ii. At pickup, in the presence of the ESI vendor, URZ must power the Operable System on, successfully log in to the system, then power the system off, before transferring

4

possession of the system to the ESI vendor. The ESI vendor may film or otherwise document this process.

iii. Each pickup shall occur **at 5pm CT, or otherwise at URZ's regular closing time**.

iv. The ESI vendor will use reasonable efforts to return each new system by the subsequent URZ opening time. URZ agrees to provide the ESI vendor additional time with any computer if the ESI vendor cannot complete acquisition of the computer system by the subsequent URZ opening time.

v. At return, in the presence of the ESI vendor, URZ will again power on the Operable System, successfully log in to the system, then power the system off, before the ESI vendor transfers possession of the system back to URZ. The ESI vendor may film or otherwise document this process.

vi. The ESI vendor and URZ shall confer and establish timing for said collection(s), which shall not unreasonably disrupt URZ's business operations. The ESI vendor is responsible for transport of these systems to and from URZ.

b. URZ's failure to permit the Operable Systems to be collected by the ESI vendor before **during the week ending December 20, 2024 at 5pm CT or otherwise at URZ's regular closing time** shall be a violation of this order and shall result in sanctions, including

Spectrum's reasonable and necessary attorney's fees and ESI vendor costs.

4. External Drive
   a. URZ shall locate, preserve, and turn over to the ESI vendor the external drive identified as "HP Flash 256," which was plugged into URZ's Dell Inspiron 3459 system on July 29, 2024, such turnover to take place at a time determined by the ESI vendor, but **by no later than 3pm December 20, 2024**.
   b. URZ's failure to turn over the HP Flash 256 drive **by 3pm CT on December 20, 2024** shall be a violation of this order and shall result in sanctions, including Spectrum's reasonable and necessary attorney's fees and ESI vendor costs.

5. Any failure whatsoever by URZ to comply with the foregoing sections 1-4 (and all sub-parts thereto) of this Order shall constitute a violation of this Order and will be grounds for sanctions, including Spectrum's reasonable attorney's fees and costs, in addition to any other relief held in abeyance.

6. Spectrum shall provide to URZ the electronic data, if any, recovered from the Inoperable Systems in part (2), after ESI vendor's analysis of those systems is completed.

So ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District
Judge