United States District Court
Southern District of Texas
**ENTERED**
December 17, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SPECTRUM LABORATORIES, LLC<br>Plaintiff, | § § § § § | CIVIL ACTION NO<br>4:22-cv-3705 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| URZ TRENDZ, LLC<br>Defendants. | § § § | |

## MINUTE ENTRY AND ORDER

Minute entry for MOTION HEARING before Judge Charles Eskridge on December 13, 2024. Both parties present and represented by counsel.

The Court addressed the motion by Defendant URZ Trendz, LLC, for disqualification. The motion was DENIED for reasons stated on the record. Dkt 131.

The Court addressed the motion by Defendant for judgment on the pleadings. The motion was GRANTED as to allegations by Plaintiff as to counterfeit under the '421 Trademark Registration. The motion was otherwise DENIED for reasons stated on the record. Dkt 130.

The Court addressed the motion by Plaintiff Spectrum Laboratories, LLC, for sanctions. The motion was TAKEN UNDER ADVISEMENT, in particular with respect to the request for attorney fees and related fee shifting and other sanctions, pending determination of compliance with ESI discovery ordered as further follows.

Plaintiff was ORDERED to provide by December 16, 2024, a specific, draft order for approval and entry to specify exact terms for ESI and other discovery ordered.

Defendant preserved its objections as to the completeness of its prior productions, but agreed to proceed in accordance with orders made on the record by close of business December 20, 2024, to be reflected in the written order noted above.

The parties should continue to confer in good faith regarding discovery and settlement.

SO ORDERED.

Signed on December 13, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge

2