# *Spectrum Laboratories, LLC v. URZ Trendz, LLC a/k/a Fly Fresh Smoke; and DOES #1-10*

## No. 4:22-cv-03705

# Spectrum's Motion for Sanctions

# Relief Requested

- Default Judgment

- Striking of URZ's Claims and Defenses

- Fee Shifting - Attorney's Fees and Costs from the start of the case, through execution of judgment

  *Jointly and severally, from URZ and counsel*

- Permanent Injunction, and any Discovery needed to enforce

- Discovery in Aid of Execution (FRCP 69(a))



# Court's Prior Discovery Orders (2023)

- **Dkt. 53**

  URZ is further ADMONISHED that this Court will not hesitate to impose sanctions for willful disobedience of this order and/or discovery obligations.

- **Dkt. 63**

  For reasons stated on the record, the Court FOUND that the discovery requests were proper and understandable, and that URZ hasn't been cooperative or proceeding in accordance with its discovery obligations under the Federal Rules of Civil Procedure. Objections by URZ to the discovery were OVERRULED.

- **Dkt. 80**

  Spectrum may within 14 days bring any appropriate motion for relief regarding discovery abuses and failure by URZ Trendz to abide by Court order. This may include request for necessary, intrusive electronic discovery and/or physical inspection of premises, files, and electronic devices to satisfy completeness of a responsive search. The Court



HICKS THOMAS

# Sanctions Hearing (Feb. 2024)

| | |
|---|---|
| *Mr. Teran:* | Your Honor, I asked my client to conduct a search. |
| *The Court:* | Okay. |
| *Mr. Teran:* | And I was – I was assured that this is all the documents that are – that are there . . . . |

**(Dkt. 112-1, 9:5-9)**

| | |
|---|---|
| *The Court:* | Okay. I will say, Mr. Teran, that there is going to be further discovery that's ordered here. As I said in my prior order, that the motion could request intrusive electronic discovery. And so some real Court Ordered discovery is going to go on. And so I want – What's already been represented to me is what the Record is. I want you to know quite clearly that I take discovery very seriously and representations as to discovery very seriously. |

So I'm simply saying be careful on what you are absolutely representing to me, because if – when the discovery happens, it's contrary to assertions that have been made . . . Either you or your client will be held to account for that, okay?

**(Dkt. 112-1, 10:16-11:4):**



# Sanctions Hearing (Feb. 2024)

- ## Dkt. 112-1, 41:12-17
  ### Hearing Transcript

MR. TERAN: I mean, you know, if we don't have to pay for it, obviously, if they're going to, you know, guide us through the process, send their team over and look at our other records, you know, we're we're okay with that.

THE COURT: All right.

MR. TERAN: We have nothing to hide.


HICKS
THOMAS

It is thus DETERMINED that Spectrum Laboratories must pay the cost of an ESI vendor in the first instance. If later production of relevant documents suggests substantial noncompliance to this point by URZ Trendz, Spectrum Laboratories may bring a motion to shift costs.

It is further ORDERED that:

1. URZ must make the following ESI sources available for forensic copying and searching by Spectrum's ESI vendor (and otherwise assist Spectrum and its ESI vendor in obtaining those copies):

   1. **Forensic copy of email accounts; and**
   2. **Electronic devices, including computers and cell phones.** **"[T]hat URZ (including owners/representatives) uses for any business purpose"**

Failure by URZ to comply may result in monetary sanctions or a default judgment against it in Spectrum's favor.


HICKS THOMAS

# ESI Preservation Order (Dkt. 118)

*Fourth,* concerns have been repeatedly expressed about Defendant's attitude towards and compliance with its discovery obligations, and this Court has no confidence that data not already lost or destroyed will be otherwise preserved. See Dkts 46 (minute entry and order granting motion to compel), 63 (minute entry and order overruling objections to discovery), 80 (show cause order), 97 (order partially granting motion for sanctions) & 111 (order partially granting motion for sanctions).

For these reasons, the motion will be granted. Dkt 112.



# URZ Failed to Comply (Pre-Inspection)

- URZ refuses to respond to May 9 letter, in direct violation of Order

- URZ refuses to conference with Spectrum's ESI vendor to facilitate inspection

- URZ offers to send ESI devices to ESI vendor for collection of no longer than one hour

- URZ insists all ESI collection must take place on-site and after hours

- URZ refuses to provide email and passwords ahead of inspection

- URZ attempts to blame Spectrum and its ESI vendor for cancelled July 8 collection (Hurricane Beryl)

8



# URZ Failed to Preserve ESI (Pre-Inspection)

- URZ and Spectrum agree to August 8 inspection and ESI collection, subject to full reservation of rights

- Two days before the inspection, URZ informs Spectrum that URZ's computers both suddenly **STOPPED WORKING** at the same time

- Muhammad Mujahid (non-employee) hosted inspection

<span style="color:red">**URZ FAILED TO PRESERVE ESI**</span>

- URZ demands limitations to August 8 inspection:

  - Email, passwords, other access information provided on-site

  - Spectrum limited to 24-hours to collect data from URZ's broken devices

9

HICKS THOMAS

# Site Inspection and ESI Collection



# Non-Party Mujahid's False Statements

## DECLARATION OF MUHAMMAD MUJAHID

I, Muhammad Mujahid, declare as follows:

2.   I was retained by Defendant for the purpose of facilitating its compliance with the Court's forensic discovery order (ECF No. 111).

