# HICKS THOMAS LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

2300 TC ENERGY CENTER
700 LOUISIANA STREET
HOUSTON TEXAS 77002

**D. RYAN CORDELL, JR.**
713.547.9130

TELEPHONE: 713.547.9100
FACSIMILE: 713.547.9150

E-MAIL ADDRESS
RCORDELL@HICKS-THOMAS.COM

December 20, 2024

Ms. Jennelle Gonzalez                    *Email: jennelle_gonzalez@txs.uscourts.gov*
Case Manager to The Honorable Judge Charles Eskridge
United States District Court for the Southern District of Texas
515 Rusk Avenue, Courtroom 9F, Houston, Texas 77002

      Re:    Civil Action No. 4:22-cv-03705; *Spectrum Laboratories, LLC v. URZ Trendz, LLC*
                Notification of URZ's Non-Compliance with Discovery Order

Dear Ms. Gonzalez:

Spectrum Laboratories, Inc. ("Spectrum") writes to notify the Court of URZ's failure to comply with the Court's most recent ESI discovery order.

## Summary

Spectrum and URZ Trendz, LLC ("URZ") appeared before the Court on Friday December 13, 2024 on Spectrum's Motion for Sanctions. Dkt. 122. On Tuesday December 17, 2024, the Court ordered an Order Granting Motion for Sanctions in Part (the "Order") (Dkt. 142), which ordered that outstanding and additional ESI discovery be completed.

The Order contained specific instructions whereby URZ was to provide and ensure access to 14 email accounts associated with URZ. *See id.* at ¶ 1. The Order also required URZ to turn over an external drive that was connected to one of its now-inoperable computers.

Consistent with its 20-month history of failing to cooperate in discovery and of disobeying the Court's Orders, URZ has once more intentionally refused to follow the Court's Order. URZ (or more particularly, URZ's counsel) continue to inject threats, demands, and restrictions into the discovery process. As a result, URZ has failed to provide access to its 14 email accounts. URZ has even resorted to threatening Spectrum's ESI vendor. URZ has also failed to turn over the external drive. Due to URZ's actions, compliance with the Order's deadline to complete the ESI discovery by 3pm CT on Friday December 20, 2024 is impossible.

## URZ's Failure to Comply with the Court's Order

At the hearing on December 13, the Court asked Spectrum to confer with URZ, to prepare a proposed order for the ESI discovery, and to file it by 3pm CT on December 16, 2024. Dkt. 143, 114:7-15.

After the hearing, Spectrum sought to schedule a conference for the following Monday morning. Ex. 1. URZ stated it could not provide its availability to conference until Monday. *Id.* Then, on Monday afternoon, URZ indicated it wished not to conference, falsely accusing Spectrum's counsel of prior "extreme hostility and anger" and "vulgar profanities." *Id.* Spectrum filed the proposed order by the 3pm deadline. Dkt. 138. After refusing its chance to conference about the proposed relief, URZ then filed nine pages of objections. Dkt. 139.

The Court granted the Order the next day, on Tuesday December 17. Dkt. 142. Thereafter, Spectrum sent the Order to URZ, requesting, *inter alia*, the list of emails, all access information, and the contact person for each account the next day. Ex. 2. Spectrum reminded URZ about the Friday deadline to complete the email collection, and reminded URZ that any delay or obstruction would be a violation of the Order. *Id.* With no response from URZ, Spectrum followed up the next morning. *Id.*

URZ did not respond to the Order or Spectrum's communications until nearly an entire day after the Order was entered. In the afternoon of December 18, URZ sent a letter to Spectrum's ESI vendor containing the email accounts and passwords, but threatening the ESI vendor with "damages against you personally" if the vendor disclosed any of the information to Spectrum, including responsive emails copied from the accounts, without an explicit Court Order. Ex. 3. In the letter, URZ represented that two-factor authentication and other credentials were not needed to access the account. URZ unilaterally purported to impose a 24-hour restriction for the collection of the email accounts. URZ sent an email to Spectrum's counsel with the same restrictions. Ex. 2.

Spectrum responded to URZ's email, explaining that URZ's restrictions and threats were in violation of the Order, unnecessary, and inappropriate. *Id.* Nonetheless, Spectrum agreed to begin the email account collection in good faith, with a reservation of all rights, and informed URZ that it expected URZ to keep access to the accounts open in compliance with the Order. *Id.*

Spectrum's ESI vendor attempted to access the first three email accounts during the evening of Wednesday December 18. The vendor could not access the email accounts because they required verification information that URZ had failed to provide. *Id.* Further, the vendor had no way to contact a URZ representative with access to the verification codes, because URZ had refused to provide the contact information of those representatives. *Id.* The vendor stopped attempting to access the accounts after the first three failed because continued attempts would result in the vendor's IP address being blocked from access entirely.

The next morning, Spectrum advised URZ that the accounts were not accessible, and advised URZ that, because of URZ's delays, obstructionism, and intentional violations of the Order, collection of the email accounts by the deadline set out in the Order had become impossible. *Id.* Indeed, URZ had wasted two of the three days available to collect the fourteen accounts.

