**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SPECTRUM LABORATORIES LLC, Plaintiff, | § § § § § | CIVIL ACTION NO 4:22-cv-03705 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| URZ TRENDZ LLC, Defendant. | § § § | |

**ORDER**

The letter by Plaintiff Spectrum Laboratories, LLC, of December 20, 2024, has been reviewed. Dkt 150. It asserts continued noncompliance by Defendant URZ Trendz LLC with respect to discovery and prior Orders by this Court.

A recent motion by Defendant has also been reviewed, which explains its perspective on the discovery-compliance issues while seeking leave to file a motion for summary judgment. Dkt 145.

The scheduling order in this action is hereby TERMINATED.

Plaintiff requests specific relief in its letter, which is instead appropriate to full motion and record.

As such, Spectrum may bring a motion for sanctions, on the deadline noted below, as to attorney fees and costs incurred to collect ESI discovery from Defendant, since such time as that discovery was first ordered, and through to the time of compliance with this Order.

Defendant is further ORDERED to provide the subject "external drive" and comply with the specific instructions of ¶1 of the recent, previous Order. Dkt 150 at 3; see also Dkt 142, ¶1, at 2. Such access must be provided in a

manner that allows for *completion* of the necessary tasks by Plaintiff and its ESI vendor by 5 pm on February 21, 2025.

If Plaintiff does not believe that Defendant has timely and fully complied with this Order, it may bring the requested motion to strike claims and defenses by Defendant and to enter default judgment against it.

To the extent Plaintiff brings either or both motions, they must be filed on the same date, not earlier than February 24, 2025. With any motion, Plaintiff must provide a detailed, proposed order that it believes suitable for entry, should this Court agree that such relief is necessary after reviewing any response by Defendant.

So ORDERED.

Signed on February 6, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge