

McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

P 1.216.348.5400
F 1.216.348.5474

Direct Dial: 1.216. 430.2036
Email: dcupar@mcdonaldhopkins.com

February 25, 2025

Ms. Jennelle Gonzalez
Case Manager to The Honorable Judge Charles Eskridge
United States District Court for the Southern District of Texas
515 Rusk Avenue, Courtroom 9F
Houston, Texas 77002

   Re: Spectrum Laboratories, LLC v. URZ Trendz, LLC, et al.
      Case No. 4:22-cv-03705

Dear Honorable Judge Eskridge,

Spectrum responds to URZ's February 24, 2025 letter. Spectrum appreciates URZ and Mr. Teran's acknowledgment that all parties—including URZ—must adhere to their discovery obligations or face serious consequences. However, URZ raising for the first time an alleged discovery issue while URZ has failed to comply with seven discovery and preservation orders the past two years is like complaining about a purported smudge on a window while the house is on fire.

There is nothing for the Court to do with URZ's letter for the following reasons.

First, URZ and Teran have **_not_**: (1) produced the external drive; and (2) complied with Section 1 of the December 17, 2024 Order by the February 21, 2025 deadline set forth in the Court's February 6, 2025 Order (Dkt. 151). Indeed, to this day, URZ has not produced a single email and has not provided access to a single email account.

Second, the Court's February 6, 2025 Order terminated the scheduling order because of URZ's non-compliance and order to do so by February 21, 2025, which did not happen.

Third, URZ and Teran knew all of this because of Spectrum's February 11, 2025 response letter (Exhibit F to URZ's letter). Specifically, Spectrum identified the Court (1) terminating the scheduling order, and ordering URZ and Teran to comply with ESI production by February 21, 2025. Spectrum's letter requested URZ reply on whether it would take steps to comply with the February 6, 2025 Order. Neither URZ nor Teran responded to Spectrum's letter, which further supports the fact that URZ and Teran did nothing to comply with the Court's Order.

Fourth, due to URZ and Teran's ongoing failure to comply with the Court's directives, Spectrum is preparing and will file this week:

- **A motion for attorney's fees and costs** incurred due to URZ, Muhammed Ghafoor (URZ's principal), and Louis Teran's repeated non-compliance since the Court's May 3, 2024 ESI Order; and

35780749.1

- **A motion for terminating sanctions** pursuant to the Court's February 6, 2025 Order.

These actions are necessary to address URZ's ongoing refusal to comply with the Court's directives and to prevent further delays and prejudice to Spectrum. Spectrum will include in its attorney's fees motion the cost for responding to URZ's February 25, 2025 letter.

Therefore, Spectrum respectfully requests that the Court prioritize its forthcoming motions. If the Court grants Spectrum's termination sanctions motion, URZ's February 25, 2025 letter will be rendered moot.

Respectfully submitted,

David B. Cupar
Attorney for Spectrum Laboratories, LLC

35780749.1