**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SPECTRUM LABORATORIES, LLC, Plaintiff, | § § § § § | CIVIL ACTION NO 4:22-cv-03705 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| URZ TRENDZ, LLC, Defendant. | § § § | |

**ENTRY OF DEFAULT JUDGMENT AND
AWARD OF ATTORNEY FEES AND COSTS**

The motion by Plaintiff Spectrum Laboratories, LLC for termination sanctions and entry of default judgment was previously granted at hearing. See Dkts 160 (motion) & 171 (minute entry).

The motion by Defendant URZ Trendz, LLC, for reconsideration is DENIED. Dkt 174. It simply rehashes old and unavailing arguments.

The motion by Plaintiff for termination sanctions and entry of default judgment having already been granted, it is hereby ORDERED as follows.

Default judgment is ENTERED in favor of Plaintiff on:

a. Count 1: Federal Trademark Infringement;

b. Count 2: Federal Unfair Competition;

c. Count 3: Federal Trademark Counterfeiting in Violation of Section 32 of Lanham Act, 15 U.S.C. §1114(a) for the '892 Registration;

d. Count 4: Federal Trademark Dilution of the Quick Fix Mark and Q-Clock Mark;

e. Count 5: Unfair and Deceptive Trade Practices;

f. Count 6: Common Law Trademark Infringement and Unfair Competition;

g. Count 7: State Trademark Dilution and Injury to Business Reputation; and

h. Count 8: Common Law Passing Off or Palming Off/Unfair Competition.

The following affirmative defenses asserted by Defendant are hereby STRICKEN:

a. Failure to State a Claim;

b. Laches;

c. Trademark Noninfringement;

d. Trademark Invalidity;

e. Estoppel;

f. Waiver;

g. Unclean Hands;

h. Failure to Mitigate Damages;

i. No Constructive Notice of Trademark;

j. Innocent Infringement; and

k. Fraud on the USPTO.

The following counterclaims asserted by Defendant are hereby STRICKEN:

a. Declaration of Invalidity for Trademark Registration No. 4453892;

b. Declaration of Invalidity for Trademark Registration No. 5791421; and

c. Fraud on the USPTO During the Procure-ment of the Trademark Registrations.

Defendant and all of its agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through or under authority from Defendant, or in concert or participation with Defendant, and each of them, are hereby ENJOINED from:

a. advertising, marketing, promoting, offering for sale, distributing, or selling all infringing

2

products;

b. using the infringing Quick Fix Mark and Q-Clock Mark on or in connection with any of Defendant's goods;

c. using the Quick Fix Mark and Q-Clock Mark or any other copy, reproduction, colorable imitation, or simulation of Plaintiff's Quick Fix Mark and Q-Clock Mark on or in connection with any of Defendant's goods;

d. using any trademark, name, logo, design, or source designation of any kind on or in connection with Defendant's goods or services that is a copy, reproduction, colorable imitation, or simulation of, or confusingly similar to any of Plaintiff's trademarks, trade dresses, names, or logos;

e. using any trademark, name, logo, design, or source designation of any kind on or in connection with Defendant's goods that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods or services are produced or provided by Plaintiff, or are sponsored or authorized by Plaintiff, or are in any way connected or related to Plaintiff;

f. using any trademark, name, logo, design, or source designation of any kind on or in connection with Defendant's goods that dilutes or is likely to dilute the distinctiveness of Plaintiff's trademarks, trade dresses, names, or logos;

g. passing off, palming off, or assisting in passing off or palming off Defendant's goods as those of Plaintiff, or otherwise continuing any and all acts of unfair competition as alleged in the third amended complaint;

Defendant and all of its agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through or under

authority from Defendant, or in concert or participation with Defendant, and each of them, are hereby ORDERED to:

    a. cease offering for sale, marketing, promoting, and selling and to recall all Counterfeit Products, or any other goods bearing the infringing Quick Fix Mark and/or Q-Clock Mark or any other confusingly similar imitation of Plaintiff's Quick Fix Mark and/or Q- Clock Mark that are in Defendant's possession or have been shipped by Defendant or under their authority, to any customer, including, but not limited to, any wholesaler, distributor, retailer, consignor, or marketer, and also to deliver to each such store or customer a copy of this Court's order as it relates to said injunctive relief against Defendant; and

    b. deliver up for impoundment and for destruction, all products, promotional materials, advertisements, flyers and website designs, or other materials in the possession, custody or under the control of Defendant that are found to copy, steal, counterfeit, adopt, infringe, or dilute Plaintiff's Quick Fix Mark and/or Q- Clock Mark or that otherwise unfairly compete with Plaintiff and its products.

The further motion by Plaintiff for an award of its attorney fees and costs is GRANTED. Dkt 159.

It is further ORDERED that Defendant URZ Trendz, LLC, together with its counsel Louis Teran are hereby held jointly and severally liable for attorney fees of $328,728.95 and costs of $49,649.72.

SO ORDERED.

Signed on November 26, 2025, Houston, Texas.

_____
Hon Charles Eskridge
United States District Judge