United States District Court
Southern District of Texas
**ENTERED**
February 23, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SPECTRUM LABORATORIES, LLC, | § § | CIVIL ACTION NUMBER 4:22-cv-03705 |
| Plaintiff, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| URZ TRENDZ, LLC, *et al*, | § | |
| Defendants. | § | |

### ORDER

A "declaration" by counsel for Defendant URZ Trendz, LLC, has been reviewed. Dkt 188. There is no attached motion or formal request. But the declaration itself requests a continuance of the Zoom hearing scheduled for February 24, 2026, because counsel's schedule "is full." Id at 1. Nothing is attached to substantiate that assertion.

The noted hearing was reset following failure by Defendant's counsel to attend a prior, noticed hearing on February 20, 2026. See Dkt 187 (minute entry). It was noted at that hearing that counsel for Defendant had received notice ahead of time and was given additional notice prior to and in conjunction with such hearing by email. See also Dkt 184 (notice of hearing). The pending declaration in no way addresses this failure to appear.

No final judgment has entered in this action as yet, given that damages haven't been finalized or imposed. Even so, Defendant has noticed an appeal to the Fifth Circuit. Notwithstanding that notice of appeal, it would appear that jurisdiction remains with this Court to determine damages that were not fixed by default judgment. See Dkt 186 at 3–4. But for the avoidance of any procedural confusion or additional motion practice at the

Fifth Circuit, any entry of monetary judgment will await disposition of such appeal.

The hearing set for February 24, 2026, is CANCELED.

Plaintiff Spectrum Laboratories, LLC, may request immediate hearing on its motion for entry of monetary judgment at the conclusion of proceedings before the Fifth Circuit. Dkt 181.

SO ORDERED.

Signed on February 23, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge