United States District Court
Southern District of Texas
**ENTERED**
July 16, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SPECTRUM LABORATORIES, LLC, | § § | CIVIL ACTION NUMBER 4:22-cv-03705 |
| Plaintiff, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| URZ TRENDZ, LLC, *et al*, | § | |
| Defendants. | § | |

### ORDER

Prior order cancelled a hearing set on the motion by Plaintiff Spectrum Laboratories, LLC, for entry of monetary judgment. See Dkt 189; see also Dkt 181 (motion). It was noted that ruling on the motion would await disposition of a pending appeal from this action to the Fifth Circuit. See Dkt 189 at 1–2.

The Fifth Circuit has now dismissed that appeal for want of jurisdiction. See *Spectrum Laboratories, LLC, v URZ Trendz, LLC*, 25-20572 (5th Cir, July 15, 2026).

Plaintiff is ORDERED, upon issuance of the mandate, to provide a status report and there request any hearing it believes necessary to conclude these proceedings.

SO ORDERED.

Signed on July 16, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge