United States District Court
Southern District of Texas
**ENTERED**
September 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SPECTRUM LABORATORIES, LLC, Plaintiff, | § | CIVIL ACTION NUMBER |
| | § | 4:22-cv-03705 |
| versus | § | JUDGE CHARLES ESKRIDGE |
| URZ TRENDZ, LLC A/K/A FLY FRESH SMOKE, Defendant. | § | |

## ORDER

Before the Court is Plaintiff Spectrum Laboratories, LLC's Motion for Leave to File Under Seal Unredacted Submission. Having considered the motion, the record, and the Court's Protective Order, the motion is GRANTED.

IT IS ORDERED that Plaintiff is granted leave to file under seal the unredacted version of its Motion for Entry of Monetary Judgment Pursuant to Default Judgment, together with the Expert Report of David A. Haas and any related exhibits containing confidential commercial information, pursuant to Paragraph 8 of the Court's Standard Protective Order.

IT IS FURTHER ORDERED that Plaintiff may file a redacted version of the motion and supporting materials on the public docket that omits only confidential information subject to protection under the Protective Order.

SO ORDERED.

Signed on September 18, 2026 at Houston, Texas.

Honorable Charles Eskridge
United States District Judge