17.   Upon my arrival, I was also given the passwords and other credentials to two (2) email accounts. I confirmed that the passwords and other credentials were sufficient to gain access to the email accounts. I was informed by Defendant that the passwords and other credentials were sufficient for forensic copying and searching.

23.   I then provided the computer expert with the information for the two (2) email accounts, including the passwords and other credentials. I also made sure that the computer expert had access to both email accounts. The computer expert confirmed to me that he had sufficient access to the email accounts for forensic copying and searching.

25.   Then the computer expert confirmed to me that I had given him everything he needed and began working on the email accounts first.

# What has URZ been doing instead of discovery?

- Petition for Writ of Mandamus re: ESI Order (5/21/2024)

- Motion to Stay Enforcement of ESI Order (Dkt. 115)

- Motion for Leave to file Summary Judgment (Dkt. 121)

- Petition for Writ of Mandamus re: denial of Motion for Leave to file Summary Judgment (11/5/2024)

- Motion for Judgment on the Pleadings (Dkt. 130)

- Motion to Disqualify District Judge (Dkt. 131)



# E-Mail Accounts – ZERO COMPLIANCE

- Nearly two years after URZ was first served with the subpoena, it has not provided a **single email**.

- URZ refuses to provide 2-factor authentication codes

*[handwritten margin notes: · Ghafoor owner · Affan employee · URZTrendz bis phone]*

| Disclosed Accounts | Undisclosed Accounts |
|---|---|
| URZTRENDZ@GMAIL.COM | AFFAN96@ICLOUD.COM |
| FLYFRESHSTORE@GMAIL.COM | URBANELITESTORE@GMAIL.COM |
| | AFFANGHAFOOR88@GMAIL.COM |
| | AAGTRADINGTX@GMAIL.COM |
| | GHAFOOR.USMAN23@ICLOUD.COM |
| | HTOWNJUNOONI@HOTMAIL.COM |
| | URZWHOLESALEINC@GMAIL.COM |
| | CLOUDCHASERZOK@GMAIL.COM |
| | CANYOUIMAGINEWHOLESALELLC@GMAIL.COM |
| | URZTRENDZ@ICLOUD.COM |

# Electronic Devices – SUBSTANTIAL NONCOMPLIANCE

- URZ's Broken Computers

  - Largely impossible to collect data within 24 hours

  - BUT in the "unallocated space" of the Dell Inspiron, there were **23,908 individual search term "hits"**

  - URZ refuses to provide computers for further analysis

- 3 Cell Phones used for "business purpose"

  - **Images, communications, documents**

    - **356 additional pages** of documents containing responsive information

- NO overlap between documents previously produced by URZ and documents found via ESI search



# Substantial Noncompliance

- **Pricing and Distribution Pamphlets** (uncovered on URZ phones, but never produced by URZ)





 HICKS THOMAS

- **Quick Fix on Display** (uncovered on URZ phones, but never produced by URZ)







# Substantial Noncompliance

- **Images of Accounting / Inventory Information**
(uncovered on URZ phones, but never produced by URZ)

**068536724913**

| | | | | | | |
|---|---|---|---|---|---|---|
| JOE SMOKE —17723 | QUICK FIX PRO | 4 | 25.00 | 60.00 | 35.00 | 58 % |
| CLOUD CHASERZ MONTROSE | QUICK FIX PRO | 6 | 75.00 | 90.00 | 15.00 | 17 % |
| CLOUD CHASERZ SHERIDAN | QUICK FIX PRO | 2 | 25.00 | 30.00 | 5.00 | 17 % |

**782804427480**

| | | | | | | |
|---|---|---|---|---|---|---|
| JOE SMOKE —17723 | QUICK FIX | 42 | 89.25 | 231.00 | 141.75 | 61 % |
| PRINCE WHOLESALE | QUICK FIX | 672 | 2,856.00 | 3,024.00 | 168.00 | 6 % |