Next came a flurry of self-serving emails from URZ offering to coordinate collection, proclaiming that time (suddenly) was "of the essence," and claiming, without support, that the "email providers" said the accounts had all been accessed. *Id.* With only a day left to complete the collection, URZ suddenly offered to drop its 24-hour restriction, to coordinate access codes, and

to otherwise assist in completing the discovery. *Id.* URZ's new proposals also failed to comply with the explicit instructions in the Order. *Id.* In any event, it was too late. URZ's days-long delay, obstructive demands, and other failure to provide information compelled by the Order had destroyed any realistic chance of collecting the emails by the December 20, 3pm deadline.

The Order was carefully crafted with the consultation of the ESI vendor so that, if URZ had provided the email information from the start, the ESI vendor would have had sufficient time to complete the ESI collection within the Court's deadline. URZ intentionally failed to provide the information until late in the week. URZ's behavior is exactly the type of gamesmanship that Spectrum predicted at the hearing. Dkt. 143 at 107:24–110:1. URZ's behavior rendered the email collection technically and humanly impossible.

From a technical perspective, the email accounts must be collected sequentially. Each email account could take several hours. Even if the emails were accessed and processed without intermission, it was highly unlikely that all emails could be processed in the artificially compressed timeframe. Further, proper collection is not a simple matter of copying the emails. Spectrum's ESI vendor must take extra documentation and quality assurance steps to ensure that his work meets expert forensic standards. From a human perspective, Spectrum's ESI vendor had been awake for more than 24 hours at that point, diligently working the night of December 18-19 to collect and process URZ's first "Operable System" and return it in the morning before opening to eliminate disruption to URZ's business. The vendor was next scheduled to collect and process the second "Operable System" the upcoming night of December 19 and return it by opening on December 20 – another all-night endeavor.

Spectrum's ESI vendor is a talented and diligent professional, but he is only human. Spectrum refuses to require its ESI vendor to unreasonably sacrifice his health and safety solely because URZ, the same party that threatened to sue him, decided to wait until the eleventh hour to offer to coordinate email access.

URZ's repeated obstructionism and failures to obey this Court's Orders should have consequences. The Court held several sanctions in abeyance in the Order. Dkt. 142. Spectrum respectfully suggests that the time has come to levy one or more of those sanctions against URZ.

URZ should be required to pay Spectrum's attorney's fees and vendor costs incurred to collect the ESI discovery from February 13, 2024 (when the Court first ordered ESI discovery) until compliance with the present Order is complete.

The Court should further order URZ to immediately provide the external drive, as well as to immediately comply with the specific instructions of ¶ 1 of the Order, or else URZ's claims and defenses will be stricken, and default judgment will be granted in favor of Spectrum.

Very truly yours,
*/s/ D. Ryan Cordell, Jr.*
D. Ryan Cordell, Jr.

# Exhibit 1

| | |
|---|---|
| **From:** | Ryan Cordell |
| **Sent:** | Monday, December 16, 2024 2:58 PM |
| **To:** | Cupar, David B.; 'Louis F. Teran' |
| **Subject:** | RE: Spectrum / URZ - 12/16 conference regarding discovery |

Good afternoon Louis,

Given your clear indication that URZ does not wish to conference, we are filing the proposed order.

Thanks,



**D. Ryan Cordell, Jr.**
Associate
713-547-9130          | Phone
713-547-9150          | Fax
700 Louisiana Street, Suite 2300
Houston, TX 77002
rcordell@hicks-thomas.com
www.hicks-thomas.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. Nothing in this message or in any attachment shall constitute a contract or electronic signature under any statute governing electronic transactions unless specifically stated above.

**From:** Cupar, David B. <dcupar@mcdonaldhopkins.com>
**Sent:** Monday, December 16, 2024 12:18 PM
**To:** 'Louis F. Teran' <lteran@slclg.com>; Ryan Cordell <rcordell@hicks-thomas.com>
**Subject:** RE: Spectrum / URZ - 12/16 conference regarding discovery

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Whether you wish to meet and confer on completing this proposed order is up to you, so long as you comply with the Court's Orders as you represented you would.

Rest assured that no Spectrum attorney on this case has acted unprofessionally or engaged in name calling as you have wrongly alleged. While I can cite on the record such behavior from you (e.g., you twice refused to take breaks during the Stephens deposition), I think it best we focus you on having you and URZ comply with all of the tardy production.

Best,
Dave

**David B. Cupar**
Member

**T: 216.430.2036**          **600 Superior Avenue East**
**F: 216.348.5474**          **Suite 2100**
**dcupar@mcdonaldhopkins.com**          **Cleveland, OH 44114**
**www.mcdonaldhopkins.com**



From: Louis F. Teran <lteran@slclg.com>
Sent: Monday, December 16, 2024 12:36 PM
To: 'Ryan Cordell' <rcordell@hicks-thomas.com>
Cc: Cupar, David B. <dcupar@mcdonaldhopkins.com>
Subject: [External] RE: Spectrum / URZ - 12/16 conference regarding discovery

Mr. Cordell and Mr. Cupar,

Let me know what you wish to conference about. As I understand the Court's orders on Friday, URZ is required to produce the two "old computers" which are the Dell Inspiron and Dell Opti-Flex which had previously been produced by URZ and subsequently "fried" by your computer ESI expert. Pursuant the Court's Order, these two "old computers" are available for pick up at URZ's facility by your courier anytime today until 5pm. You are then required to return them no later than Monday, December 23, 2024. Please let me know what time your courier will pick up the old computers today.