Total Of Product = 782

**674008320028**

| | | | | | | |
|---|---|---|---|---|---|---|
| CLOUD CHASERZ 71ST —17637 | QUICK FIX | 70 | 148.75 | 385.00 | 236.25 | 61 % |
| RISING WHOLESALE INC—17858 | QUICK FIX | 224 | 476.00 | 1,008.00 | 532.00 | 53 % |
| Galaxy Wholesale —17009 | QUICK FIX | 672 | 1,428.00 | 3,024.00 | 1,596.00 | 53 % |
| QUICK MART —17208 | QUICK FIX | 9 | 19.13 | 45.00 | 25.88 | 58 % |
| CLOUD CHASERZ MONTROSE | QUICK FIX | 28 | 119.00 | 154.00 | 35.00 | 23 % |
| CLOUD CHASERZ SHERIDAN | QUICK FIX | 14 | 59.50 | 77.00 | 17.50 | 23 % |
| CLOUD CHASERZ OWASSO | QUICK FIX | 14 | 59.50 | 77.00 | 17.50 | 23 % |
| MOMENTUM VAPE NOVELTY | QUICK FIX | 112 | 476.00 | 560.00 | 84.00 | 15 % |
| SMOKE DREAMZZZZ OKMULGE | QUICK FIX | 14 | 59.50 | 84.00 | 24.50 | 29 % |
| CLOUD CHASERZ MINGO 81ST | QUICK FIX | 14 | 59.50 | 77.00 | 17.50 | 23 % |
| ELLA FOOD MART | QUICK FIX | 3 | 12.75 | 16.50 | 3.75 | 23 % |
| NUMBER 1 SMOKE SHOP | QUICK FIX | 2 | 8.50 | 11.00 | 2.50 | 23 % |
| CLOUD CHASERZ SAPULPA | QUICK FIX | 14 | 59.50 | 77.00 | 17.50 | 23 % |
| Total Of Product = 674008320028 | | 1190 | $2,985.63 | $5,595.50 | 2,609.88 | |

 HICKS THOMAS

# Substantial Noncompliance

- **Invoices**

(uncovered on URZ phones, but never produced by URZ)



# Substantial Noncompliance

- **Subpoena, Discovery Responses, and ESI Order Discovered on URZ's Phones** (on URZ phones; never produced)



| Source | Files |
|---|---|
| Type | Document file "PDF" |
| Name | a7acfacd-53ca-47fa-b6d8-76831 |
| Created (Chicago) | 05/08/2024 01:46:28 PM (UTC-5) |
| Modified (Chicago) | 05/08/2024 01:46:28 PM (UTC-5) |
| Changed (Chicago) | 05/09/2024 02:30:39 PM (UTC-5) |
| Category | Documents |
| Size | 124 KB |
| Full path | /private/var/mobile/Applications/ a7acfacd-53ca-47fa-b6d8-76831 |
| MD5 Hash | d09533a2091657f4da97b94283fb |
| File | a7acfacd-53ca-47fa-b6d8-76831 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SPECTRUM
LABORATORIES LLC,
Plaintiff,

§ CIVIL ACTION NO
§ 4:22-cv-03705
§
§
§

vs.

§ JUDGE CHARLES ESKRIDGE
§

URZ TRENDZ LLC, et al,
Defendants.
§

ORDER GRANTING IN PART MOTION FOR SANCTIONS

| Source | Files |
|---|---|
| Type | Document file "PDF" |
| Name | 1cd431ec-bd9c-4a74-86c3-257f85 |
| Created (Chicago) | 05/08/2024 01:46:28 PM (UTC-5) |
| Modified (Chicago) | 05/08/2024 01:46:28 PM (UTC-5) |
| Changed (Chicago) | 05/09/2024 02:30:39 PM (UTC-5) |
| Category | Documents |
| Size | 114 KB |
| Full path | /private/var/mobile/Applications/ bd9c-4a74-86c3-257f851dae1f.pd |
| MD5 Hash | c06e32f3f151fafe031cff678b8981e |
| File | 1cd431ec-bd9c-4a74-86c3-257f8 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SPECTRUM LABORATORIES, LLC,
Plaintiff,

Case No. 4:22-CV-03705
Hon. Judge Charles Eskridge

v.

URZ TRENDZ, LLC,
Defendant.

JURY TRIAL DEMANDED

DEFENDANT'S RESPONSE TO INTERROGATORIES SET ONE

Propounding Party: SPECTRUM LABORATORIES, LLC

Responding Party: URZ TRENDZ, LLC

Set Number: ONE

HICKS THOMAS

# Relief Requested

- Default Judgment

  <span style="color:red">Failure to obey multiple discovery orders and to preserve ESI (FRCP 37)</span>

  <span style="color:red">Willful disobedience, bad faith conduct (inherent power)</span>

- Striking of URZ's Claims and Defenses

  <span style="color:red">(see above)</span>

- Fee Shifting - Attorney's Fees and Costs from the start of the case, through execution of judgment

  *Jointly and severally, from URZ and counsel*

  <span style="color:red">Absolute failure to comply / substantial noncompliance by both URZ and counsel (see Dkt. 111 – ESI Order)</span>



# Relief Requested

- Permanent Injunction, and any Discovery needed to enforce

- Discovery in Aid of Execution (FRCP 69(a))



# Alternative Requested Relief

*Or, in the alternative*

- Unobstructed ESI Vendor access to image URZ's email accounts, both identified and unidentified

- Unobstructed ESI Vendor access to forensically copy and search URZ's computers, both inoperable and operable

- Production of "HP Flash 256" drive that was plugged into Dell Inspiron shortly before it became corrupted

  <span style="color:red">May hold copy of uncorrupted data</span>

  <span style="color:red">May demonstrate how system became encrypted</span>

- Show Cause: for URZ to explain the efforts it took (or did not take) to preserve its ESI

- Fee shifting (fees and costs – jointly and severally – both URZ and counsel)