Then, in regard to the other issues including emails and other devices, the Court ordered you to provide a proposed order by end of day today outlining how you wish to collect this ESI information and specifically identifying the devices. We are then allowed to provide our comments or objections to the Court. I urge you to provide said proposed order so that we can complete this process by this Friday, December 20, 2024, as urged by the Court.

Other than the above, I am not sure what we need to conference on. I especially would like to avoid any conference given the extreme hostility and anger that has been expressed by you and other Spectrum attorneys in past conferences, including the vulgar profanities that Mr. Cupar has spewed in past conferences. I suggest that we proceed as the Court ordered. Essentially, please let me know what time today you will pick up the "old computers" and please file your proposed order as to the other issues as soon as possible so that we can complete this process by this coming Friday.


Thank you

**Louis F. Teran**
Attorney at Law
**SLC Law Group**
1055 E. Colorado Blvd., Suite #500
Pasadena, CA 91106
Phone: (818) 484-3217 x200
Fax: (866) 665-8877
http://www.slclg.com



**\*\*\* WARNING: CONFIDENTIAL COMMUNICATION \*\*\***
This electronic message and any accompanying pages or attachments contain information from SLC Law Group. The information may be a confidential attorney-client communication containing information that is privileged or confidential. The information is intended to be for the use of the individual or entity named. Any dissemination, distribution or copying of this communication is strictly prohibited without our express permission. If you have received this communication in error, please notify us immediately by return e-mail or by calling us at (800) 752-8470. We will arrange the retrieval of the original documents at no cost to you. Thank you.

---

**From:** Ryan Cordell <rcordell@hicks-thomas.com>
**Sent:** Friday, December 13, 2024 3:45 PM
**To:** Louis F. Teran <lteran@slclg.com>
**Cc:** Cupar, David B. <dcupar@mcdonaldhopkins.com>
**Subject:** Spectrum / URZ - 12/16 conference regarding discovery

Louis,

Please let us know when you are available to conference on Monday as instructed by Judge Eskridge.

My understanding from our conversation at the hearing is you won't know your availability on Monday until Monday morning. However, if you are able to determine your availability earlier, such as over the weekend, please let us know.

Sincerely,



**D. Ryan Cordell, Jr.**
Associate
713-547-9130      | Phone
713-547-9150      | Fax
700 Louisiana Street, Suite 2300
Houston, TX 77002
rcordell@hicks-thomas.com
www.hicks-thomas.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. Nothing in this message or in any attachment shall constitute a contract or electronic signature under any statute governing electronic transactions unless specifically stated above.

# Exhibit 2

| | |
|---|---|
| **From:** | Louis F. Teran <lteran@slclg.com> |
| **Sent:** | Thursday, December 19, 2024 2:50 PM |
| **To:** | Ryan Cordell |
| **Cc:** | 'Aaron Hughes'; 'Cupar, David B.'; Courtney Ervin |
| **Subject:** | RE: Spectrum/URZ - Order Granting Motion for Sanctions in Part (Dkt. 142) |
| **Importance:** | High |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Are you not willing to let me know which emails were not accessible and which were accessible?  Regardless, per my email below, I am the person designated by URZ for purposes of Section 1(b) of the Order.  You can contact me.

But the information that I am receiving is that all of the emails have been successfully accessed by your ESI expert.  If this is NOT correct, feel free to have your ESI expert contact me as the contact person so that he can be given access to the emails, I can provide your ESI expert any verification codes needed.  I hope this resolves the issue.  I look forward to your prompt response otherwise, I will assume that all emails have been successfully accessed, copied, and searched pursuant to the Court's Order.

Thank you

**Louis F. Teran**
Attorney at Law
**SLC Law Group**
1055 E. Colorado Blvd., Suite #500
Pasadena, CA 91106
Phone: (818) 484-3217 x200
Fax: (866) 665-8877
**http://www.slclg.com**



**\*\*\* WARNING: CONFIDENTIAL COMMUNICATION \*\*\***
This electronic message and any accompanying pages or attachments contain information from SLC Law Group.  The information may be a confidential attorney-client communication containing information that is privileged or confidential.  The information is intended to be for the use of the individual or entity named.  Any dissemination, distribution or copying of this communication is strictly prohibited without our express permission.  If you have received this communication in error, please notify us immediately by return e-mail or by calling us at (800) 752-8470.  We will arrange the retrieval of the original documents at no cost to you. Thank you.

**From:** Ryan Cordell <rcordell@hicks-thomas.com>
**Sent:** Thursday, December 19, 2024 12:38 PM
**To:** Louis F. Teran <lteran@slclg.com>
**Cc:** Aaron Hughes <aaron.hughes@vidocrazor.com>; Cupar, David B. <dcupar@mcdonaldhopkins.com>; Courtney Ervin <cervin@hicks-thomas.com>
**Subject:** RE: Spectrum/URZ - Order Granting Motion for Sanctions in Part (Dkt. 142)

Mr. Teran,

The Court's Order is very specific about how the parties were to conduct the ESI discovery. Spectrum and its ESI vendor have followed the Order to the letter. URZ has not.

The Court ordered the email collection to take place as detailed in 1(b) and (c) of the Order. The untimely and unilateral proposals in your last three emails do not follow the Court's Order. Please refer to the last paragraph of my previous email.

Sincerely,



**D. Ryan Cordell, Jr.**
Associate
713-547-9130          | Phone
713-547-9150          | Fax
700 Louisiana Street, Suite 2300
Houston, TX 77002
rcordell@hicks-thomas.com
www.hicks-thomas.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. Nothing in this message or in any attachment shall constitute a contract or electronic signature under any statute governing electronic transactions unless specifically stated above.

**From:** Louis F. Teran <lteran@slclg.com>
**Sent:** Thursday, December 19, 2024 1:58 PM
**To:** Ryan Cordell <rcordell@hicks-thomas.com>
**Cc:** 'Aaron Hughes' <aaron.hughes@vidocrazor.com>; 'Cupar, David B.' <dcupar@mcdonaldhopkins.com>; Courtney Ervin <cervin@hicks-thomas.com>
**Subject:** RE: Spectrum/URZ - Order Granting Motion for Sanctions in Part (Dkt. 142)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please respond to my email below. As you know, time is of the essence on this matter. I am getting conflicting information. According to the email providers, all of the fourteen (14) email accounts have been accessed within the last 12 hours, mostly during the hours of last night. This appears to conflict with the information you provided in your email below. Given this confusion, we will not change the passwords at this time as previously indicated. The emails will remain accessible until I hear from you. I look forward to your prompt response.

Thank you

**Louis F. Teran**
Attorney at Law
**SLC Law Group**
1055 E. Colorado Blvd., Suite #500
Pasadena, CA 91106
Phone: (818) 484-3217 x200
Fax: (866) 665-8877

**http://www.slclg.com**



**\*\*\* WARNING: CONFIDENTIAL COMMUNICATION \*\*\***
This electronic message and any accompanying pages or attachments contain information from SLC Law Group.  The information may be a confidential attorney-client communication containing information that is privileged or confidential.  The information is intended to be for the use of the individual or entity named.  Any dissemination, distribution or copying of this communication is strictly prohibited without our express permission.  If you have received this communication in error, please notify us immediately by return e-mail or by calling us at (800) 752-8470.  We will arrange the retrieval of the original documents at no cost to you. Thank you.

**From:** Louis F. Teran <lteran@slclg.com>
**Sent:** Thursday, December 19, 2024 11:22 AM
**To:** 'Ryan Cordell' <rcordell@hicks-thomas.com>
**Cc:** 'Aaron Hughes' <aaron.hughes@vidocrazor.com>; 'Cupar, David B.' <dcupar@mcdonaldhopkins.com>; 'Courtney Ervin' <cervin@hicks-thomas.com>
**Subject:** RE: Spectrum/URZ - Order Granting Motion for Sanctions in Part (Dkt. 142)

I received authorization for me to be the point person for the issue with verification of email accounts.  Per my email below, let me know which are the email accounts that still need to be accessed and we can start the process of verifying.
I look forward to your prompt response.

Thank you

**Louis F. Teran**
Attorney at Law
**SLC Law Group**
1055 E. Colorado Blvd., Suite #500
Pasadena, CA 91106
Phone: (818) 484-3217 x200
Fax: (866) 665-8877
**http://www.slclg.com**



**\*\*\* WARNING: CONFIDENTIAL COMMUNICATION \*\*\***
This electronic message and any accompanying pages or attachments contain information from SLC Law Group.  The information may be a confidential attorney-client communication containing information that is privileged or confidential.  The information is intended to be for the use of the individual or entity named.  Any dissemination, distribution or copying of this communication is strictly prohibited without our express permission.  If you have received this communication in error, please notify us immediately by return e-mail or by calling us at (800) 752-8470.  We will arrange the retrieval of the original documents at no cost to you. Thank you.

**From:** Louis F. Teran <lteran@slclg.com>
**Sent:** Thursday, December 19, 2024 11:06 AM
**To:** 'Ryan Cordell' <rcordell@hicks-thomas.com>
**Cc:** 'Aaron Hughes' <aaron.hughes@vidocrazor.com>; 'Cupar, David B.' <dcupar@mcdonaldhopkins.com>; 'Courtney

Ervin' <cervin@hicks-thomas.com>
**Subject:** RE: Spectrum/URZ - Order Granting Motion for Sanctions in Part (Dkt. 142)

Was this an issue for all of the email accounts or just some?  I can coordinate with my client to get the needed verifications.  Let me know which emails and we can start coordinating.  I look forward to your prompt response.

Thank you

**Louis F. Teran**
Attorney at Law
**SLC Law Group**
1055 E. Colorado Blvd., Suite #500
Pasadena, CA 91106
Phone: (818) 484-3217 x200
Fax: (866) 665-8877
**http://www.slclg.com**



**\*\*\* WARNING: CONFIDENTIAL COMMUNICATION \*\*\***
This electronic message and any accompanying pages or attachments contain information from SLC Law Group.  The information may be a confidential attorney-client communication containing information that is privileged or confidential.  The information is intended to be for the use of the individual or entity named.  Any dissemination, distribution or copying of this communication is strictly prohibited without our express permission.  If you have received this communication in error, please notify us immediately by return e-mail or by calling us at (800) 752-8470.  We will arrange the retrieval of the original documents at no cost to you. Thank you.

---

**From:** Ryan Cordell <rcordell@hicks-thomas.com>
**Sent:** Thursday, December 19, 2024 10:59 AM
**To:** Louis F. Teran <lteran@slclg.com>
**Cc:** 'Aaron Hughes' <aaron.hughes@vidocrazor.com>; 'Cupar, David B.' <dcupar@mcdonaldhopkins.com>; Courtney Ervin <cervin@hicks-thomas.com>
**Subject:** RE: Spectrum/URZ - Order Granting Motion for Sanctions in Part (Dkt. 142)

Mr. Teran,

Your understanding is incorrect.

Spectrum's ESI vendor has been unable to access URZ's email accounts due to URZ's violations of the Order. When Spectrum's ESI vendor attempted to collect the accounts, he was confronted with verification requests. See screenshots below as an example:

 Sign in with Google



# Verify it's you

To help keep your account safe, Google wants to make
sure it's really you trying to sign in Learn more

 urztrendz@gmail.com

Resend it

English (United States) ▾

8

## Check your phone

Google sent a notification to yo
Gmail app, tap **Yes** on the prom
to verify it's you.



This problem was avoidable. This is exactly why the Court ordered URZ to provide the access information under 1(b)(i) and the contact person for each account under 1(b)(ii). However, as detailed in my prior email, URZ intentionally failed to provide the information and violated the Order.

Because of URZ's multiple and intentional violations of the Order, collection of the email accounts by the deadline set out in 1(c) of the Order is now impossible. Spectrum will address these issues with the Court.

Sincerely,



**D. Ryan Cordell, Jr.**
Associate
713-547-9130     | Phone
713-547-9150     | Fax
700 Louisiana Street, Suite 2300
Houston, TX 77002
rcordell@hicks-thomas.com
www.hicks-thomas.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. Nothing in this message or in any attachment shall constitute a contract or electronic signature under any statute governing electronic transactions unless specifically stated above.

**From:** Louis F. Teran <lteran@slclg.com>
**Sent:** Thursday, December 19, 2024 12:17 PM
**To:** Ryan Cordell <rcordell@hicks-thomas.com>
**Cc:** 'Aaron Hughes' <aaron.hughes@vidocrazor.com>; 'Cupar, David B.' <dcupar@mcdonaldhopkins.com>; Courtney Ervin <cervin@hicks-thomas.com>
**Subject:** RE: Spectrum/URZ - Order Granting Motion for Sanctions in Part (Dkt. 142)
**Importance:** High

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

It is my understanding that all fourteen (14) email accounts have been copied and search; both inoperable systems have been turned over to Spectrum's ESI expert; and that both operable systems have been copied and searched.  Please confirm.

Thank you

**Louis F. Teran**
Attorney at Law
**SLC Law Group**
1055 E. Colorado Blvd., Suite #500
Pasadena, CA 91106
Phone: (818) 484-3217 x200
Fax: (866) 665-8877
**http://www.slclg.com**



**\*\*\* WARNING: CONFIDENTIAL COMMUNICATION \*\*\***
This electronic message and any accompanying pages or attachments contain information from SLC Law Group.  The

information may be a confidential attorney-client communication containing information that is privileged or confidential.  The information is intended to be for the use of the individual or entity named.  Any dissemination, distribution or copying of this communication is strictly prohibited without our express permission.  If you have received this communication in error, please notify us immediately by return e-mail or by calling us at (800) 752-8470.  We will arrange the retrieval of the original documents at no cost to you. Thank you.

**From:** Ryan Cordell <rcordell@hicks-thomas.com>
**Sent:** Wednesday, December 18, 2024 3:11 PM
**To:** Louis F. Teran <lteran@slclg.com>
**Cc:** 'Aaron Hughes' <aaron.hughes@vidocrazor.com>; 'Cupar, David B.' <dcupar@mcdonaldhopkins.com>; Courtney Ervin <cervin@hicks-thomas.com>
**Subject:** RE: Spectrum/URZ - Order Granting Motion for Sanctions in Part (Dkt. 142)

Louis,

Spectrum will conduct the collection in accordance with the explicit instructions in the Court's Order.

I have highlighted and reproduced the relevant sections below.

3. Operable Systems

a. URZ shall make available all other computer systems used in URZ's business operations, including but not limited to computers replacing the Inspiron and Optiplex systems defined in part (2) above ("Operable Systems"), to the ESI vendor for imaging **during the week ending December 20, 2024.** The collection and imaging of the Operable Systems shall take place according to the following:

  i. The ESI vendor and his team will pick up one of the Operable Systems at a time from URZ.

  ii. At pickup, in the presence of the ESI vendor, URZ must power the Operable System on, successfully log in to the system, then power the system off, before transferring

possession of the system to the ESI vendor. The ESI vendor may film or otherwise document this process.

iii. Each pickup shall occur **at 5pm CT, or otherwise at URZ's regular closing time**.

iv. The ESI vendor will use reasonable efforts to return each new system by the subsequent URZ opening time. URZ agrees to provide the ESI vendor additional time with any computer if the ESI vendor cannot complete acquisition of the computer system by the subsequent URZ opening time.

v. At return, in the presence of the ESI vendor, URZ will again power on the Operable System, successfully log in to the system, then power the system off, before the ESI vendor transfers possession of the system back to URZ. The ESI vendor may film or otherwise document this process.

Spectrum expects URZ to follow the Court's Order as well, otherwise Spectrum will have no choice but to seek relief.

Thank you,



**D. Ryan Cordell, Jr.**
Associate
713-547-9130          | Phone
713-547-9150          | Fax
700 Louisiana Street, Suite 2300
Houston, TX 77002
rcordell@hicks-thomas.com
www.hicks-thomas.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. Nothing in this message or in any attachment shall constitute a contract or electronic signature under any statute governing electronic transactions unless specifically stated above.

**From:** Louis F. Teran <lteran@slclg.com>
**Sent:** Wednesday, December 18, 2024 3:55 PM
**To:** Ryan Cordell <rcordell@hicks-thomas.com>
**Cc:** 'Aaron Hughes' <aaron.hughes@vidocrazor.com>; 'Cupar, David B.' <dcupar@mcdonaldhopkins.com>; Courtney Ervin <cervin@hicks-thomas.com>
**Subject:** RE: Spectrum/URZ - Order Granting Motion for Sanctions in Part (Dkt. 142)

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

As I indicated in my email, URZ will make both Operable Systems available to your ESI expert today between 5:45pm and 6pm. If your ESI expert refuses to take one or both of them, I nor URZ can force him to do so. We are making the systems available, thus we are if full compliance with the Court's Order. You can let your ESI expert make that determination but both systems will be made available to your ESI expert this afternoon between 5:45 and 6pm (CT). I hope that resolves that issue.

Thank you

**Louis F. Teran**
Attorney at Law
**SLC Law Group**
1055 E. Colorado Blvd., Suite #500
Pasadena, CA 91106
Phone: (818) 484-3217 x200
Fax: (866) 665-8877
**http://www.slclg.com**



**\*\*\* WARNING: CONFIDENTIAL COMMUNICATION \*\*\***
This electronic message and any accompanying pages or attachments contain information from SLC Law Group. The information may be a confidential attorney-client communication containing information that is privileged or confidential. The information is intended to be for the use of the individual or entity named. Any dissemination, distribution or copying of this communication is strictly prohibited without our express permission. If you have received this communication in error, please notify us immediately by return e-mail or by calling us at (800) 752-8470. We will arrange the retrieval of the original documents at no cost to you. Thank you.

**From:** Ryan Cordell <rcordell@hicks-thomas.com>
**Sent:** Wednesday, December 18, 2024 1:29 PM
**To:** Louis F. Teran <lteran@slclg.com>
**Cc:** 'Aaron Hughes' <aaron.hughes@vidocrazor.com>; 'Cupar, David B.' <dcupar@mcdonaldhopkins.com>; Courtney Ervin <cervin@hicks-thomas.com>
**Subject:** RE: Spectrum/URZ - Order Granting Motion for Sanctions in Part (Dkt. 142)

Mr. Teran,

URZ's response and demands violate the Court's Order and are needlessly increasing fees and prejudicing Spectrum's ESI vendor. URZ's threats to sue the vendor are particularly inappropriate.

**Emails**

URZ has violated multiple sections of the Order, including imposing a unilateral 24-hour time restriction, which is impractical for collecting all email accounts. URZ has also failed to provide necessary contact details to resolve access issues. Nonetheless, Spectrum's ESI vendor will begin collection in good faith but reserves all rights. If collection cannot be completed within 24 hours, URZ must ensure continued access. Failure to do so will result in Spectrum seeking relief from the Court.

**Operable Systems**
URZ is also in violation of several provisions regarding Operable Systems. Spectrum will not deviate from the Court's Order.

Spectrum's ESI vendor will collect one Operable System today at 5:45 pm, as outlined in the Order. URZ must comply with the pick-up procedures specified. If URZ refuses, Spectrum will immediately seek Court relief. Please confirm compliance regarding the first Operable System and subsequent steps as detailed in the Order.



**D. Ryan Cordell, Jr.**
Associate
713-547-9130        | Phone
713-547-9150        | Fax
700 Louisiana Street, Suite 2300
Houston, TX 77002
rcordell@hicks-thomas.com
www.hicks-thomas.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. Nothing in this message or in any attachment shall constitute a contract or electronic signature under any statute governing electronic transactions unless specifically stated above.

**From:** Louis F. Teran <lteran@slclg.com>
**Sent:** Wednesday, December 18, 2024 2:18 PM
**To:** Ryan Cordell <rcordell@hicks-thomas.com>
**Cc:** 'Aaron Hughes' <aaron.hughes@vidocrazor.com>; 'Cupar, David B.' <dcupar@mcdonaldhopkins.com>; Courtney Ervin <cervin@hicks-thomas.com>
**Subject:** RE: Spectrum/URZ - Order Granting Motion for Sanctions in Part (Dkt. 142)
**Importance:** High

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. Cordell and Mr. Dupar,

All of the fourteen (14) email accounts identified in Section 1 of the Court's Order have been reconfigured to be accessible by password only. No two-factor authentication code or other credentials are needed. As such, a letter has been sent directly to Mr. Aaron Hughes, Spectrum's ESI Vendor, disclosing the passwords for all fourteen (14) emails identified in the Court's Order. As you know, the Court directed said passwords to be sent to Spectrum's ESI vendor only. Please note that all fourteen (14) accounts will be accessible with the passwords listed in the letter for the next 24 hours only. All the email accounts will be reconfigured and all passwords will be changed at 2pm (CT) on December 19, 2024. This should allow more than sufficient time for Mr. Hughes to conduct a forensic copy and search as required by the Court's Order. Please find attached a REDACTED version of

the letter that was sent to Mr. Hughes earlier today.  As such, URZ Trendz, LLC is now in full compliance with Section 1 of the Court's Order.

All of the Inoperable Systems identified in Section 2 of the Court's Order has already been given to Mr. Hughes on Monday, December 16, 2024.  As such, URZ Trendz, LLC is now in full compliance with Section 2 of the Court's Order.

The two (2) Operable Systems identified in Section 3 of the Court's Order will be made available for pick up my Mr. Hughes today between 5:45pm and 6pm (CT).  It is important that at least one of said Operable Systems be returned to URZ Trendz tomorrow morning, December 19, 2024, between 9:30am and 10am (CT).  The other Operable System can be returned tomorrow, December 19, 2024, by 6pm (CT).  The Operable System that must be returned in the morning will be identified to Mr. Hughes upon pick up this afternoon.  This will complete URZ Trendz, LLC's compliance with Section 3 of the Court's Order.

With regard to Section 4 of the Court's Order, URZ Trendz is currently conducting a thorough search of External Drive identified in the Court's Order.  I will update you as we receive information on this.

Feel free to contact me with any comments or questions.

Thank you

**Louis F. Teran**
Attorney at Law
**SLC Law Group**
1055 E. Colorado Blvd., Suite #500
Pasadena, CA 91106
Phone: (818) 484-3217 x200
Fax: (866) 665-8877
**http://www.slclg.com**



**\*\*\* WARNING: CONFIDENTIAL COMMUNICATION \*\*\***
This electronic message and any accompanying pages or attachments contain information from SLC Law Group.  The information may be a confidential attorney-client communication containing information that is privileged or confidential.  The information is intended to be for the use of the individual or entity named.  Any dissemination, distribution or copying of this communication is strictly prohibited without our express permission.  If you have received this communication in error, please notify us immediately by return e-mail or by calling us at (800) 752-8470.  We will arrange the retrieval of the original documents at no cost to you. Thank you.

**From:** Ryan Cordell <rcordell@hicks-thomas.com>
**Sent:** Wednesday, December 18, 2024 8:32 AM
**To:** 'Louis F. Teran' <lteran@slclg.com>
**Cc:** 'Aaron Hughes' <aaron.hughes@vidocrazor.com>; 'Cupar, David B.' <dcupar@mcdonaldhopkins.com>; Courtney Ervin <cervin@hicks-thomas.com>
**Subject:** RE: Spectrum/URZ - Order Granting Motion for Sanctions in Part (Dkt. 142)

Mr. Teran,

For the emails listed in section 1(a) of the Order, URZ has failed to provide the access information under 1(b)(i) or the contact person for each account under 1(b)(ii). Please advise when URZ will provide this information. As

a reminder, the Order requires the email collection for all accounts to be complete by 3pm CT on Friday. The Order requires URZ's full cooperation in making this happen. Please be reminded that delays, obstruction, or other refusals to timely cooperate by URZ in providing this information are a violation of the Order.

Similarly, URZ has failed to provide a response regarding the Operable Systems. Again, please advise if URZ closes at a time other than 5pm CT. Otherwise, Mr. Hughes will arrive to pick up the first Operable System at that time. The Order requires URZ to confer with the ESI vendor in this regard (Order 3(a)(vi)). Please be reminded that failure to permit collection of the Operable Systems as required by the Order is a violation of the Order.

Moreover, URZ has failed to provide a response regarding the External Drive. Please advise when URZ is available to turnover the External Drive, and Spectrum's ESI vendor will then advise when he will collect it. Please be reminded that failure by URZ to turn over the External Drive by 3pm on Friday is a violation of the Order.

Best regards,



**D. Ryan Cordell, Jr.**
Associate
713-547-9130          | Phone
713-547-9150          | Fax
700 Louisiana Street, Suite 2300
Houston, TX 77002
rcordell@hicks-thomas.com
www.hicks-thomas.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. Nothing in this message or in any attachment shall constitute a contract or electronic signature under any statute governing electronic transactions unless specifically stated above.

---

**From:** Ryan Cordell
**Sent:** Tuesday, December 17, 2024 7:46 PM
**To:** 'Louis F. Teran' <lteran@slclg.com>
**Cc:** 'Aaron Hughes' <aaron.hughes@vidocrazor.com>; 'Cupar, David B.' <dcupar@mcdonaldhopkins.com>; Courtney Ervin <cervin@hicks-thomas.com>
**Subject:** Spectrum/URZ - Order Granting Motion for Sanctions in Part (Dkt. 142)

Mr. Teran,

The Court's Order Granting Motion for Sanctions in Part is attached for your reference.

Emails
Spectrum's ESI vendor, Aaron Hughes (cc'd) is prepared to start collecting emails tomorrow morning. Please provide the list of emails listed in section 1(a) of the order, the accompanying access information under 1(b)(i), and the contact person for each account under 1(b)(ii) by 9:00 a.m. CT tomorrow morning.

Mr. Hughes will determine the order in which to collect the emails, which will take place sequentially. Mr. Hughes and/or Spectrum will communicate the order to URZ. For each email account, Mr. Hughes will contact the correct person for each account as identified under 1(b)(ii) to obtain the two-factor authentication codes and any other access credentials.

Please note that the Order requires the email collection for all accounts to be complete by 3pm CT on Friday, and requires URZ's full cooperation in making this happen. Spectrum will hold URZ accountable for violating the Order if URZ causes any delay or obstruction that prevents meeting the deadline.

Operable Systems
Mr. Hughes will pick up the first Operable System (as defined in the Order) tomorrow when URZ closes. We understand that URZ closes at 5pm. If this is incorrect, please state when URZ closes, and Mr. Hughes will pick up the computer at that time.

Mr. Hughes will document URZ's performance of the pickup procedures identified in section 3(a)(ii) of the Order. Mr. Hughes will bring the first Operable System to his facility for processing, and will return it in accordance with section 3(a)(iv) of the Order. At return, Mr. Hughes will document URZ's performance of the return procedures identified in section 3(a)(v) of the Order.

Mr. Hughes will repeat the above process for the second Operable System on Thursday, 12/19.

Please note that the Order requires that the Operable Systems be collected by 5pm CT on Friday 12/20. Spectrum will hold URZ accountable for violating the Order if URZ causes any delay or obstruction that prevents meeting the deadline.

External Drive
Please advise when URZ will provide the "HP Flash 256" to Mr. Hughes per section 4 of the Order. Spectrum will hold URZ accountable for a failure to turn over the drive.

Best regards,



**D. Ryan Cordell, Jr.**
Associate
713-547-9130          | Phone
713-547-9150          | Fax
700 Louisiana Street, Suite 2300
Houston, TX 77002
rcordell@hicks-thomas.com
www.hicks-thomas.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. Nothing in this message or in any attachment shall constitute a contract or electronic signature under any statute governing electronic transactions unless specifically stated above.

# Exhibit 3



1055 East Colorado Blvd, Suite #500
Pasadena, CA 91106
Telephone: (800) 752-8470
Facsimile: (866) 665-8877
www.slclg.com

Louis F. Teran
Direct Dial: (818) 484-3217 x200
Email: lteran@slclg.com

December 18, 2024

**VIA EMAIL (aaron.hughes@vidocrazor.com)**

Mr. Aaron Hughes
Vidocrazor

  **RE: Case No. 4:22-cv-03705; Spectrum Laboratories LLC v. Royal Fragrances, LLC – Email Passwords - \*\*\* HIGHLY CONFIDENTIAL \*\*\***

Dear Mr. Hughes :

  Pursuant to the Court's Order dated December 17, 2024, in the case referenced above, please find below the passwords to each of the fourteen (14) email accounts identified in the Order. Please note that all of these email accounts have been re-configured to be accessible with these passwords only. A two-factor authentication or other credentials are not needed. Please also note that these email accounts will be accessible with these passwords only for the next 24 hours so as to allow you sufficient time to make a forensic copy of each email accounts and run keyword searches pursuant to the Court's Order. These passwords will be changed at 2:00pm (CT) on Thursday, December 19, 2024.

  As you know, these passwords are HIGHLY CONFIDENTIAL and the Court's Order requires these passwords to only be given to you and you only. Therefore, it is YOUR DUTY to safeguard this information and to NOT share this information with any of the attorneys representing Spectrum Laboratories, LLC in this action or with anyone else unless you receive unambiguous authorization from the Court. In addition, any information you copy from these email accounts are also HIGHLY CONFIDENTIAL. Therefore, it is YOUR DUTY to safeguard such information and NOT share any of such



information with the attorneys representing Spectrum Laboratories, LLC in this action or with anyone else unless you receive unambiguous authorization from the Court. Any unauthorized dissemination of any of this HIGHLY CONFIDENTIAL information will irreparably harm URZ Trendz, LLC and the owners of these emails. Please know that we intend to seek damages against you personally to the fullest extend of the law for any unauthorized dissemination, intentional or inadvertent, of any of this HIGHLY CONFIDENTIAL information, including any email that you may copy.

The email accounts and passwords are as follows:

| EMAIL- | PASSWORD |
|---|---|
| • URZTRENDZ@GMAIL.COM | |
| • FLYFRESHSTORE@GMAIL.COM | |
| • CLOUDCHASERZOK@GMAIL.COM | █████████ |
| • CLOUDCHASERZ420TEXAS@GMAIL.COM | |
| • CANYOUIMAGINEWHOLESALELLC@GMAIL.COM | |
| • URZTRENDZ@ICLOUD.COM | █████████ |

| EMAIL- | PASSWORD |
|---|---|
| • AFFAN96@ICLOUD.COM | |
| • AFFAN96@HOTMAIL.COM | |
| • URBANELITESTORE@GMAIL.COM | █████████ |
| • AFFANGHAFOOR88@GMAIL.COM | |
| • AAGTRADINGTX@GMAIL.COM | |

| EMAIL- | PASSWORD |
|---|---|
| • GHAFOOR.USMAN23@ICLOUD.COM | |
| • HTOWNJUNOONI@HOTMAIL.COM | █████████ |
| • URZWHOLESALEINC@GMAIL.COM | |



Please feel free to contact me with any comments or questions.

Respectfully submitted,

Louis F. Teran